John A. V. Nicoletti, Esq.
NICOLETT HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Tel: (212) 220-3830
Fax: (212) 220-3780
*Attorneys for Plaintiffs*
Our File:     42000055 JAVN/RAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, ONE BEACON INSURANCE COMPANY, NATIONAL LIABILITY AND FIRE INSURANCE COMPANY and QBE MARINE & ENERGY SYNDICATE 1036, | **ECF CASE**<br><br>10 Civ. 1653 (LAK) |
| Plaintiffs, | **AFFIDAVIT**<br>**OF SERVICE** |
| - against - | |
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, MAX SPECIALTY INSURANCE COMPANY and SIGNAL INTERNATIONAL, LLC, | |
| Defendants. | |

-----------------------------------------------------------------X

STATE OF NEW YORK     )
                     : SS.:
COUNTY OF NEW YORK   )

LAWRENCE MUNCK, being duly sworn, deposes and says:

1.     I am employed by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for Plaintiffs. I am not a party to this action, am over 21 years of age and reside in Rockland County, New York.

2. On March 16, 2010 at 3:30 p.m. I served a copy of the SUMMONS AND COMPLAINT upon the following:

> Julia Price
> Divisional Assistant Vice President
> Great American Insurance Company of New York
> 65 Broadway, 20th Floor
> New York, New York 10006
> (212) 510-0103
>
> Age: 65-66 years old
> Hair: Gray
> Race: African American

*LAWRENCE MUNCK*

Sworn to before me this
16th day of March, 2010

_____
Notary Public

MICHELLE MANISCALCO
Notary Public, State of New York
No. 01MA6088438
Qualified in Kings County
Certificate Filed in New York County
Commission Expires March 3, 20__

X:\Public Word Files\42\55\Legal\AFFIDAVIT OF SERVICE LARRY MUNCK..doc