NICOLETTI HORNIG & SWEENEY
John A.V. Nicoletti (JN-7174)
Attorneys for Plaintiffs
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Tel: (212) 220-3830
Fax: (212) 220-3780
Our File No.: 42000055 JAVN/RAN/FK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIREMAN'S FUND INSURANCE
COMPANY, ONE BEACON INSURANCE           10-cv-1653 (LAK)
COMPANY, NATIONAL LIABILITY AND
FIRE INSURANCE COMPANY and QBE
MARINE & ENERGY SYNDICATE 1036,

                  Plaintiffs,             **AFFIDAVIT OF**
                                        **JOHN A.V. NICOLETTI, ESQ.**
      -against-                    **IN SUPPORT OF MOTION**
                                        **TO STRIKE AFFIRMATIVE**
                                        **DEFENSES OF GREAT**
GREAT AMERICAN INSURANCE                **AMERICAN INSURANCE**
COMPANY OF NEW YORK, MAX                **COMPANY OF NEW YORK**
SPECIALTY INSURANCE COMPANY
and SIGNAL INTERNATIONAL, LLC

                  Defendants.
------------------------------------------------------------X

STATE OF NEW YORK    )
                     :  SS.
COUNTY OF NEW YORK   )

        JOHN A.V. NICOLETTI, being duly sworn, deposes and says:

        1.    I am a member of the firm of Nicoletti Hornig & Sweeney, attorneys for Plaintiffs Fireman's Fund Insurance Company ("FFIC"), One Beacon Insurance Company ("One Beacon"), National Liability and Fire Insurance Company ("National Liability") and QBE Marine & Energy Syndicate 1036 ("QBE") in the above-entitled action, am duly admitted to the practice of law before the State and Federal Courts of New York including

this Honorable Court, and am fully familiar with the facts and circumstances surrounding this litigation including the pleadings and proceedings heretofore had herein.

2.  This Affidavit is submitted in support of Plaintiffs' Motion to Strike the Twelfth and Thirteenth Affirmative Defenses of Defendant Great American Insurance Company of New York ("Great American") pursuant to Rules 12(f) and 9(b) of the Federal Rules of Civil Procedure. The purpose of this Affidavit is to present the relevant evidence before the Court.

3.  A true and correct copy of the Complaint filed on March 2, 2010 [Docket No. 1] is annexed hereto as Exhibit "1".

4.  A true and correct copy of Defendant Great American's Answer filed on April 6, 2010 [Docket No. 10] is annexed hereto as Exhibit "2".

5.  A true and correct copy of Great American's Reservation of Rights letter dated November 19, 2009 is annexed hereto as Exhibit "3".

WHEREFORE it is respectfully requested that this Court grant Plaintiffs' Motion to Strike Great American's Twelfth and Thirteenth Affirmative Defenses.

_____
JOHN A.V. NICOLETTI (JN-7174)

Sworn to before me this
23rd day of April, 2010

_____
Notary Public

VALERIE A. CLUNE
Notary Public, State of New York
No. 01CL4880479
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 15, 20__

X:\Public Word Files\42\55\Legal\42-55.Affidavit of JAVN in Support of Motion to Strike Affirmative Defenses.doc

2