UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FIREMAN'S FUND INSURANCE
COMPANY, ONE BEACON INSURANCE
COMPANY, NATIONAL LIABILITY AND
FIRE INSURANCE COMPANY and QBE
MARINE & ENERGY SYNDICATE 1036,

                Plaintiffs,

-against-

GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK, MAX
SPECIALTY INSURANCE COMPANY
and SIGNAL INTERNATIONAL, LLC

                Defendants.
----------------------------------------------------------X

ECF Case

10 Civ. 1653 (LAK)

**PLAINTIFFS'
NOTICE OF MOTION FOR
SUMMARY JUDGMENT
AGAINST DEFENDANT
GREAT AMERICAN
INSURANCE COMPANY
OF NEW YORK**

S I R S :

**PLEASE TAKE NOTICE** that, on a date and time as may be scheduled by this Court, Plaintiffs Fireman's Fund Insurance Company, One Beacon Insurance Company, National Liability and Fire Insurance Company and QBE Marine & Energy Syndicate 1036 will move this Court before the Honorable Lewis A. Kaplan at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Federal Rules of Civil Procedure 56 granting summary judgment in favor of plaintiffs Fireman's Fund Insurance Company, One Beacon Insurance Company, National Liability and Fire Insurance Company and QBE Marine & Energy Syndicate 1036 and against defendant Great American Insurance Company of New York declaring that the policy of insurance issued by Great American Insurance Company of New York provides coverage for the removal of a drydock and for the removal of all oil based products and other hazardous materials contained on and/or within

the drydock, up to the policy's $5,000,000.00 limit, and that any obligation on the part of plaintiffs under the Bumbershoot Policy is not triggered until Great American has exhausted its policy limits.

This motion is based on this Notice of Motion, the accompanying Statement of Uncontested Facts and the Affidavits and exhibits thereto, the accompanying Memorandum of Law and on all the pleadings and papers on file and all proceedings heretofore had in this action.

Dated: New York, New York
      April 26, 2010

                                  Yours etc.

                                  NICOLETTI HORNIG & SWEENEY
                                  Attorneys for Plaintiffs

                                  By:_____/s/_____
                                  JOHN A. V. NICOLETTI (JN-7174)
                                  Wall Street Plaza
                                  88 Pine Street, 7th Floor
                                  New York, New York 10005-1801
                                  Tel: (212) 220-3830
                                  Fax: (212) 220-3780
                                  OUR FILE: 42000055 JAVN

TO:

George R. Zacharkow, Esq.
Stephen J. Galati, Esq.
MATTIONI, LTD.
399 Market Street
Suite 200
Philadelphia, PA 19106
Tel: (215) 629-1600
Fax: (215) 923-2227
gzacharkow@mattioni.com
sgalati@mattioni.com

Lawrence J. Bowles, Esq.
NOURSE & BOWLES, LLP
Attorneys for Defendant
Max Specialty Insurance Company
One Exchange Plaza
At 55 Broadway, 30th Floor
New York, New York 10006-3030

X:\Public Word Files\42\55\Legal\NOTICE OF MOTION FOR SUMMARY JUDGMENT AGAINST GREAT AMERICAN.VAL.doc