Stephen P. Kyne
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FIREMAN'S FUND INSURANCE COMPANY,
ONE BEACON INSURANCE COMPANY,
NATIONAL LIABILITY AND FIRE INSURANCE
COMPANY and QBE MARINE & ENERGY
SYNDICATE 1036,

Plaintiffs,

v.

GREAT AMERICAN INSURANCE COMPANY
OF NEW YORK, MAX SPECIALTY INSURANCE
COMPANY and SIGNAL INTERNATIONAL,
L.L.C.

Defendants.

10 civ 1653 (LAK)

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

**ECF CASE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District courts for the

Southern and Eastern Districts of New York, I, Stephen P. Kyne, a member in good standing of

the bar of this court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | David S. Bland |
| Firm Name: | LeBlanc Bland P.L.L.C |
| Address: | 909 Poydras Street |
| City, State, Zip: | New Orleans LA 70112 |
| Phone Number: | 504-528-3088 |
| Fax Number: | 504-586-3419 |
| Email: | dbland@leblancbland.com |

JAN 0 5 2011

David S. Bland is a member in good standing of the Bar of the States of Louisiana and

Texas.  Certificates of Good Standing are attached as Exhibit A.

There are no pending disciplinary proceedings against David S. Bland in any State or

Federal court.

Dated:     New York NY
           January 5, 2011

                              Respectfully submitted,

                              BURKE & PARSONS
                              Attorneys for Defendant
                              SIGNAL INTERNATIONAL, L.L.C.


                    By: _Stephen P. Kyne_
                              Stephen P. Kyne
                              100 Park Avenue
                              New York NY  10017-5533
                              (212) 354-3800
                              kyne@burkeparsons.com


0008_S00.docx

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

## *DAVID SINNOTT BLAND, ESQ., #1257*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 8th Day of October, 1982 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 16th Day of December, 2010, A.D.

Clerk of Court
Supreme Court of Louisiana

EXHIBIT A

# The Supreme Court of Texas

AUSTIN

---
CLERK'S OFFICE
---

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

### David Sinnott Bland

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 11th day of February, 1994.

I further certify that the records of this office show that, as of this date

### David Sinnott Bland

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 16th day of December, 2010.
BLAKE HAWTHORNE, Clerk

by *Brad Sonego*
Brad Sonego, Deputy Clerk

No. 1216J

**EXHIBIT A**

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Stephen P. Kyne
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, ONE BEACON INSURANCE COMPANY, NATIONAL LIABILITY AND FIRE INSURANCE COMPANY and QBE MARINE & ENERGY SYNDICATE 1036, | 10 civ 1653 (LAK) |
| Plaintiffs, | **AFFIDAVIT OF STEPHEN P. KYNE IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| v. | |
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, MAX SPECIALTY INSURANCE COMPANY and SIGNAL INTERNATIONAL, L.L.C. | **ECF CASE** |
| Defendants. | |

STATE OF NEW YORK          )

COUNTY OF NEW YORK       )

      Stephen P. Kyne, being duly sworn, deposes and says as follows:

      1.     I am a partner in the firm of Burke & Parsons, counsel for Defendant Signal International, L.L.C. ("Signal"), in the captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein. This affidavit is submitted in support of Signal's motion to admit David S. Bland as counsel pro hac vice to represent Signal in this matter.

      2.     I am a member in good standing of the bar of the State of New York and was admitted to practice law on April 24, 1974. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3.      Mr. Bland is a partner in the firm of LeBlanc Bland in New Orleans, Louisiana.

4.      I have found Mr. Bland to be a highly skilled attorney and a person of the utmost integrity.  He is experienced in Federal practice and is fully familiar with the Federal Rules of Procedure.

5.      I am pleased to move admission of David S. Bland, pro hac vice.

6.      I submit a proposed Order granting the admission of David S. Bland, pro hac vice, with this motion.


Dated:    New York NY
          January 5, 2011

                                        Respectfully submitted,

                                        BURKE & PARSONS
                                        Attorneys for Defendant
                                        SIGNAL INTERNATIONAL, L.L.C.



                              By:_____
                                        Stephen P. Kyne
                                        100 Park Avenue
                                        New York NY  10017-5533
                                        (212) 354-3800
                                        kyne@burkeparsons.com

Sworn to before me this 5th day
of January 2011

_____
          Notary Public

                    Penny S. Martinez
                Notary Public State of New York
                        No. 01MA4865021
                    Qualified in Suffolk County
                Certificate Filed in New York County
                Commission Expires September 29, 2014

                                                            0010_S00.docx

Stephen P. Kyne
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr>
<td>

**FIREMAN'S FUND INSURANCE COMPANY,**
**ONE BEACON INSURANCE COMPANY,**
**NATIONAL LIABILITY AND FIRE INSURANCE**
**COMPANY and QBE MARINE & ENERGY**
**SYNDICATE 1036,**

**Plaintiffs,**

**v.**

**GREAT AMERICAN INSURANCE COMPANY**
**OF NEW YORK, MAX SPECIALTY INSURANCE**
**COMPANY and SIGNAL INTERNATIONAL,**
**L.L.C.**

**Defendants.**

</td>
<td>

**10 civ 1653 (LAK)**

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN NOTICE**

**ECF CASE**

</td>
</tr>
</table>

Upon the motion of Stephen P. Kyne, attorney for Defendant Signal International, L.L.C.,

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | David S. Bland |
| Firm Name: | LeBlanc Bland P.L.L.C |
| Address: | 909 Poydras Street |
| City, State, Zip: | New Orleans LA 70112 |
| Phone Number: | 504-528-3088 |
| Fax Number: | 504-586-3419 |
| Email: | dbland@leblancbland.com |

is admitted to practice pro hac vice as counsel for Defendant Signal International, L.L.C., in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of the Court.


Dated:     New York NY
           January _____, 2011



                                        _____
                                           United States District Judge



0012_S00.docx