Kaplan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   ECF Case
FIREMAN'S FUND INSURANCE
COMPANY, ONE BEACON INSURANCE       10 Civ. 01653 (LAK)
COMPANY, NATIONAL LIABILITY AND
FIRE INSURANCE COMPANY and QBE
MARINE & ENERGY SYNDICATE 1036,

                Plaintiffs,

-against-

GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK, MAX
SPECIALTY INSURANCE COMPANY
and SIGNAL INTERNATIONAL, LLC

                Defendants.
------------------------------------------------------------X



## Consent Scheduling Order

Upon consent of the parties, it is hereby

ORDERED as follows:

1. No additional parties may be joined after February 28, 2011.

2. No amendments to the pleadings will be permitted after April 1, 2011.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a) expert witnesses on or before May 2, 2011.

    (b) rebuttal expert witnesses on or before May 16, 2011.

4. All discovery, including any depositions of experts, shall be completed on or before June 20, 2011.

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before July 29, 2011.

2/10/11

6.  No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7.  If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8.  Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9.  This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated: February 9, 2011

_____
Lewis A. Kaplan
United States District Judge

CONSENTED TO:

NICOLETTI HORNIG & SWEENEY
*Attorneys for Plaintiffs*

By: _____
John A. V. Nicoletti, Esq.
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Tel: (212) 220-3830
Fax: (212) 220-3780
Email: jnicoletti@nicolettihornig.com
OUR FILE: 42000055 JAVN

2

MATTIONI, LTD.
*Attorneys for Defendant*
*Great American Insurance Company of New York*

By: *George R. Zacharkow*
George Richard Zacharkow, Esq.
Stephen J. Galati, Esq.
399 Market Street, 2nd Floor
Philadelphia, Pennsylvania 19106
Ph: (215) 629-1600
Fax: (215) 923-2227
Email: gzachark@mattioni.com
sgalati@mattioni.com

NOURSE & BOWLES, LLP
*Attorneys for Defendant*
*Max Specialty Insurance Company*

By: *Lawrence J. Bowles*
Lawrence J. Bowles, Esq.
One Exchange Plaza
At 55 Broadway, 30th Floor
New York, New York 10006-3030
Ph: (212) 952-6213
Fax: (212) 952-0345
Email: lbowles@nb-ny.com

BURKE & PARSONS
*Attorneys for Defendant*
*Signal International, LLC*

By: *Stephen P. Kyne*
Stephen Patrick Kyne, Esq.
100 Park Avenue, 30th Floor
New York, New York 10036
Ph: (212) 354-3814
Fax: (212) 221-1432
Email: kyne@burkeparsons.com

X:\Public Word Files\42\55\Legal\CONSENT SCHEDULING ORDER.VAL.doc