UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, ONE BEACON INSURANCE COMPANY, NATIONAL LIABILITY AND FIRE INSURANCE COMPANY and QBE MARINE & ENERGY SYNDICATE 1036,<br><br>**Plaintiffs,**<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, MAX SPECIALTY INSURANCE COMPANY and SIGNAL INTERNATIONAL, L.L.C.<br><br>**Defendants.** | 10 civ 1653 (LAK)<br><br>ECF CASE<br><br>5/6/11 |

**Amended Consent Scheduling Order**

Upon consent of the parties, it is hereby

ORDERED as follows:

1. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    a. Expert witnesses on or before September 23, 2011

    b. Rebuttal expert witnesses on or before October 14, 2011

2. All discovery, including any depositions of experts, shall be completed on or before November 11, 2011.

3. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or beforeDecember 21, 2011.

4. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

5. If any party claims a right to trial by jury, proposed voire dire questions and jury instructions shall be filed with the joint pretrial order.

6. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) and motions in limine.

7. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated: ~~April~~ May 6, 2011

Lewis A. Kaplan
United States District Judge

CONSENTED TO:

BURKE & PARSONS
Attorneys for Defendant
Signal International, LLC

By: _____
Stephen P. Kyne, Esq.
100 Park Avenue, 30th Fl.
New York NY 10017-5533
Tel: (212) 354-3814
Fax: (212) 221-1432
Email: kyne@burkeparsons.com

NICOLETTI HORNIG & SWEENEY
Attorneys for Plaintiffs

By: _____
John A. V. Nicoletti, Esq.
Wall Street Plaza
88 Pine Street, 7th Floor
New York NY 10005-1801
Tel: (212) 220-3830
Fax: (212) 220-3780
Email: jnicoletti@nicolettihornig.com

MATTIONI, LTD.
Attorneys for Defendant
Great American Insurance Company of
 New York

By: *George R. Zacharkow*

George R. Zacharkow, Esq.
Stephen J. Galati, Esq.
399 Market Street, 2nd Fl.
Philadelphia PA 19106
New York NY 10005-1801
Tel: (215) 629-1600
Fax: (215) 923-2227
Email: gzacharkow@mattioni.com
Email: sgalati@mattioni.com

NOURSE & BOWLES, LLP
Attorneys for Defendant
Max Specialty Insurance Company

By: *Lawrence J. Bowles*

Lawrence J. Bowles, Esq.
One Exchange Plaza
at 55 Broadway, 30th Fl.
New York NY 10006-3030
Tel: (212) 952-6213
Fax: (212) 952-0345
Email: lbowles@nb-ny.com

0041_S02.doc