

## NOURSE & BOWLES, LLP
One Exchange Plaza
at 55 Broadway
New York, NY 10006-3030
Telephone: (212) 952-6200
Facsimile: (212) 952-0345
Direct Dial: (212) 952-6213
E-Mail: lbowles@nb-ny.com
Web site: www.nb-ny.com

Nourse & Bowles, LLP
115 Mason Street
Greenwich, Connecticut

Nourse & Bowles
75 Main Street, Suite 205
Millburn, New Jersey

RECEIVED
AUG 01 2011
CHAMBERS OF
JAMES L. COTT
U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/11

Writer's Direct Dial Telephone Number
(212) 952-6213
email: lbowles@nb-ny.com

August 1, 2011

Magistrate Judge James L. Cott                 212-805-7990
United Status District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

        Re:    *Fireman's Fund Insurance Company et al v. Great American Insurance Company of New York, et al.*
              *Civil Action 10-cv-01653 (LAK).*
              *Request on Behalf of All Attorneys for Adjournment of Conference on August 3, 2011*

Dear Judge Cott,

      We are attorneys for Defendant and Cross Claimant Max Specialty Insurance Company ("MSI") and we write in response to a request by Mr. David Tamm of Your Chambers that we notify all parties in the action of a pre-trial conference on August 3, 2011 at 10:30 a.m.

      I communicated with opposing counsel and informed them of the conference date.

      Referring to my letter to Judge Kaplan dated July 13, 2011, opposing counsel asked the status of MSI's retention of separate counsel.

USDC SDNY
DATE SCANNED 8/1/11

MSI informed me that as of July 29th because of conflicts of interest with the plaintiffs, attorneys MSI had approached could not act for it. MSI was awaiting word from the latest such attorney and hoped to retain separate counsel this week.

As outlined in my letter to Judge Kaplan, once separate counsel is retained he/she will be asked to look into the issues and advise MSI thereon.

In the circumstances, opposing counsel have proposed that we ask Your Honor for an adjournment of the August 3rd conference, say for 30 days, at which time I, and/or separate counsel will report on the status of the matter.

With the consent of opposing counsel, I therefore ask for an adjournment of the August 3rd conference until say September 6 or 7, 2011, when a further report will be made by me and/or separate counsel for MSI.

Thank you for your consideration.

Respectfully submitted,

NOURSE & BOWLES, LLP

By: *Lawrence J. Bowles*

*[Handwritten: The conference is adjourned until September 15, 2011 at 10 AM.*

*SO ORDERED.*
*[signature] L. [illegible]*
*USMJ*
*8/1/11]*

LJB/jtc

Matthew C. Guy, Esq.          mguy@leblancbland.com
David S. Bland, Esq.          dbland@leblancbland.com
LeBlanc Bland PLLC

John A.V. Nicoletti, Esq.     jnicoletti@nicolettihornig.com
Robert A. Novak, Esq.         rnovak@nicolettihornig.com
Ms. Sally Sunshine            ssunshine@nicolettihornig.com
NICOLETTI HORNIG & SWEENEY

Stephen P. Kyne, Esq.         kyne@burkeparsons.com
BURKE & PARSONS

George R. Zacharkow, Esq.     gzacharkow@mattioni.com
Stephen J. Galati, Esq.       sgalati@mattioni.com
Mattioni, Ltd.

2