USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FIREMAN'S FUND INS. CO., et al.         :     ORDER
                                        :
                    Plaintiffs,         :     10 Civ. 1653 (LAK) (JLC)
                                        :
        - against-                      :
                                        :
GREAT AM. INS. CO. OF N.Y., et al.,     :
                                        :
                    Defendants.         :
----------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The Court today held a telephone conference with the parties regarding a letter dated August 29, 2011 from defendant Max Specialty Insurance Company ("Max Specialty"), which seeks an extension of the August 31, 2011 return date of a subpoena served by defendant and cross-claimant Signal International, L.L.C. ("Signal") upon non-party Arch Reinsurance Company ("Arch Re"), and Signal's August 29, 2011 letter in response to Max Specialty's application.

As discussed with the parties during today's telephone conference, it is hereby ORDERED as follows:

1. The request for an extension of the return date of the subpoena served by Signal upon Arch Re is granted and the subpoena is deemed returnable on September 15, 2011;

2. The parties and Arch Re are directed to conduct a meet and confer as soon as practicable and shall report to the Court on the status of any proposed motion to quash the subpoena at the previously scheduled conference on September 15, 2011 at 10 a.m.;

USDC SDNY
DATE SCANNED  8/31/11

3. If, after conducting a meet and confer, the parties are unable to resolve their disputes regarding the subpoena, the Court will set a briefing schedule on a motion to quash at the September 15 conference; and

4. The parties shall jointly submit to the Court, no later than September 14, 2011, a proposed amended scheduling order. To the extent the parties disagree on the dates or other terms of the proposed order, such disagreement may be noted in the document.

Dated: August 30, 2011
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

**Copies of this Order have been sent by ECF to all counsel**