# Nicoletti Hornig & Sweeney

JOHN A.V. NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG *
FRANK M. MARCIGLIANO
MICHAEL J. CARCICH
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
ROBERT A. NOVAK
TERRY L. STOLTZ
MICHAEL F. McGOWAN
VINCENT A. SUBA
SAMUEL C. COLUZZI †
GUERRIC S.D.L. RUSSELL
LINDA D. LIN ◊

VAL WAMSER †
KEVIN J.B. O'MALLEY
WILLIAM M. FENNELL
SCOTT D. CLAUSEN †
FARA N. KITTON †
JAMES E. MORRIS ∧†
NORA A. VALENZA-FROST †
JEFFREY BINKLEY

* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CALIFORNIA
∧ ALSO ADMITTED IN MARYLAND

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
TELECOPIER 212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

MICHAEL MARKS COHEN
OF COUNSEL

NEW JERSEY OFFICE:
505 MAIN STREET, SUITE 106
HACKENSACK, NEW JERSEY 07601-5928
TELEPHONE 201-343-0970
TELECOPIER 201-343-5882

RECEIVED OCT 27 2011 CHAMBERS OF JAMES L. COTT U.S.M.J.

October 27, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/11

**VIA FACSIMILE: (212) 805-7990**
Honorable James L. Cott
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Chambers Room 1360
New York, New York 10007

RE:  Fireman's Fund Insurance Company, et al.
     v. Great American Insurance Company of New York, et al.
     Civil Action No.: 10 CV 1653 (JPO)(JLC)
     Our File No.:  42000055 JAVN/RAN

Dear Judge Cott:

We represent the plaintiffs Fireman's Fund Insurance Company, et al. in the above referenced matter.

A status conference is scheduled in this matter before Your Honor on Monday, November 7, 2011, at 10:00 a.m. However, the attorneys in this office principally involved in this matter, including the undersigned, have a conflict and must be in California on that date. Accordingly, we are writing to request a brief adjournment of the conference.

We have spoken to Deputy Clerk David Tam who has advised that the next available date and time for the conference is Monday, November 14, 2011 at 2:00 p.m. We request that the conference be rescheduled for that date and time.

October 27, 2011
Page 2

We have contacted counsel for defendants Max Specialty Insurance Company, Signal International, LLC and Great American Insurance Company of New York and they have no objection to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

NICOLETTI HORNIG & SWEENEY

By: *[signature]*
John A. V. Nicoletti

JAVN/RAN/mm

cc:

**VIA FACSIMILE: (914) 347-8898**
Stephen D. Strauss, Esq.
Traub Lieberman Strauss & Shrewsberry, LLP
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532

**VIA FACSIMILE: (504) 586-3419**
David S. Bland, Esq.
Matt C. Guy, Esq.
LeBlanc Bland P.L.L.C.
909 Poydras Street, Suite 1860
New Orleans, LA 70112

**VIA FACSIMILE: (215) 923-2227**
George R. Zacharkow, Esq.
Stephen Galati, Esq.
Mattioni, Ltd.
399 Market Street, 2nd Floor
Philadelphia, PA 19106

**SO ORDERED:**

*[signature]*

Hon. James L. Cott
United States Magistrate Judge

10/27/11