USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FIREMAN'S FUND INS. CO., et al.,              :     ORDER
                                              :
                    Plaintiffs,               :     10 Civ. 1653 (JPO) (JLC)
                                              :
          - against-                          :
                                              :
GREAT AM. INS. CO. OF N.Y., et al.,           :
                                              :
                    Defendants.               :
-----------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

As discussed with the parties at the conference held on November 14, 2011, it is hereby **ORDERED** as follows:

1. On or before December 15, 2011, defendant, cross-claimant, and counter-claimant Max Specialty Insurance Company ("Max Specialty") shall make its substitute production, including all documents previously disclosed and those recently discovered. Max Specialty shall also provide, by December 15, 2011, a privilege log indicating those documents that Max Specialty has previously produced and for which privilege is asserted.

2. Any motions to compel shall be served and filed by January 13, 2012, with opposition papers to be served and filed by February 10, 2012, and reply papers to be served and filed by February 24, 2012, subject to the Court modifying this schedule to accommodate the scheduling of a settlement conference in January, 2012. (See Item No. 6). Prior to moving to compel, the parties shall meet and confer concerning the subject of any such motion.

USDC SDNY
DATE SCANNED 11/15/11

3. All fact discovery shall be completed by June 29, 2012. This is a firm deadline, and there will be no extensions absent extraordinary circumstances.

4. All expert discovery shall be completed by September 28, 2012. The parties shall exchange Rule 26(a)(2) disclosures as to expert witnesses by August 7, 2012 and Rule 26(a)(2) disclosures as to expert rebuttal witnesses by August 31, 2012. Any expert depositions shall take place by September 28, 2012. This is a firm deadline, and there will be no extensions absent extraordinary circumstances.

5. The parties shall appear for a status conference on February 28, 2012 at 10:00 a.m. At this conference, the parties will discuss, <u>inter alia</u>, the appropriateness of any additional motion practice.

6. The parties shall contact Deputy Clerk David Tam, at (212) 805-0250, by Friday, November 18, 2011 to provide at least two possible dates in January, 2012—preferably during the weeks beginning Monday, January 9, 2012 or Tuesday, January 17, 2012—when all counsel and their clients are available for a settlement conference.

Dated:   November 15, 2011
         New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

**Copies of this Order have been sent by ECF to all counsel.**