```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FIREMAN'S FUND INS. CO., et al.,                :        ORDER
                                                :
                      Plaintiffs,               :        10 Civ. 1653 (JPO) (JLC)
                                                :
        - against-                              :
                                                :
GREAT AM. INS. CO. OF N.Y., et al.,             :
                                                :
                      Defendants.               :
-----------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

By letter dated December 21, 2011, counsel for Signal International, LLC has informed the Court that counsel for all parties and their respective clients are available on February 27, 2012 for a settlement conference. The parties are directed to appear for a settlement conference on that date at 9:30 a.m. in Courtroom 18A, United States Courthouse, 500 Pearl Street, New York, New York. Given the number of parties, counsel and their clients should plan to be available for the entire day.

The Court's "Standing Order for All Cases Referred for Settlement to Magistrate Judge James L. Cott" is enclosed and is incorporated herein by reference. Please read the Standing Order carefully. The parties are directed to pay particular attention to paragraph 4, which sets forth who must appear at the conference on behalf of a corporate party. The parties should also note that paragraph 3 of the Standing Order requires ex parte written submissions, which must be received by the Court no later than five (5) business days before the conference, that is, February 17, 2012, and that paragraph 5 requires the Acknowledgment Form be submitted together with the ex parte settlement letter.

**USDC SDNY**
**DATE SCANNED** 12/21/11

Furthermore, as discussed at the November 15, 2011 conference (see Dkt. Nos. 131-32), given the preference to engage in settlement negotiations prior to the filing of any motions to compel, the scheduling order as to the motions shall be modified as follows:

1. Any motions to compel shall be served and filed by March 5, 2012;
2. Opposition papers shall be served and filed by April 2, 2012; and,
3. Reply papers shall be served and filed by April 16, 2012.

Prior to moving to compel, the parties shall meet and confer concerning the subject of any such motion.

Finally, the status conference scheduled for February 28, 2012 to discuss any additional motion practice is adjourned and, should the case not settle, the Court will discuss the further course of the litigation at the conclusion of the settlement conference.

**SO ORDERED.**

Dated:   December 21, 2011
         New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JAMES L. COTT
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**Copies of this Order have been sent by ECF to all counsel.**