```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FIREMAN'S FUND INS. CO., et al.,           :     ORDER

                    Plaintiffs,            :     10 Civ. 1653 (JPO) (JLC)

        -against-                          :

GREAT AM. INS. CO. OF N.Y., et al.,        :

                    Defendants.            :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/12

**JAMES L. COTT, United States Magistrate Judge.**

As discussed with the parties at the settlement conference held on February 27, 2012, the date by which the parties must raise any outstanding discovery issues is extended from March 5, 2012 (see December 21, 2011 Order (Dkt. No. 134)) to March 12, 2012. Prior to making any application, which should be done in the form of a pre-motion conference letter, the parties shall meet and confer concerning the subject of the application. Any letters in reply shall be submitted no later than March 16, 2012.

**SO ORDERED.**

Dated:   February 28, 2012
         New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

**Copies of this Order have been sent by ECF to all counsel.**

USDC SDNY
DATE SCANNED 2/28/12