USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIREMAN'S FUND INS. CO., et al.,           :         ORDER

               Plaintiffs,           :         10 Civ. 1653 (JPO) (JLC)

     -against-                                              :

GREAT AM. INS. CO. OF N.Y., et al.,         :

              Defendants.          :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

As discussed with the parties during the telephone conference held today, any motions concerning the outstanding discovery disputes addressed at the conference shall be served and filed by April 12, 2012. All opposing submissions shall be served and filed by April 26, 2012. The memoranda of law submitted in support and in opposition to the motions shall not exceed 15 pages. There will be no reply briefs.

    **SO ORDERED.**

Dated:    March 29, 2012
              New York, New York

                                                       JAMES L. COTT
                                                       United States Magistrate Judge

**Copies of this Order have been sent by ECF to all counsel.**