# EXHIBIT 8

Cause No.: 10-CV-01653(LAK)

Fireman's Fund Insurance Co., et al. vs.
Great American Insurance Co., et al.

# John Haley

04/13/2011

## MILLER-REPORTING.com

1225 North Loop West, Suite 327
Houston, TX  77008

Phone:  (713) 581-7799 or (877) 721-6416
Fax:      (713) 626-1966

**COPY**

*Austin*      *Corpus Christi*      *Dallas*      *Houston*      *San Antonio*

JOHN HALEY - April 13, 2011

```
              UNITED STATES DISTRICT COURT

              SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, ONE BEACON INSURANCE COMPANY, NATIONAL LIABILITY AND FIRE INSURANCE COMPANY AND QBE MARINE & ENERGY SYNDICATE 10036 | ) ) ) ) ) ) ) |
| PLAINTIFFS, | ) ) |
| VS. | ) 10-V-01653 (LAK) ) |
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, MAX SPECIALTY INSURANCE COMPANY AND SIGNAL INTERNATIONAL, LLC | ) ) ) ) ) ) |
| DEFENDANTS. | ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF

JOHN HALEY

APRIL 13, 2011

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOHN HALEY - April 13, 2011

1      ORAL DEPOSITION OF JOHN HALEY, produced as a
2  witness at the instance of the Defendants, and duly
3  sworn, was taken in the above-styled and numbered cause
4  on April 13, 2011, from 9:56 a.m. to 4:44 p.m., before
5  Kathy Miller, CSR in and for the State of Texas,
6  reported by machine shorthand, at the offices of
7  LeBlanc Bland, 1717 St. James Place, Suite 360,
8  Houston, Texas  pursuant to the Federal Rules of Civil
9  Procedure and the provisions stated on the record or
10 attached hereto.

JOHN HALEY - April 13, 2011

```
 1              A P P E A R A N C E S

 2  FOR THE PLAINTIFF FIREMEN'S FUND INSURANCE COMPANY:
        MR. ROBERT A. NOVAK
 3      NICOLETTI HORNIG & SWEENEY
        WALL STREET PLAZA
 4      88 PINE STREET, 7th Floor
        NEW YORK, NEW YORK  10005
 5      TEL: 212.220.3830
        FAX: 212.220.3841
 6      EMAIL: rnovak@nicolettihornig.com

 7  FOR SIGNAL INTERNATIONAL, LLC:
        MR. DAVID S. BLAND
 8      MR. MATTHEW C. GUY
        LEBLANC BLAND PLLC
 9      1717 SAINT JAMES PLACE, SUITE 360
        HOUSTON, TEXAS  77056
10      TEL: 713.627.7100
        FAX: 713.627.7148
11      EMAIL: dbland@leblancbland.com
               mguy@leblancbland.com
12
    FOR THE DEFENDANT GREAT AMERICAN INSURANCE COMPANY OF
13  NEW YORK:
        MR. GEORGE R. ZACHARKOW
14      MATTIONI, LTD.
        399 MARKET STREET, SUITE 200
15      PHILADELPHIA, PENNSYLVANIA  19106
        TEL: 215.629.1600
16      FAX: 215.923.2227
        EMAIL: gzacharkow@mattioni.com
17
    FOR THE DEFENDANT MAX SPECIALTY INSURANCE COMPANY:
18      MR. LAWRENCE J. BOWLES
        NOURSE & BOWLES
19      ONE EXCHANGE PLAZA
        AT 55 BROADWAY, 30TH FLOOR
20      NEW YORK, NEW YORK  10006
        TEL: 212.952.6200
21      FAX: 212.952.0345
        EMAIL: lbowles@nb-ny.com
22

