# EXHIBIT 9

From: Tom Cesare
Sent: Tuesday, January 27, 2009 12:27:13 PM
To: 'Pippin, Darrell N'
Subject: Signal International - Eff: 1/30/09

Importance: High

Attachments: Signal 2008 Primary Quote.pdf; Willis Property Submission.doc; 2009 SOV.xls; 2009 RMS Workbook.xls; Inspection Report.pdf

Just got the call from our producer (my largest) who controls this account. The primary wholesaler (Global Special Risk in Houston) and Lexington (the incumbent) seem to be giving him the run around and he feels are making false promises.

First GSR might have this into your Atlanta office but they will release this to AmWINS NY and Westchester NY if you indeed have a block.

In any event we are enclosing:
   a) Westchester's $10mm quote from last year.
   b) Willis' 2009 Property Submission
   c) The current 2009 SOV
   d) An RMS Workbook that should be helpful to your modelers.
   e) The most recent inspection report.

To refresh your memory we should have written this last year but Lexington came back at the last minute and wrote a $25mm limit at the same $1,000,000 that you quoted the $10mm primary. Not only did we not get your $10mm primary but also they took away my expiring $15mm ex $10mm placement.

Well under the saying that it's better to be lucky then good Hurricane Ike hit this risk for just over $20mm of loss which is 100% Lexington!

Lexington/GSR has indicated that they will be offering a $25mm primary with $10mm of Named Storm coverage for $1,400,000. If you can offer that more the better as the $15mm ex $10mm exposure without Named Storm should not be of any major concern due to the spread of risk. But if you can't put up $25mm of Fire coverage then we would look for a $10mm primary as per last years quote @ $1,300,000 (with $130,000 for TRIA).

Please review and advise, time is short but this is one of those last minute deals that will bind.
Regards
Tom

Tom Cesare
Executive Vice President



ONFIDENTIAL   AMWINSNY_00001