23

24

25
```

JOHN HALEY - April 13, 2011

INDEX

| | PAGE |
|---|---|
| Appearances............................... | 2 |

JOHN HALEY

| | |
|---|---|
| Examination by Mr. Bowles................. | 6 |
| Examination by Mr. Zacharkow.............. | 163 |
| Examination by Mr. Novak.................. | 212 |
| Re-Examination by Mr. Bowles.............. | 214 |
| Signature and Changes......................... | 218 |
| Reporter's Certificate........................ | 220 |

EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Photocopy of three photographs.......... | 21 |
| 2 | Schematic of General Arrangement, Drill Rig Mode............................... | 21 |
| 3 | Photograph.............................. | 22 |
| 4 | Photograph.............................. | 24 |
| 5 | Photograph.............................. | 25 |
| 6 | Crandall Dry Dock Engineers schematic... | 26 |
| 7 | Diagrammatic Plan of Flooding and Pumping Layout.......................... | 34 |
| 8 | Heger Dock, Inc. Report of Inspection, Signal (NY) 005867 - 5896............... | 45 |
| 9 | Heger Dry Dock, Inc., Certificate for Docking Tags 65, Signal (NY) 005866..... | 47 |
| 10 | November 27, 2002 letter to John Haley from Robert E. Heger, P.E................ | 51 |
| 11 | December 9, 2002 Facsimile to John Haley from Mark Procter, with attached Appraisal, Signal (NY) 005891 - 5896.... | 52 |
| 12 | 12 March 2003 ABS Consulting Report of Maintenance Program Audit, Signal (NY) 006068 - 6086........................... | 57 |
| 13 | AFDB-5 Drydock Status Report, Signal (NY) 006088 - 6094........................ | 68 |

JOHN HALEY - April 13, 2011

```
                        EXHIBITS


NO.   DESCRIPTION                                        PAGE

14    Dry Dock Facility - Staff Study,
      Signal (NY) 006140 - 6154..............             74
15    Cost calculations, Signal (NY) 006120 -
      6125....................................           83
16    Signal International Company Overview,
      August 2003, WILLIS19267 - 19293.......             84
17    National Vessel Certificate of
      Documentation..........................             89
18    ABS Consulting, 17 September 2003,
      Report of Maintenance Program Audit,
      WILLIS17709 - 17714....................             90
19    March 4, 2004 Fax Transmittal to
      Floyd Gaspard from John Haley, with
      Attached appraisal, WILLIS  21638 -
      21646..................................            103
20    March 4, 2004 e-mail to John Haley from
      Floyd Gaspard, 000388..................            106
21    Correspondence, FF00803 - 833..........            115
22    Conditional Bill of Sale, March 16,
      2005...................................            127
23    "Remove Pontoon H" schematic, Signal
      (NY) 005826............................            182
24    Photograph.............................            182
25    Photograph.............................            182
26    Photograph.............................            182
27    September 29, 2003 Port Commissioners
      document, 000495.......................            194
28    Article entitled "Port deems dry dock
      Safe," 000494..........................            194
29    October 1, 2003 Agreement, Port Arthur
      Navigation District Industrial
      Development Corporation and Signal
      International, L.P., 000436 - 438......            194
```

```
 1                    JOHN HALEY,
 2   having been first duly sworn, testified as follows:
 3                    EXAMINATION
 4   BY MR. BOWLES:
 5        Q.   State your name for the record, please.         09:56
 6        A.   John Haley.
 7        Q.   And by whom are you employed, sir?
 8        A.   I am a consultant with Signal International.
 9        Q.   And you understand the oath that you have
10   taken?                                                    09:56
11        A.   Yes.
12        Q.   Okay.  If you need a break or have a need, let
13   us know and we will take a short break, whatever.
14             Tell us a bit about your education, please,
15   high school and college, whatever.                        09:57
16        A.   High school.  No formal education, just two
17   years at -- at a tech school, Lamar Tech in Beaumont.
18        Q.   And tell us about your employment history from
19   the time you left school --
20        A.   Okay.                                           09:57
21        Q.   -- briefly.
22        A.   I started out in the -- in the construction
23   business as a millwright, apprenticed in 1960.  And
24   then I went to work at Livingston Shipbuilding in 1963
25   in the construction of offshore drilling rigs, and I      09:57
```

1  have been in that business ever since.
2          Would you like for me to go through which
3  companies and what I did?
4      Q.  Well, let's --
5      A.  I'll be glad to tell you what my history is or    09:57AM
6  background.
7      Q.  Let's start with Friedman -- Friedman --
8      A.  Friede Goldman?
9      Q.  Friede Goldman.
10     A.  Friede Goldman?                                    09:58AM
11     Q.  Yes, please.
12     A.  Friede Goldman.  When Friede Goldman come, I
13 was vice president of operations for -- for TDI Halter,
14 which was merged with Friede Goldman.
15     Q.  When did you start with TDI Halter?               09:58AM
16     A.  I started with TDI in 1996.  And they were
17 purchased by Halter in '98, and that's when they became
18 TDI Halter.
19     Q.  Okay.  And then Friede Goldman?
20     A.  Friede Goldman -- I think TDI Halter merged       09:58AM
21 with Friede Goldman in about '98.
22     Q.  Had you worked at that shipyard before TDI
23 Halter?
24     A.  Yes.
25     Q.  When did you start at the shipyard?               09:58AM

```
 1    A.    At -- that was TDI, yes, in -- in '96.
 2    Q.    '96.
 3              MR. ZACHARKOW:  Shipyard, meaning where
 4  this dry dock is located, DB-5.
 5    Q.    (BY MR. BOWLES)  Right.                          09:59
 6    A.    Yeah, I started out -- I started out with TDI
 7  as the dock manager, manager of the dockyard, in 1996.
 8  It was called Texas Dry Dock.
 9    Q.    And what were your duties as manager of the
10  shipyard at that time?                                   09:59
11    A.    To manage the entire facility, dry dock and
12  the fabrication and the items that were on the dry
13  dock, the -- we were upgrading some -- some big
14  drilling rigs, and I was responsible for that.
15    Q.    Now, 1998, did TDI Halter go bankrupt,           09:59
16  thereabouts?
17    A.    No.
18    Q.    Just purchased by Friede Goldman?
19    A.    No.  They were -- they merged with Friede
20  Goldman.                                                 09:59
21    Q.    Merged?  Okay.
22    A.    They -- TDI Halter or Halter -- Halter merged
23  with Friede Goldman and became -- and then our company
24  became Friede Goldman Offshore.  I think it was '98.
25    Q.    And at some point, Friede Goldman went back     10:00
```

JOHN HALEY - April 13, 2011

```
 1  into bankruptcy?
 2      A.   Yes.
 3      Q.   When was that?
 4      A.   I think it was about 2000.
 5           MR. BLAND:  It was April of 2001.                    10:00AM
 6      A.   2001.  Okay.
 7      Q.   (BY MR. BOWLES)  And it continued operations
 8  in bankruptcy --
 9      A.   Yes.
10      Q.   -- for a period of time, and then --                 10:00AM
11      A.   For, I would say, probably a year-and-a-half,
12  or two years, yes.
13      Q.   Okay.  And then did Signal purchase the assets
14  of Friede Goldman --
15      A.   Signal purchased --                                  10:00AM
16      Q.   Let me -- please let me finish the question.
17  Did Signal purchase the assets of Friede Goldman in the
18  bankruptcy?
19      A.   Yes.
20      Q.   And that would be 2000 --                            10:00AM
21      A.   2000 and --
22      Q.   '03?  '02?  '03?
23      A.   '03 -- or the end of 2002.
24      Q.   Now, you said your -- strike that.
25           When Signal purchased -- or after Signal              10:01AM
```

WWW.MILLER-REPORTING.COM - 713-581-7799/877-721-6416
Email: Depositions@Miller-Reporting.Com

8e42f0c2-379d-44e2-97eb-52e4bfcc6db0

```
 1  purchased the assets of Friede Goldman, what was your
 2  position?
 3       A.   I was president of the Texas operations.
 4       Q.   That was before Signal --
 5       A.   Before Signal.                                        10:01
 6       Q.   Before Signal took over?
 7       A.   Yes.
 8            MR. BLAND:  Larry, just a point of
 9  clarification -- again, I don't want to testify, but
10  just, technically, Signal only purchased a portion of    10:01
11  the assets of Friede Goldman Halter, which is the
12  company name at the time.  I can explain it more off
13  the record, but it was just a -- a portion of the
14  assets.
15            MR. BOWLES:  Okay.  Let's go back.              10:01
16            MR. BLAND:  Just a point of
17  clarification.
18            MR. BOWLES:  Thanks.  Okay.
19       Q.   (BY MR. BOWLES)  What assets of Friede Goldman
20  did Signal purchase in the bankruptcy?                    10:02
21       A.   They purchased the offshore repair division.
22       Q.   And where was that located?
23       A.   That was located in Mississippi and in Texas.
24       Q.   How many facilities did Friede Goldman have
25  that were taken over by Signal?                           10:02
```

1   A.   It would be the east and the west yard in
2 Mississippi, and it would be -- it was the Orange yard,
3 and the Port Arthur yard and the North yard and the
4 South yard in Texas.  So, it must have been six.
5   Q.   Six -- six entities or six --                          10:02AM
6   A.   Six facilities.
7   Q.   Six facilities?
8   A.   Yes.
9   Q.   So, that Friede Goldman operated the other dry
10 dock called the Dual Carrier?                                 10:02AM
11   A.   That's correct.
12   Q.   And that was in Pascagoula?
13   A.   Yes.
14   Q.   And Friede Goldman had owned and operated the
15 dockyard facility in Port Arthur?                             10:03AM
16   A.   What do you mean?
17   Q.   Let me rephrase that.
18   A.   Yeah.
19   Q.   Before the bankruptcy, Friede Goldman had an
20 arrangement with the Port Arthur Navigation District to       10:03AM
21 lease and operate the AFDB-5?
22   A.   Yeah.  They -- they assumed the lease from TDI
23 Halter.
24   Q.   Do you know when that lease started?
25   A.   1984.                                                 10:03AM

```
 1    Q.   And who was the first lessee?
 2    A.   Bethlehem Steel.
 3    Q.   Did you work for any of those entities?
 4    A.   For Bethlehem?
 5    Q.   Yeah.                                          10:03
 6    A.   No.
 7    Q.   So, your first experience in operating a -- a
 8 dry dock facility was in 1996 or 8?
 9    A.   What do you mean, in operating it?
10    Q.   Where you were the manager of the --          10:03
11    A.   I was a manager of the yard, but I didn't
12 operate the dry dock.
13    Q.   Well, what were your duties as the manager of
14 the yard?
15    A.   Well, I managed -- I managed the guys, the    10:04
16 superintendent and the dock master and the people that
17 operated the dry dock, but I did not operate the dry
18 dock.
19    Q.   Okay.  All right.  Thank you.  Now, after
20 Signal purchased the assets of Friede Goldman in the   10:04
21 bankruptcy, what was your position with -- you became
22 employed with Signal, correct?
23    A.   I did.
24    Q.   In what position?
25    A.   As president.                                 10:04
```

| | | |
|---|---|---|
| 1 | Q. | Of which facility or facilities? |
| 2 | A. | The Texas facilities, all the Texas |
| 3 | facilities. | |
| 4 | Q. | Some of the documents that we've seen identify |
| 5 | you as senior vice president of Signal also. | 10:04AM |
| 6 | A. | That's correct. |
| 7 | Q. | And what -- what -- |
| 8 | A. | Well, we restructured -- after Signal had had |
| 9 | the company about a year, we restructured because we | |
| 10 | had a president of Mississippi and a president of Texas | 10:04AM |
| 11 | and then a president of Signal overall.  So, we felt | |
| 12 | like that that was getting a little complicated, so... | |
| 13 | Q. | Okay.  Just -- I understand. |
| 14 | A. | Yeah. |
| 15 | Q. | Okay. Thanks.  Now, how long were you | 10:05AM |
| 16 | employed full time with Signal? | |
| 17 | A. | From the inception until the end of June, |
| 18 | '90 -- 2004. | |
| 19 | Q. | Did you retire at that time? |
| 20 | A. | I did. | 10:05AM |
| 21 | Q. | But you remained as a consultant -- |
| 22 | A. | I did. |
| 23 | Q. | -- with Signal? |
| 24 | A. | Yes. |
| 25 | Q. | And that continues today? | 10:05AM |

**JOHN HALEY - April 13, 2011**

```
 1      Q.    Now, going back to your time with Friede
 2   Goldman --
 3      A.    Uh-huh.
 4      Q.    -- and particularly in Port Arthur, Texas --
 5      A.    Uh-huh.                                              10:12AM
 6      Q.    -- what was the main business there?
 7      A.    We -- we did offshore repair and
 8   refurbishment, upgrades, on offshore drilling rigs.
 9      Q.    And did you dry-dock those drilling rigs on
10   your --                                                      10:12AM
11      A.    We did.
12      Q.    -- dry dock?
13      A.    Quite a number of them, yes.
14      Q.    And did Signal continue in that business in
15   that location --                                             10:12AM
16      A.    Yes.
17      Q.    -- after they took over?
18      A.    Yes.  I was only manager of the dry dock for a
19   short period of time before I became vice president of
20   operations of all the Texas facilities.                      10:12AM
21      Q.    All right.  But you're somewhat familiar with
22   the --
23      A.    Very familiar --
24      Q.    -- dry dock itself?
25      A.    -- with the dry dock, yes.                          10:12AM
```