# Signal International, LLC

**Corporate Organizational Chart**



Updated April 2008



# MISSISSIPPI OPERATIONS

## ENVIRONMENTAL
## HEALTH AND SAFETY (EHS)
## MANAGEMENT PLAN

**December-07/Rev. 0**

TRIPM 0150

# Table of Contents

Environmental Health and Safety Alliance..................................................1
1.0 Signal International Environmental Health and Safety Policy ...............1
Operational Commitment..........................................................................2
1.1 Environment........................................................................................2
1.2 Health.................................................................................................2
1.3 Safety .................................................................................................2
2.0 EHS Management – Applicability ........................................................2
2.1 Purpose...............................................................................................3
2.2 Scope ..................................................................................................3
2.3 Expectations........................................................................................3
2.4 EHS Management System .....................................................................3
2.5 Signal's Approach to Safety .................................................................4
2.6 Development of the project/location specific EHS Management procedure...............4
3.0 Specific Requirements – Communication EHS Expectations ................4
3.1 Demonstration of Management Commitment and Leadership ................5
3.2 Personal Protective Equipment (PPE) ..................................................6
3.3 Project EHS Training............................................................................6
3.4 Verification of EHS Management System and Plans ..............................6
3.5 Measurement of Reporting of Performance...........................................7
3.6 Emergency Response Plan....................................................................7
4.0 Drug, Alcohol and Weapon Policy .......................................................7
5.0 Goals ..................................................................................................8
6.0 Responsibilities...................................................................................8
7.0 Executive Steering Committee (ESC) ...................................................8
8.0 Site EHS Team....................................................................................9
9.0 Hazard Identification and Analysis.....................................................10
10.0 Best Practices ..................................................................................10
11.0 Permit to Work (PTW)......................................................................10
12.0 Environmental Plan(s) .....................................................................11
13.0 Hazardous Materials Management ...................................................11
14.0 Orientation and Training..................................................................11
15.0 Fitness for Duty...............................................................................11
16.0 Visitor Access .................................................................................11
17.0 Industrial Hygiene...........................................................................11
18.0 Maintenance Program......................................................................12
19.0 Extended Shifts/Rotations...............................................................12
20.0 Posted EHS Information ...................................................................12
21.0 Safety Radiography..........................................................................12
22.0 Environmental Heath and Safety Executive Steering Committee Charter................12
23.0 Site EHS Team Charter.....................................................................13
Inspection Protocol ................................................................................14-23
Miscellaneous Findings Comments and Actions.......................................24
Incident Evaluation.................................................................................25
Incident/Injury reporting/notification flowchart .......................................25
Additional information.............................................................................25
Blank Job Risk Assessment ....................................................................26-27
Incident Reports-Including management accident review form (cover page)....................28

Accident/Incident-Statement of Witness ...........................................................................29
Foreman's Incident/Accident Report...............................................................................30
Statement of Person involved in the Accident/Incident........................................................31
Incident/Accident Investigation Report .........................................................................32-33
Management Incident Review form..................................................................................34
Required Training Listing (cover page).............................................................................35
Required Training (form)...............................................................................................36
Example Safety Statistic Report (cover page) ....................................................................37
Safety Statistic Report (form) ....................................................................................38-47
Job Risk Analysis Process (cover page) ...........................................................................48
Job Risk Analysis (process)......................................................................................49-54
Permit To Work System.........................................................................................55-58

**Signal International, Inc.**
**Environmental Health and Safety Guidelines Manual**
**Table of Contents**

**Topic**

Corporate Organizational Chart
Environmental Health & Safety Organizational Chart

**Section 1**          **Equipment**

Barricades
Burning Line
Chain Sling
CO2 Line
Color Code
Compressed Gas Cylinder
Crane Operations
Crane Testing and Inspection
Confined Space / Entry Policy
Fork Lift Operations
Personnel Basket Procedure
Sandblasting
Scaffold Policy
Shearing Operations
Tag-Out and Lock-Out Procedure
Welding Gas Line Policy

**Section 2**          **Paint**

Paint Operations
Class "A"
Class "B"
Class "C"

**Section 3**          **Medical / Safety**

Accident Investigation
Bloodborne Pathogens
Drug Policy
Emergency Procedures in the Event of a Serious Accident
Environmental Health and Safety Policy
First Aid
Hazard Communication
Hurricane
Injured Employee Return to Work
Job Risk Analysis (JRA) and Permit to Work Procedure
Occupational Safety and Health Act
Pay for Injured Personnel
Recordable Injuries
Respiratory Protection
Safety Rules
Worker's Compensation

**Section 4**            **Fire Prevention**
                         Fire Prevention and Fire Response
                         Fire Extinguishers
                         Fire Watch
                         Hot Work Permit Procedure


**Section 5**            **Forms**

**Section 6**            **Environmental Plans**
                         Spill Prevention Control and Countermeasure Plan (SPCC)
                         Hazardous Waste Minimization
                         Stormwater Pollution Prevention Plan

# Signal



# International

------------------------------

# Environmental Health and Safety Guidelines Manual

TRIPM 0155



**S I G N A L**

**I N T E R N A T I O N A L**

*A Marine & Fabrication Company*

### INCIDENT EVALUATION

INJURY

*Minor Injury*

- Stabilize Victim - Provide first aid as necessary
- Secure incident scene
- Assist with response efforts as necessary
- Assist as requested
- Notify EHS
- Notify Production Dept. and Project Management
- Assemble incident information
- Conduct a root cause investigation and complete report(s)
- Review incident/Accident report
- Conduct a full management review which includes; senior management and all parties involved in or related to the incident
- Include lessons learned findings for facility-wide distribution

*Fatality or Serious Injury*

- Stabilize Victim(s); notify rescue services if applicable
- Secure Incident Scene
- Assist with response efforts
- Notify EHS, Signal Senior Management, (Customer Management if applicable) Production Dept. and Project Management. In the event the individual is a sub-contractor, notify the appropriate entity(s).
- Assemble Incident Information
- Conduct a Root Cause (per Fish-Bone analysis protocol) Investigation and Complete
- Conduct a full management review which includes; senior management and all parties involved in or related to the incident
- Develop Lessons Learned Countermeasures to Reduce Incident Reoccurrence
- Produce EHS Alert (can be distributed by either/or email or hard copy) and
- Present lessons-learned in future EHS Training

### INCIDENT/INJURY REPORTING/NOTIFICATION FLOWCHART

- Incident/injury Occurs
- Signal EHS notified
- Signal Management/Customer Management notified
- Signal Human Resources notified (for workman's compensation notification)
- In the event the individual is a customer or sub-contractor, notify the appropriate entity. Applicable workmen's compensation carrier notified

SI-EHS # 007/Rev. 1, Page 1 of 5

**SIGNAL**

**INTERNATIONAL**

WHEN COMPLETE, THIS COVER SHEET AND THE BELOW LISTED

INFORMATION SHOULD BE SENT TO:
ORIGINALS*FACILITY FILE
(COPIES)*TRACY BINION - MISSISSIPPI OPERATIONS
(COPIES)*SUSAN CARLQUIST - TEXAS OP'S
(COPIES)*PAT KILLEEN @ SIGNALINTERNATIONAL, MISSISSIPPI OPERATIONS
(COPIES)*APPLICABLE DIVISION PERSONNEL, E.G., PRESIDENT, V.P., ETC.

## INCIDENT/ACCIDENT INVESTIGATION INFORMATION
### PAPERWORK CHECKLIST

INCIDENT EVALUATION COVER-SHEET ATTACHED ☐

INCIDENT/ACCIDENT INVESTIGATION REPORT ATTACHED ☐

STATEMENT OF THE PERSON INVOLVED IN THE INCIDENT/ACCIDENT ATTACHED ☐

SEPARATE/INDIVIDUAL INVESTIGATION INFORMATION (IF APPLICABLE) ATTACHED ☐

FOREMANS INCIDENT/ACCIDENT REPORT ATTACHED ☐

STATEMENT OF WITNESS(ES) ATTACHED ☐

DRUG TEST PERFORMED (YES/NO) ☐      RESULTS RECEIVED (YES/NO) ☐

OSHA 300 LOG COMPLETED/UPDATED WITH PROPER INFORMATION (YES/NO) ☐

MANAGEMENT REVIEW SCHEDULED (YES/KNO) ☐           DATE

OTHER INCIDENT/ACCIDENT INVESTIGATION INFORMATION ATTACHED (PLEASE LIST)

_____
_____
_____
_____

SIGNATURE OF THE INDIVIDUAL COMPLETING THIS INFORMATION:

_____ / _____
                                   DATE

NOTES:
_____
_____
_____
_____
_____

SI-EHS # 008/REV. 0

TRIPM 0157



## SIGNAL INTERNATIONAL
### a Marine & Fabrication Company
## Incident Investigation Report

☐ **Report only (for informational purposes; no injury, no material damage)**

Injury: _____    Property Damage: _____    Near hit: _____

Project Being Worked: _____

Specific Location of Incident: _____

Date of
Incident: _____    Day of
Week: _____    Time of
Incident: _____

Employee
Name: _____

Badge #: _____    Date of Hire: _____    Craft: _____

Foreman: _____    General
Foreman: _____

Superintendent: _____

Category:    ☐ Employee              ☐ Visitor

☐ Customer              Company Name: _____

☐ Subcontractor         Company Name: _____

Length of Employment
at time of Incident: _____         Time in Occupation
at time of Incident: _____

Consecutive Days Worked prior to Incident: _____

**Severity of
Injury:**    ☐ Medical Treatment / Recordable         ☐ Medical Only         ☐ Restricted

☐ Medical Treatment / Non-Recordable    ☐ LTA

Type of Property
Damaged: _____         Witnesses: _____

SI-EHS # 007/Rev. 1, Page 2 of 5

TRIPM 0158



# S I G N A L
# I N T E R N A T I O N A L

## FIRE RESPONSE/EMERGENCY ACTION PLAN
### - insert rig/location -

### TABLE OF CONTENTS

| SECTION | PAGE |
|---|---|
| PURPOSE | 2 |
| GENERAL SUMMARY | 3 |
| SPECIFIC PROVISIONS | 4 |

1. DISCOVERY OF FIRE
2. EVACUATION PROCEDURE DURING EMERGENCY
3. CRITICAL OPERATIONS PERSONNEL
4. PERSONNEL ACCOUNTABILITY PROCEDURES
5. FIRE-FIGHTING, RESCUE, MEDICAL & CROWD CONTROL DUTIES
6. REPORTING OF FIRES & OTHER EMERGENCIES
7. EVACUATION
8. TRAINING
9. PLACEMENT OF FIRE EXTINGUISHERS
10. DOCKSIDE WATER PUMP/FIRE STATION
11. FIREWATCH PROGRAM
12. SI PROJECT MGMT & SAFETY DEPT. PERSONNEL
13. MUTUAL AID
14. OTHER INFORMATION

ATTACHMENTS:

A. FACILITY MAP INDICATING DOCKSIDE MUSTER STATIONS
B. SI EMERGENCY NOTIFICATION MATRIX
C. FIREWATCH TRAINING PROGRAM
D. EMERGENCY, MEDICAL & REGULATORY ENTITIES
E. SIGNAL INTERNATIONAL PROJECT ORGANIZATION CHART
F. FIRE MANIFOLDS/ACCESS & EGRESS
G. SI JOB RISK ANALYSIS & PERMIT TO WORK SYSTEM
H. AMIRANTE – LIST OF CHEMICALS BY COMPARTMENT
I. SI FIRE FIGHTING EXTINGUISHER CHECK LIST
J. FIRE PUMP INSPECTION / MAINTENANCE SHEET

TRIPM 0159

Incident Description As Reported:

_____

Describe what Investigation Revealed (USING THE FISHBONE ANALYSIS PROTOCOL AS A GUIDANCE):

_____

Root Causes of Incident following Investigation:

_____

Corrective Actions Taken to Prevent Reoccurrence:

_____

Disciplinary Actions:

_____

Completed by: _____   Date: _____

Approved by: _____   Date: _____

**Attachments included:**

- ☐ **Statement of person involved in the incident**
- ☐ **Statement of witnesses**
- ☐ **Foreman's incident report**
- ☐ **Fishbone analysis protocol**

SI-EHS # 007/Rev. 1, Page 3 of 5

# FISHBONE ANALYSIS PROTOCOL



SI-EHS # 007/Rev. 1, Page 4 of 5

**INVESTIGATION NOTES:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

SI-EHS # 007/Rev. 1, Page 6 of 9



**SIGNAL**
**INTERNATIONAL**
*A Marine & Fabrication Company*

## FOREMAN'S INCIDENT / ACCIDENT REPORT

Fill in all blocks (mark N/A if applicable)         Date of Report:_____

Claimant's Name: _____         Company:_____

Claimant's Social Security # _____         Badge #: _____

List of employees involved in incident:

1. _____ Dept.:_____ Badge:_____

2. _____ Dept.:_____ Badge:_____

3. _____ Dept.:_____ Badge:_____

4. _____ Dept.:_____ Badge:_____

5. _____ Dept.:_____ Badge:_____

**What were your instructions to the employees prior to the incident?**
_____
_____
_____
_____

Describe in detail what happened?
_____
_____
_____
_____

What equipment was involved?

1. _____

2. _____

3. _____

4. _____

Foreman's Signature:_____         Date:_____

TRIPM 0163



**SIGNAL INTERNATIONAL**
*A Marine & Fabrication Company*

# STATEMENT OF PERSON INVOLVED
# IN ACCIDENT / INCIDENT

Date:_____

Job No.:_____     Job Name:_____

Employee Name:_____     Badge No.:_____

Foreman:_____     Buddy (If new hire): _____

What were your instructions for the task you were performing? _____

_____

_____

_____

Who instructed you on the task you were performing?: _____

Please describe below, in your own words, the facts concerning the incident: _____

_____

_____

_____

_____

(Use reverse for additional comments)

_____          _____
Signature                                        Print Name

_____
Date

TRIPM 0164



**S I G N A L**

**I N T E R N A T I O N A L**
*A Marine & Fabrication Company*

## Accident/Incident-Statement of Witness

**Date:**_____

**Job No.:** _____     **Job Name:** _____

**Employees Name:**_____     **Badge No.:**_____

**Please describe below, in your own words, the facts concerning the incident that occurred on**_____.

_____

_____

_____

_____

_____

_____

_____

_____

**What were your instructions on how to perform the job, before you started work the day of the accident?**

_____

_____

_____

_____

_____

_____

_____        _____
Witness' Signature                            Witness' Printed Name


_____
Date

TRIPM 0165



SIGNAL

INTERNATIONAL

*A Marine & Fabrication Company*

# Job Risk Analysis
# &
# Permit to Work
# System

## Job Risk Analysis Process

1. Before the start of a task that will take place within a Signal International facility on a rig or other marine vessel, supervisors (craft superintendents) must conduct a Job Risk Analysis (JRA) with their employees to identify the hazards and controls associated with the job to be performed.

2. When a job is identified, the first action is to establish what tasks it will involve. This initial appraisal should identify the need for any special safety requirements and identify if the task can or cannot be carried out safely. If the likely hazards cannot be reconciled at this stage, then the task should be rejected or redefined.

3. The next stage involves identifying the hazards associated with the tasks, assessing the risks and identifying the controls/precautions required to mitigate those risks. Where a task comprises a number of separate activities, these should be broken down into individual tasks and assessed separately. The extent of the controls identified will depend upon the level of risk associated with the task. **THE HIGHER THE RISK, THE GREATER THE DEGREE OF CONTROL. This task risk assessment process is documented on a Job Risk Analysis (JRA) form and one copy is given to the Signal International EHS (Safety) Department and the second copy is retained by the craft for use before performing the same job in the future.**

4. A new risk assessment will not be required for every job. Where a job has previously been assessed, or is covered by a procedure, it may not need a new risk assessment. Where this is the case, the previous assessment or procedure should be reviewed to ensure that the hazards and controls are still relevant and that any site or job specific controls are identified. Risk assessments are reviewed and renewed every 30 days.

5. For **VERY** low-risk jobs performed by competent/knowledgeable employees, no formal recorded risk assessment is required as the individual's competency and skill assist in the completing of the task in a safe manner.

6. Prior to undertaking the job, the appropriate approval should be obtained along with a discussion of the job in a toolbox meeting between the supervisor and employees who will carry out the job. <u>The supervisor and craft superintendent are responsible for determining if the job has been previously risk assessed or if this is a new job that requires a new risk assessment.</u> If it has been previously assessed, the hazards, controls and individual responsibilities are then communicated from the original JRA to the entire work team. **Where the team identifies any additional hazards and controls (especially those specific to the site and the local conditions), the JRA is then updated as appropriate. If the job has not been previously assessed, a Job Risk Analysis is performed and similarly reviewed with the entire work team, with a copy given to the EHS Department as in Section 3.**

7. Once the task commences, the worksite should be monitored for any change in conditions that might alter the hazards and controls in place. If there is any concern, **STOP THE WORK**, re-assess the controls and, if necessary, re-plan and re-assess the task.

8. On completion of the task, it is important to capture any lessons learned and make improvements to the JRA for the next time the job is performed.

TRIPM 0167

**A. The principal responsibilities of Managers, Foreman and Superintendents are to:**

Complete the SI JRA Request form and issue one copy of the form to the SI-EHS Department.

*Eliminate and reduce risks wherever practicable

*Combat risks at source

*Ensure suitable and sufficient assessment of all risks to the health and safety of their employees, or any third parties, caused by their work activities

*Ensure that assessments are recorded, reviewed and maintained as valid

*Ensure that an appropriate approval process is in operation, commensurate with the level of the risk assessed

*Give appropriate information, instruction and training to employees and ensure competence of involved personnel

**B. The principal responsibilities of Front-line Supervision are to:**

*Review and identify what level of risk assessment each job is required

*Ensure that all jobs undertaken within their area of responsibility are assessed to  identify any hazards.

*Ensure that control measures are implemented to reduce the likelihood of a risk occurring to as low as reasonably practicable

*Reject or redefine the activity if residual risk is too high after being reduced to as low as reasonably practicable

*Ensure that any potential improvements highlighted during the assessment process are reviewed and actions taken as appropriate

*Communicate details of the Job Risk Analysis to the work team, allocating individual responsibilities for job tasks and control measures-EACH MEMBER OF THE WORK TEAM MUST SIGN THE JRA ACKNOWLEGING THAT THEY UNDERSTAND THE WORK AND ASSOCIATED HAZARDS

*Ensure that all members of the work team have the opportunity to identify further hazards and controls during the pre-job toolbox meeting using the JRA

*Ensure that before work commences all members of the work team are in agreement with the detail of the JRA and the proposed control measures and that they are reminded that anyone has both the authority and responsibility to stop the job if there is a doubt about the safety of the operation

*Post the appropriate work performance package at the job site

*Return the work performance package to the daily JRA meeting for review and updating

*At the completion of the JRA meeting, the work performance package is returned and posted at the job site and reviewed with the applicable/impacted employees

TRIPM 0168



**INITIAL JRA OBLIGATION**
**PROJECT SUPERINTENDENT RESPONSIBLITIES**

Page 3 of 6

TRIPM 0169



**JRA ISSUANCE
SAFETY REP RESPONSIBILITIES**

Receive request from foreman and review tasks

Needed task available in JRA library?

No → Develop new JRA

Yes

Add to work performance package

Work performance package complete?

No

Yes

Add activity log to work performance package

Inspect job site (and adjacent work/spaces)

Acceptable?

No →

Yes

**Issue Permit**

Page 4 of 6

TRIPM 0170



**JRA IMPLEMENTATION**
**FORMAN/SUPERVISOR RESPONSIBILITES**

Page 5 of 6



**JRA FIELD EVALUATION**
**SAFETY REP RESPONSIBLITIES**

Page 6 of 6

## Permit To Work System

### Section No. 1 – Purpose and Scope

A Permit-to-Work system has been established to assist in controlling all hazards associated with fabrication activities conducted at all Signal International operations. The purpose of this process is to create a system of communication among the personnel involved in carrying out potentially hazardous work and to ensure that risk of injury and damage is fully managed. These work practices are intended to provide guidelines for the implementation of the Permit-To-Work system and to establish a structure for working within written Permits-To-Work. The scope of this procedure is for all activities performed onboard rigs or other similar marine vessels, and/or activities that have significant risk (i.e. heavy lifts) at Signal International facilities. Certain activities, once evaluated by the execution of a 'Job Risk Analysis', will not require a permit. These activities will be determined on a case-by-case basis, pending the completion and subsequent review of the Job Risk Analysis.

Described below are the levels of authority, responsibility and actions required by the relevant entity in order to complete the issuance of the Permit-To-Work:

### Section No. 2 – Responsible Authority (Project Superintendent)

The Responsible Authority is responsible to manage and administer the Permit-To-Work system, including ensuring that participating personnel are aware of the requirements of the permit and are competent to perform the specific job-task required to complete the work in a safe, environmentally friendly and efficient manner. The Responsible Authority will oversee all ongoing operations and planned activities to ensure conflicts and increased risks are not caused by concurrent activities. The Responsible Authority, in conjunction with the EHS (Safety) Department is responsible for the overall coordination of the Permit-To-Work system. In order to efficiently administer the PTW system, the Responsible Authority can delegate authority if/when applicable.

Page 1 of 4

***The Responsible Authority shall ensure that:***

- Prior to performing work, all work requiring permits are identified and the Job Risk Analysis documents are completed and/or reviewed

- Each permit shall contain a clear description of the work to be done and it's location

- PTW activities that may interact or affect one another are clearly and effectively cross-referenced.

- A coloring system will be used to easily identify specific hazards and/or activities within a permit or permit area. The system will be as follows:

  - RED DOTS will be placed on a permit if the activities contained within the permit include/involve HOT WORK

  - YELLOW DOTS will be placed on a permit in the activities contained within the permit include/involve COLD WORK

  - BLUE DOTS will be placed on a permit in the permitted activity will be performed rig/vessel wide (this would include certain maintenance activities, certain scaffold building activities, etc.)

- PTW validation, via project activity meetings, will be conducted at a specified project location on a daily basis (this time-frame can/will vary when work is not performed due to weekends/holidays/rainouts, etc.)

- Permits will not exceed a 7 day period (this time-frame can/will vary when work is not performed due to weekends/holidays/rainouts, etc.)

- All other work, which would create a hazard if undertaken at the same time, is made safe and/or suspended.

- That a review of the work scope, JRA and inspection of the work site is completed daily (this time-frame can/will vary when work is not performed due to weekends/holidays/rainouts, etc.)

Page 2 of 4

TRIPM 0174

### Section No. 3 – Issuing Authority (EHS-Safety Department)

The Issuing Authority shall be the Signal International, EHS (Safety) Department. They shall assist in/be responsible for:

- Review Job Risk Analysis to ensure all hazards associated with the proposed task being identified and listed

- All safety measures and/or equipment that are required for the job incorporated in conducting the task

- That the persons conducting the work are aware of the precautions to be taken during the active period of the permit

- That no work will commence until the permit has been approved in writing by both the Responsible and Issuing Authority

- Inspection of the work site.

- Notifying the Responsible Authority/Management if/when a permit is suspended and the conditions surrounding the permit suspension

- Periodically during the operation, reviewing the Job Risk Analysis as to their continued applicability to the job task.

- Permits are validated and/or re-issued every 24 hrs. (This time-frame can/will vary when work is not performed due to weekends/holidays/rainouts, etc.)

- That all permits are displayed in the work area in a manner that they can be read/reviewed by the employees.

TRIPM 0175

*Section No. 4 – Performing Authority*

The Performing Authority is the front-line supervisor (Foreman or other frontline supervisor) authorized to carry out the work within the Permit-To-Work parameters. Prior to performing the work activity, the Performing Authority will:

- Complete/review a Job Risk Analysis to understand the potential hazards associated with the permitted work, and must review the Permit-To-Work and the JRA with their employees performing the work.
- Confirm that all requirements of the Permit-To-Work are in place by endorsing the permit with his signature
- Be able to recognize signs or symptoms of exposure to the anticipated hazards, and understand the consequences of exposure to those hazards to all employees in the work area
- Maintain communication with all personnel when/if a hazard in the work space develops
- Assist all employees in the exiting of the work area as quickly as possible whenever ordered or alerted to do so
- Assure compliance of all conditions of the work permit by the employees performing the work.

Page 4 of 4

TRIPM 0176

# Job Risk Analysis/Permit To Work Forms

TRIPM 0177

# JRA REQUEST FORM

**DATE TO BEGIN WORK:** _____

**FOREMAN:** _____

**CRAFT:** _____

**JOB #:** _____

**LOCATION OF WORK:** _____

**BRIEF DESCRIPTION OF**
**WORK:** _____
_____
_____
_____
_____
_____

**SIGNATURE:** _____

**DATE OF REQUEST:** _____

SI-EHS FORM #001/REV.0

# Job Planning Outline

| | |
|---|---|
| Date: | |
| Craft: | |
| Supervisor: | |

**Task Equipment**

| No. | Equipment Name/Type | Inspected? | Inspected by: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Task Participants**

| No. | Name | Position | Task Performed Before? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **FIREWATCH** | | | |
| | | | |
| | | | |

**Task Procedure**

| Step | Task Detail | Who Performs | Supervised by: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

SI-EHS #002/REV. 0

**SIGNAL**
**INTERNATIONAL**
*A Marine & Fabrication Company*

Permit No. _____

### PERMIT TO WORK – JRA(s) must be completed prior to issuance of PTW

Person in Charge of the Work: _____ Position: _____

Location: _____

Type of Work Performed: ☐ Hot Work   ☐ Confined Space Entry   ☐ Lockout/Tagout   ☐ Special rigging event
☐ Elevated scaffold work (Above 5 ft)   ☐ Other _____

Brief Description of Work:

_____
_____
_____

Starting Time: _____ Date: _____   Expiration Time: _____ Date: _____

**The following areas / items have been evaluated and are required for the work:**

| Atmospheric Hazards | Hazard Controls | | PPE | Miscellaneous |
|---|---|---|---|---|
| Oxygen content: 20.8 % | Mechanical Ventilation | X | Face / eye protection | Portable Radio |
| LEL : < 10% | Fluid / Gas Free | | Fall protection | Lighting |
| H2S : < 10 PPM | Lockout / Tagout | X | Gloves | Tripod / Harness |
| CO: < 35 PPM | Fire Watch needed | X | Hearing Protection | OTHER: |
| OTHER: | Portable gas detector | | Air purifying respirator | |
| | Barricades/signs/labels | | SCBA | |

Employee sign-in:

_____      _____      _____
_____      _____      _____

**Check the type of hazards associated with this work permit:**

| | Explosive gases / vapors | | Sudden release of energy | X | Slipping / tripping / falling | | Poor visibility |
|---|---|---|---|---|---|---|---|
| | Poisonous gases / vapors | | Confined space | | Overhead work | | Other (on back) |

### PERMIT VALIDATION – 7 DAY MAXIMUM

☐Day One   ☐Day Two   ☐Day Three   ☐Day Four   ☐Day Five   ☐Day Six   ☐Day Seven

EHS
Initial   _____   _____   _____   _____   _____   _____   _____

PRODUCTION
Initial   _____   _____   _____   _____   _____   _____   _____

Permit suspension: ☐ Yes   ☐ No   Reason:_____

Suspended by:_____ Time:_____ Date: _____

Re-activated by:_____ Time:_____ Date: _____

Permit approval: _____(Production)
_____(EHS)

**PERMIT CLOSE-OUT SIGN-OFF:**
Work is - ☐ completed - ☐ not completed       Site is in a - ☐ safe condition
Housekeeping is - ☐ completed                  Normal operations - ☐ may be resumed
**NEW PERMIT ISSUED ☐**

Closure approval: _____(Production)
_____(EHS)

SI-EHS FORM #003/REV.0



**SIGNAL INTERNATIONAL**
*A Marine & Fabrication Company*

# Example only

## JOB RISK ANALYSIS

TO BE COMPLETED BY THE EHS DEPT

JRA #

| LOCATION: | | TASK: Welding,Cutting Brazing | | DATE: |
|---|---|---|---|---|
| | | | | ANALYSIS PERFORMED BY: |

**How to use this form:**

| 1. Crew Performing task review ALL hazard considerations. | 2. Review any previous JRA update(s) for useful information, which will help this task | 3. Carry out task per plan. If any conditions change, STOP and RE-ASSESS !!!!!!! | 4. Keep one copy of the JRA for future reference. Submit one copy to the EHS (Safety) Dept. for recordkeeping. Update this JRA as needed |
|---|---|---|---|

| STEP # | DESCRIPTION | POTENTIAL HAZARD | CONTROLS/ACTION TAKEN TO MANAGE HAZARD |
|---|---|---|---|
| 9 | Barracade | Not barracadeing the hot-work area off can result in accidents/injuries. | Pos proper barracade around your hot work area to keep unauthorized personnel out. |
| | | | All Barracade "shall" be removed when task is complete. |
| 10 | Break, Lunch & End Of Shift | Not removing gas lines from confined spaces can result in serious bodily injuries. | All gas lines shall be removed from all spaces at break lunch & end of shift  & removed from the manifold. |
| | | | * In the event of an emergency contact your supervisor or the safety Department. Also contact the |
| | | | Rig Manager. |
| 11 | call a timeout | Not calling a time out when there is an unsafe act going on in the work area can cause bodily injury and accidents | Always call a "timeout" when there is an unsafe act taking place in your work area. Stop the usafe action to prevent injury and accidents. |

*USE BACK OF FORM IF NECESSARY TO COMPLETE LISTING TASK

**EHS DEPT REVIEW**

| REVIEWED BY: | |
|---|---|
| DATE: | |

SI-EHS #004/REV. 0

Signal International, LLC          Risk Assessment Report Appendix Photographs          SHAI December 2008



East Yard Legend

| | | | |
|---|---|---|---|
| 1 | Administration | 7 | Security and First Aid |
| 2 | Compression Building | 8 | Blast and Paint Building |
| 3 | Electric Shop | 9 | Office Trailers |
| 4 | Fabrication Pipe Shop | 10 | Residental Housing |
| 5 | Warehouse | 11 | Dual Carrier Dry Dock |
| 6 | Machine Shop | 12 | Lay down Yard and Storage |









(11) - No Photograph Available

(12) - No Photograph Available

Signal International, LLC          Risk Assessment Report Appendix Photographs          SHAI December 2008

**Other Photographs**



Signal International, LLC                          Report Appendix                          SHAI December 2008
                                                    Photographs



West Yard Legend (Primary Buildings)
1    Fabrication Pipe Shop
2    Warehouse
3    Guard House
4    Offices
5    Shop
6    Training Building



**Other Photographs**



Signal International, LLC                    Report Appendix                    SHAI December 2008
                                              Photographs



Signal International, LLC                    Report Appendix Photographs                    SHAI December 2008



| **Orange Yard** | | | |
|---|---|---|---|
| 1 | Blast and Paint Buildings | 6 | Pipe Warehouse |
| 2 | Fabrication Shop East | 7 | Pre Assembly |
| 3 | Main Fabrication Shops | 8 | Warehouse |
| 4 | Maintenance Building | 9 | Storage Building |
| 5 | Storage Building | 10 | Offices |
| | | 11 | Buckley Office and Shop |



(1) - Blast and Paint Building        (2) - Fabrication Shop East        (3) - Main Fabrication Shops



(4) - Maintenance Building        (5) - Storage Building        (6) - Pipe Warehouse



(7) - Pre Assembly        (8) - Warehouse        (9) - Storage



(10) - No Photograph Available        (11) - Buckley Office        (11) - Buckley Shop

TRIPM 0186

Signal International, LLC                Report Appendix Photographs                SHAI December 2008

(12) - No Photograph Available

**Other Photographs**









Signal International, LLC                Report Appendix Photographs                SHA December 2008



```
Dock Yard Legend
1    Dry Dock
2    Security House
3    Warehouse
4    Shipping and Receiving
5    Office
```



(1) - Dry Dock                (2) - Security House                (3) - Warehouse

**Other Photographs**



| (4) - No Photograph Available | (5) - No Photograph Available | |
|---|---|---|

**Other Photographs**



Signal International, LLC                    Report Appendix Photographs                    SHAI December 2008



**North Yard Legend (Primary Buildings)**
1   Warehouse
2   Repair Shop
3   Guard House



(2) - No Photograph Available



Other Photographs



Signal International, LLC          Report Appendix Photographs          SHAI December 2008



South Yard Legend (Primary Buildings)
1    Main Office
2    Pipe Shop
3    Shipping and Receiving
4    Warehouse Building





**Other Photographs**



**1/28/2009 2:43:07 PM - John Daniel (john.daniel)**
**Brokerage - 1099841**

$46,683,450 in Scheduled Equipment as well as Leased/Rented equipment is included in the total TIV.

TRIPM 0191

Issue Date:  January 14, 2009



# PROPERTY
# INSURANCE SUBMISSION

### Effective
### From: January 30, 2009
### To: January 30, 2010

## Presented by:
# Willis of Alabama, Inc., Mobile

TRIPM 0056

Issue Date:  January 28, 2009

# Signal International, LLC
## Table of Contents

General Information............................................................... 1

Exeuctive Summary and Description of Operations ............... 2

Underwriting Questions – General Information........................ 3

Named Insureds.................................................................... 4

Primary Property Coverage.................................................... 5

TRIPM 0057

Issue Date: January 28, 2009

# Signal International, LLC
## General Information

| | |
|---|---|
| **First Named Insured:** | Signal International, LLC |
| **Account Number:** | 698270 |
| **Mailing Address:** | PO Box 7007 Pascagoula MS 39568 |
| **Financial Contact:** | Chris Cunningham  228-762-0010 |
| **Inspection Contact:** | Lisa Spears – same |
| **Web Site Location:** | www.signalinternational.com |
| **Effective Date:** | January 30, 2009 |
| **Expiration Date:** | January 30, 2010 |
| **Producer:** | John Bullock |
| **Servicer:** | Joyce Johnson |
| **Marketer:** | Zaleen Palmer |
| **SIC Code/Industry:** | Shipyard |

Note: Willis will handle all Countersignature requirements with its affiliated offices.

1

Issue Date:  January 28, 2009

# Signal International, LLC
## Executive Summary and Description of Operations

Willis is pleased to present this submission on behalf of Signal International, LLC.

Signal International, LLC purchased the assets of FGO in 2003 and operates two yards in Pascagoula MS and four in the Port Arthur, Orange TX areas.  The primary yards are the East Yard (MS) and the Orange Yard (TX).  The principal focus is offshore drilling rig overhaul, repair, upgrade and conversion.  Additionally, they provide services to the general marine and heavy fabrication markets.   Additional information relative to current projects, safety, and operations is available on their website:  signalint.com

Signal desires long-term relationships with insurance carriers who are both financially secure and can provide a competitive insurance program that respond promptly to their needs.   Signal International, LLC is interested in insurers offering a flexible policy with broad coverage and requiring minimal servicing and endorsements.    To this end, the Willis form wording is included in the submission.   The specifications are to be considered as an outline for the designed program which is included in this submission. Proposals for broader coverage and expanded limits are encouraged.

Appraisals have been obtained and values have been updated; blanket coverage on a replacement cost basis (except as otherwise noted) is requested.   The insured has updated the BI worksheet, and a Property Risk Assessment Report is being completed by Stephen Heller & Associates.  While the final report is not ready at this time, a draft is included in the submission.

We thank you for your consideration.

2

Issue Date:  January 28, 2009

<div align="right">
**Signal International, LLC**
**Underwriting Questions – General Information**
</div>

### Explain all "yes" responses

| | | Yes | No |
|---|---|:---:|:---:|
| 1 | Is the applicant a subsidiary of another entity or does the applicant have any subsidiaries? | ☒ | ☐ |
| 2 | Is a formal safety program in operation? | ☒ | ☐ |
| 3 | Any exposure to flammables, explosives, chemicals? | ☒ | ☐ |
| 4 | Any catastrophe exposure? | ☒ | ☐ |
| 5 | Any other insurance with this company or being submitted? | ☐ | ☐ |
| 6 | Any policy or coverage declined, cancelled or non-renewed during the prior three years? | ☐ | ☒ |
| 7 | Any past losses or claims relating to sexual abuse or molestation allegations, discrimination or negligent hiring? | ☐ | ☐ |
| 8 | During the last ten years, has any applicant been convicted of any degree of the crime of arson? | ☐ | ☒ |
| 9 | Any uncorrected fire code violations? | ☐ | ☒ |

### Explanations to "Yes" Responses

1) **Per organization chart.**
2) **Yes – see corporate overview**
3) **Usual to shipyard industry**
4) **Gulf Coast windstorm**

3

TRIPM 0060

Issue Date:  January 28, 2009

# Signal International, LLC
# Named Insureds

| First Named Insured | Legal Entity * | Interest | Description of Operations |
|---|---|---|---|
| Signal International, LLC | LLC | Owner of Signal International Texas GP, LLC (100%) and Signal International Texas, LP (99%) | MS assets and debt |

| Other Insureds | Legal Entity * | Interest | Description of Operations |
|---|---|---|---|
| Signal International Texas GP, LLC | LLC | Owner of Signal International Texas, LP (1%) | |
| Signal International Texas LP | LP | | TX assets and debt |
| Acon Offshore Partners, LP | LP | Owner of Signal International LLC (100%) | |
| ACON Offshore, LLC** | LLC | | |
| Yates Offshore, LLC** | LLC | | |
| Wilcar, LLC** | LLC | | |

\*
| I – Individual | NP – Not for Profit | LC – Limited Corporation | P – Partnership |
|---|---|---|---|
| C – Corporation | S – Subchapter "S" | LLC – Limited Liability Corporation | JV – Joint Venture |
| O – Other | | | |

**Added as respects policies except Workers Compensation

4

Issue Date:  January 28, 2009

<div align="center">

## Signal International, LLC
## Property Coverage

</div>

| | |
|---|---|
| **TYPE:** | All Risks of Direct Physical Loss, Damage or Destruction of Property Insured, including but not limited to "Boiler and Machinery," "Earthquake" and "Flood" and/or as more fully defined in the Policy wording. |
| **FORM:** | J(A) Insurance Policy and/or Companies Equivalent |
| **INSURED:** | Signal International, LLC and any owned, controlled, associated or affiliated subsidiary, company, corporation, organization, trust or association as now or may hereinafter be constituted or acquired; the interest of the First Named Insured in any partnership or joint venture, to the extent not otherwise insured; and any entity for which the First Named Insured has agreed to provide insurance, as their respective rights and interests appear or as defined in the Policy wording. |
| **MAILING ADDRESS:** | P.O. Box 7007, Pascagoula MS 39568 |
| **PERIOD:** | This policy attaches and insures for a period of 1 year, from January 30, 2009 to January 30, 2010 beginning and ending at 12:01 AM at the above mailing address of the insured. |
| **INTEREST:** | The insurable interest of the Insured in all real and personal property of every kind and description, at a "location" or within 1000 feet thereof,  including the "insurable interest of the Insured in property of others in the care, custody or control of the Insured" and at the option of the Insured, property of officers, directors and employees of the Insured while at a "location" or anywhere within the Policy territory when the officer, director or employee is acting on behalf of the Insured, but excluding personal effects; "Time Element"; and/or as may be more fully set out in the Schedule of Coverages attached and as defined in the Policy wording. |
| **SUM INSURED:** | USD25,000,000. Blanket Property Damage and "Time Element" per "occurrence" all coverages combined. ONLY TO PAY EXCESS PER OCCURRENCE OF THE DEDUCTIBLE SET FORTH BELOW |
| **DEDUCTIBLE:** | Program Deductible being USD100,000.  in respect of all losses other than the Schedule of Exceptions to Program Deductible (for 100%) as attached. |

5

Issue Date:  January 28, 2009

**SITUATION:**

This Policy insures within and between the 50 states of the United States and Canada, and in the territories and possessions of the United States. However, as respects Contingent "Time Element" and Royalties this Policy insures worldwide except for loss or damage in any country where trade relations are unlawful as determined by the Government of the United States of America or its agencies, unless the Insured has been granted a U.S. Treasury Department of Foreign Assets Control license to do business in that country and then this Policy insures only to the extent legally permitted as a result of the issuance of such license.

**CONDITIONS:**

This insurance is subject to the same terms, clauses and conditions as the Policy Wording as included in the Underwriting Submission. Acknowledgement of agreement to this wording or any required amendments to it must be received by Zaleen Palmer at zaleen.palmer@willis.com no later than 01/15/2008.

**Order will be subject to agreement of insurer to issue formal policy documentation within 30 days of binding.**

Schedule of Program Sub-limits (for 100%) as attached.

Schedule of Coverages as attached.

Watercraft Amendment – Exclusion E _ Watercraft is amended as follows:  E.  This policy does not insure watercraft.  This exclusion shall not apply to the coverage on watercraft provided in "Off-shore Property" below (k).  This exclusion shall not apply to the dry-dock known as Dual Carrier while the Dual Carrier is located within 5 miles of the insured's premises.  This exclusion shall not apply to other dry-docks while located within 1 mile of the insured's premises.

Boiler & Machinery Coverage – Excess Coverage; Joint or Disputed Loss Agreement per Travelers Policy wording applies to this policy.

90 Days Notice of Cancellation

Electronic Date Recognition Clause

Mold, Mildew or Fungus excluded unless resulting from a "Listed Peril"

Electronic Media and Electronic Data excluded unless damaged by a "Listed Peril"

6

Issue Date:  January 28, 2009

Asbestos Material excluded unless damaged by a "Listed Peril"

Pollution, Contamination excluded unless causing or resulting from a "Listed Peril"

Nuclear Reaction, Radiation or Radioactive Contamination excluded, but including Radioactive Assumption

War excluded

Terrorism excluded

Loss Payees, Mortgagees and Additional Insureds automatically included herein with advice to Insurer waived

Permission granted to Willis of Alabama, Inc.  and/or the Willis Certificate Center to issue Certificates or Evidences of Insurance as and when applicable without advice

Replacement Cost including Capital Expenditure if actually repaired and replaced; otherwise Actual Cash Value; except dry-docks and Scheduled Contractors Equipment at Actual Cash Value.  As respects Leased/Rented Equipment, Replacement Cost valuation applies if required by lease agreement.

Valuable Papers and Records and Electronic Media and Electronic Data at Cost to Reproduce, Re-create and Research

Selling price on "finished stock"

Actual Loss Sustained as applicable

No Coinsurance

Omissions and Errors

Unlimited Vacancy

Waiver of Subrogation (prior to loss)

Priority of Payments/Drop Down Provisions (applicable only to excess participations)

**CHOICE OF LAW & JURSIDICTION:**    Choice of Law: Mississippi
Jurisdiction: USA
Service of Suit:  LMA 5020 or LMA 5028 (where applicable

Issue Date: January 28, 2009

| | |
|---|---|
| **PAYMENT TERMS:** | US Premium: 45 days from policy inception |
| **BROKERAGE:** | 10% |
| **TAXES PAYABLE BY INSURED:** | Insurance premium taxes, guarantee fund surcharges, government schemes and any other fees due in jurisdiction in which the Insured operates and customarily payable by the Insured. |
| **INFORMATION:** | As per the Willis Underwriting Submission dated 01/15/2009, including Loss History contained therein. For premium purposes only, the 100% PD/BI values are USD211,328,279. |

8

TRIPM 0065

Issue Date:  January 28, 2009

### SCHEDULE OF PROGRAM SUB-LIMITS OF LIABILITY (FOR 100%) AND TIME LIMITS

Application of Program Sub-limits of Liability

1. The Program Sub-limits of Liability apply per "occurrence" in excess of any applicable deductible, unless otherwise stated
2. The Program Sub-limits of Liability represent the maximum amount recoverable in respect of the limited coverage over all Underlying, Contributing or Excess Insurance combined.
3. The Program Sub-limits of Liability shall not increase the Limit of Liability (Sum Insured) of the Policy.

| | |
|---|---|
| USD500,000. | Accounts Receivable |
| USD2,500,000. | Automatic Coverage on Newly Acquired Property, Property Damage and "Time Element" combined |
| USD250,000. | Contamination Cleanup, land and water, in the aggregate during any Policy year |
| USD500,000. | Contingent "Time Element" |
| USD5,000,000. | Contractors Equipment Leased, Borrowed, Rented or Loaned |
| USD150,000. | Contractors Equipment – Rental Reimbursement, but not more than $2,500 per day for up to 60 days |
| USD5,000,000. or 25% of the Property Damage and "Time Element" claim payable under this Policy, whichever is greater. | Debris Removal and Cost of Cleanup |
| USD250,000. | Decontamination Costs |
| USD5,000,000. | Demolition and Increased Cost of Construction Property Damage and Law, Ordinance or Regulation "Time Element" combined |
| USD25,000,000. | "Earthquake" in the aggregate during any Policy year, Property Damage and "Time Element" combined. |
| USD1,000,000. | Electronic Media and Electronic Data, Property Damage and "Time Element" combined |
| USD1,000,000. | Expediting Expense |

9

Issue Date: January 28, 2009

| | |
|---|---|
| USD25,000,000. | "Flood" in the aggregate during any Policy year, Property Damage and "Time Element" combined.   This aggregate does not apply to Flood resulting from a Named Storm. |
| USD500,000. | "Fine Arts" |
| USD1,000,000. | Interruption by Civil or Military Authority |
| USD1,000,000. | Loss of Ingress or Egress |
| USD1,500,000. | "Miscellaneous Unreported Locations,"  Property Damage and "Time Element" combined per "location" |
| USD2,500,000. | Omissions and Errors |
| USD2,500,000. | Service Interruption, Property Damage and "Time Element" combined |
| USD10,000,000. | Property in the Course of Construction, Property Damage and "Time Element" combined |
| USD10,000,000. | Property in Transit |
| USD500,000. | Valuable Papers and Records |
| SUD1,000,000 | Exhibition, Fairs and Trade Shows |
| USD1,000,000. | Leasehold Interest |
| USD1,000,000. | Fire Department Service Charges |
| USD1,000,000 | Personal Property of Officers and Employees |
| USD100,000. | Claim Preparation |
| USD1,000,000. | Research and Development |
| USD2,500,000. | Business Income Interdependency Coverage |
| USD2,500,000. | Increased Tax Liability |
| USD1,500,000. | Business Personal Property at Offsite Storage Facility |
| USD500,000. | Plans, Blueprints, Drawings, Models or Specifications |
| USD5,000,000. | Newly Acquired Equipment (120 days to report) |
| USD5,000,000. | Waterborne Equipment |

10

Issue Date:  January 28, 2009

USD3,000,000.    Unscheduled Equipment, with no individual item to exceed USD250,000.

USD1,000,000.    Miscellaneous Tools, with no individual item to exceed USD100,000.

In the event of a claim, payment shall not exceed the "Time Element" loss incurred during the following Time Limits

| Time Limit | The following shall apply |
|---|---|
| 120 Consecutive days limit | Extended Period of Recovery |
| 120 Consecutive days limit | Automatic Coverage on Newly Acquired Property  (this Time Limit begins on the date of knowledge of such Location by the Insured's Finance Department) |
| 30 Consecutive days limit | Interruption by Civil or Military Authority |
| 30 Consecutive days limit | Loss of Ingress or Egress |
| 90 Consecutive days limit | Ordinary Payroll |

11

TRIPM 0068

Issue Date:  January 28, 2009

## <u>SCHEDULE OF EXCEPTIONS TO PROGRAM DEDUCTIBLE (FOR 100%)</u>

| | |
|---|---|
| As respects Time Element | 10 days (In addition to property damage deductible, except for specific perils referenced below) |
| As respects Bulkheads (and any attached equipment) | USD200,000. any one occurrence |
| As respects to dry docks (and any attached equipment) | 2% of the actual cash value of the dry dock involved in the loss or damage, subject to a minimum of USD250,000. any one occurrence |
| As respects Cranes, Booms, Derricks and Lifts | USD25,000. any one occurrence |
| As respects Blanket Leased/Rented Equipment (other than cranes) with values less than USD100,000 | USD5,000. any one occurrence |
| As respects Blanket Leased/Rented Equipment (other than cranes) with values greater than USD100,000 | USD25,000. any one  occurrence |
| As respects Named Storm including Flood resulting from Named Storm | 5% of values affected at time of loss including building, contents, equipment (not including dry-docks or "Time Element") involved in loss or damage arising out of a "Named Storm" including resulting "Flood" loss from Storm Surge regardless of the number of coverages, locations or perils involved, and subject to a minimum of USD250,000. any one occurrence. |
| As respects Flood (except Flood resulting from Named Storm) | 5% of values affected at time of loss including building, contents, equipment (not including dry-docks or "Time Element") involved in loss or damage arising out of a "Flood" (not resulting from a "Named Storm") subject to a minimum of USD1,000,000. any one occurrence. |

If two or more deductible amounts in this Policy apply to an occurrence the deductibles shall be applied separately but the cumulative deductions so calculated shall not exceed the largest deductible applicable

12

Issue Date:  January 28, 2009

**SCHEDULE OF COVERAGES IN POLICY**

Property Damage
Accounts Receivable
Automatic Coverage on Newly Acquired Property
Brands and Labels/Control of Damaged Property
Claim Preparation Expenses
Consequential Loss
Contamination Cleanup
Debris Removal and Cost of Clean Up
Decontamination Costs
Defense Expenses
Destruction of Property at the Order of Public Authority
Electronic Data Processing Equipment, Media and Data
Expediting Expense
Fine Arts and Antiques
Improvements and Betterments
Increased Tax Liability
Land Improvements
Operation of Building Laws
Personal Property of Officers, Directors and Employees
Preservation of Property
Property in Course of Construction
Property in Transit
Protection Devices
Removal
Service Charges
Service Interruption (no distance limitation, no waiting period to apply)
Valuable Papers and Records

13

Issue Date:  January 28, 2009

<u>Time Element</u>
Business Interruption Gross Earnings
Expenses to Reduce Loss
Extra Expense
Leasehold Interest
Rental Value
Contingent "Time Element" (direct suppliers and receivers, attraction properties)
Interdependent Time Element
Interruption by Civil or Military Authority (five mile limitation)
Law, Ordinance or Regulation
Loss of Ingress or Egress (five mile limitation)
Rental Value
Royalties
Service Interruption (no distance limitation)
Soft Costs (Property in Course of Construction)

14

TRIPM 0071

Proprietary Information

## Signal International, LLC
### Statement of Values - Blanket by Location
### as of 01/14/09

| Loc # | Street | City | State | Real Prop Building/Structures Repl Cost | Pers Prop Contents/Business Personal Repl Cost | Business Personal ACV | Building ACV | Total Blanket - ACV | Trty Location | Comments | Year Built | Area | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MS DIVISION** | | | | | | | | | | | | | | | | | | |
| 1 | 601 Bayou Casotte Pky | Pascagoula | MS | $ 21,633,600 | $ 14,536,584 | $ 13,350,000 | | $ 45,543,184 | East Yard | | | | | | | | | Yes |
| 2 | 3500 Port Authority Rd | Pascagoula | MS | $ 1,538,300 | $ 863,700 | $ 1,575,000 | | $ 4,387,000 | West Yard | | | | | | | | | Yes |
| 3 | 3401 Jerry St. Pk Hwy | Pascagoula | MS | $ 946,700 | $ 494,500 | | | $ 1,441,200 | Training Building | 19,203 | 1997 NC | 2 | Yes | | | | | No | Yes |
| 4 | 601 Bayou Casotte Pky | Pascagoula | MS | $ 1,788,830 | $ 557,277 | | | $ 2,338,107 | Main Camp Facility | | | | | | | | | | |
| | Total MS | | | $ 26,319,430 | $ 16,475,061 | $ 14,925,000 | | $ 57,719,491 | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| **TX DIVISION** | | | | | | | | | | | | | | | | | | |
| 5 | 2600 M.L.King Blvd | Port Arthur | TX | $ 724,860 | $ 645,100 | $ 13,600,000 | | $ 14,969,980 | Dock Yard | | | | | | | | | Yes |
| 6 | 2350 S. Gulfway Dr | Port Arthur | TX | $ 187,690 | $ 268,700 | $ 1,410,620 | | $ 1,867,120 | North Yard | | | | | | | | | Yes |
| 7 | 6830 S. First Ave | Sabine Pass | TX | $ 477,300 | | $ 1,087,500 | | $ 1,564,800 | South Yard | | | | | | | | | Yes |
| 8 | 91 West Front St | Orange | TX | $ 21,955,700 | $ 13,769,754 | $ 2,851,044 | | $ 38,576,498 | Orange Yard | | | | | | | | | Yes |
| 9 | 65 Green Ave | Orange | TX | $ 1,434,600 | $ 544,700 | - | | $ 1,979,300 | Backbay Shop Yard | | | | | | | | | |
| 10 | 1011 Highway 6 | Houston | TX | - | $ 16,795 | - | | $ 16,795 | Office | | | | | | | | | |
| 11 | 305 Pier Road | Orange | TX | $ 748,845 | $ 748,845 | | | $ 748,845 | Admin office | | | | | | | | | |
| | Total TX | | | $ 24,780,280 | $ 15,993,894 | $ 18,949,164 | | $ 59,564,534 | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | **TOTALS** | | | $ 51,099,710 | $ 32,468,955 | $ 33,874,164 | $ | $ 117,442,825 | | | | | | | | | | |
| | Blanket Business Interruption | | | | | | $ 47,202,000 | $ 47,202,000 | | | | | | | | | | |
| | Scheduled Equipment | | | | | $ 28,683,450 | | $ 28,683,450 | | | | | | | | | | |
| | Blanket Leased/Rented Equipment no one item greater than $250,000 | | | | | $ 5,000,000 | | $ 5,000,000 | | | | | | | | | | |
| | Blanket equipment less than $100,000 any one item | | | | | $ 3,000,000 | | $ 3,000,000 | | | | | | | | | | |
| | Blanket Owner furnished Equipment UFE | | | | | $ 10,000,000 | | $ 10,000,000 | | | | | | | | | | |
| | **TOTAL** | | | $ 51,099,710 | $ 32,468,955 | $ 44,483,495 | $ 47,202,000 | $ 211,232,275 | | | | | | | | | | |

Page 1 of 1

M2009040

Proprietary Information

## Signal International, LLC
### Statement of Values
### 1/16/2009

| Bldg # / Loc | Street | City | State | Building Structures Replacement Cash Value | Contents - BCV | Buildout Drydock Scheduled Equipment ACV | Total Values | Comments | Area | Year Built | Const. | Stories | Sprinkler | Alarms | Watch Man |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Total | 601 Bayou Casotte Pky | Pascagoula | MS | $ 21,653,600 | $ 14,539,584 | $ 13,250,000 | $ 48,543,184 | East Yard | | | | | | | |
| | | | | | | $ 3,150,000 | | Bullhead | | | | | | | |
| | | | | | | $ 10,200,000 | | Drydock Dual Carrier | | | | | | | |
| | | | | | | | | Work Platform | | 1998 | | | | | |
| E001 | | | | $ 1,925,000 | | | | Gantry Crane Rail | | 1998 | | | | | |
| E002 | | | | $ 2,481,000 | $ 2,521,408 | | | Administration Building | 36,484 | 1998 | Masonry | 1 | Yes | Yes | Yes |
| E003 | | | | $ 354,600 | $ 230,000 | | | Compressor Bldg | 1,407 | 1985 | Metal | 1 | No | No | Yes |
| E004 | | | | $ 54,900 | $ 395,000 | | | Electrical Shop | 9,378 | 1995 | Metal | 1 | No | No | Yes |
| E005 | | | | $ 406,600 | $ 4,300,000 | | | Fab Pipe Shop | 85,175 | 1985 | Metal | 1 | No | No | Yes |
| E006 | | | | $ 9,189,300 | $ 592,800 | | | Machine Shop | 13,511 | 1995 | Metal | 1 | No | No | Yes |
| E007 | | | | $ 982,600 | $ 155,600 | | | Maintenance Shop | 4,633 | 1995 | Metal | 2 | No | No | Yes |
| E008 | | | | $ 125,000 | | | | North Restroom | 1,540 | 1995 | Metal | 1 | No | No | Yes |
| E009 | | | | $ 108,800 | $ 30,100 | | | South Restroom | 918 | 1995 | Frame | 1 | No | No | Yes |
| E010 | | | | $ 48,400 | | | | Security/First Aid | 1,575 | 1995 | Metal | 1 | No | No | Yes |
| E011 | | | | $ 111,600 | $ 2,550,000 | | | Warehouse 1/Tool Room | 18,304 | 1995 | Metal | 1 | No | No | Yes |
| E012 | | | | $ 521,700 | Included above | | | Warehouse 2/Tool Room | 19,399 | 1995 | Metal | 1 | No | No | Yes |
| E013 | | | | $ 552,400 | Included above | | | Warehouse 3/Tool Room | 19,601 | 1995 | Metal | 1 | No | No | Yes |
| E014 | | | | $ 558,000 | $ 1,063,875 | | | Blast Plant | 11,361 | 2006 | Metal | 1 | No | No | Yes |
| E015 | | | | $ 466,000 | $ 85,300 | | | Rigging Bldg | 2,020 | 1990 | Metal | 1 | No | No | Yes |
| E016 | | | | $ 30,000 | | | | Fuel Station | 487 | 2005 | Masonry | 1 | No | No | Yes |
| E017 | | | | $ 8,400 | $ 136,000 | | | Primary Time Clock | 320 | 2005 | Fiberglass F | 1 | No | No | Yes |
| E018 | | | | $ 7,500 | $ 102,000 | | | Secondary Time Clock | 311 | 2008 | Metal | 1 | No | No | Yes |
| E019 | | | | $ 3,300 | $ 24,800 | | | Paint Storage (Blast Yard) | 1,165 | 1988 | Metal | 1 | No | No | Yes |
| E020 | | | | $ 12,400 | $ 52,900 | | | Trailer(s), 3 QA/QC | 1,889 | 2005 | Metal | 1 | No | No | Yes |
| E021 | | | | $ 75,200 | $ 33,500 | | | Trailer, Engineering | 1,204 | 2005 | Metal | 2 | No | No | Yes |
| E022 | | | | $ 10,500 | $ 97,400 | | | Trailer, Superintendent | 3,504 | 2005 | Metal | 1 | No | No | Yes |
| E023 | | | | $ 139,500 | $ 15,900 | | | Trailer, Safety | 572 | 2005 | Metal | 1 | No | No | Yes |
| E024 | | | | $ 22,800 | $ 52,300 | | | Trailer, Document Control | 1,080 | 2005 | Metal | 1 | No | No | Yes |
| E025 | | | | $ 77,000 | $ 2,000,000 | | | Quonset, Scaffold | 2,000 | 2005 | Metal | 1 | No | No | Yes |
| E026 | | | | $ 12,300 | $ 30,800 | | | Portable Storage (5) | 1,144 | 1950 | Metal | 1 | No | No | Yes |
| | | | | $ 13,900 | $ 80,000 | | | Production Office, Rental | 1,188 | 2005 | Metal | 1 | No | No | |
| 2 Total | 3500 Port Authority Rd | Pascagoula | MS | $ 1,938,300 | $ 893,700 | $ 1,575,000 | $ 4,387,000 | West Yard | | | | | | | |
| | | | | | | $ 1,575,000 | | Bullhead | | | | | | | |
| W001 | | | | $ 1,324,000 | $ 313,800 | | | Fab/Pipe Shop | 12,276 | 1996 | Metal | 1 | No | No | Yes |
| W002 | | | | $ 75,300 | $ 65,300 | | | Mechanic Shop | 1,547 | 1998 | Metal | 1 | No | No | Yes |
| W003 | | | | $ 61,000 | | | | Restroom | 827 | 1998 | Masonry | 1 | No | No | Yes |
| W004 | | | | $ 252,200 | $ 250,000 | | | Receiving/Warehouse | 6,150 | 1990 | Metal | 2 | No | No | Yes |
| W005 | | | | $ 20,400 | | | | Fuel Station | 389 | 2008 | Metal | 1 | No | No | Yes |
| W006 | | | | $ 81,600 | $ 52,900 | | | Trailer, Production | 1,594 | 2006 | Metal | 1 | No | Yes | Yes |
| W007 | | | | $ 15,900 | $ 115,000 | | | Compressor Bldg | 404 | 2008 | Metal | 1 | No | Yes | Yes |
| W008 | | | | $ 42,500 | $ 27,800 | | | Trailer, Safety | 1,000 | 1990 | Metal | 1 | No | No | Yes |
| W009 | | | | $ 15,400 | | | | Production Office | 164 | 1995 | Masonry | 1 | No | Yes | Yes |

TRIPM 0073

Proprietary Information

**Signal International, LLC**
**Statement of Values**
**1/16/2009**

| Loc # | Bldg # | Street | City | State | Bldg/Structure Replacement Cash Value | Contents - BPP | Builders/Drydocks Scheduled Equipment ACV | Total Values | Area | Year Built | Const | Stories | Sprinkler | Alarms | Watch Men | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W010 | | | | $ 3,300 | $ 34,000 | | | 206 | 2007 | Metal | 1 | No | No | Yes | Time Clock Alley |
| | W011 | | | | $ 11,000 | $ 15,700 | | | 740 | 2007 | Metal | 1 | No | No | Yes | Paint Storage (Blast Yard) |
| | W012 | | | | $ 9,800 | $ 9,200 | | | 434 | 2006 | Metal | 1 | No | No | Yes | Electrical Storage |
| | W013 | | | | $ 25,000 | | | | 300 | 2006 | Metal | 1 | No | Yes | Yes | Security Building |
| 3 | 1001 | 3401 Jerry St. Fe Hwy | Pascagoula | MS | $ 946,700 | $ 494,500 | | $ 1,441,200 | 19,203 | 1997 | Metal | 2 | Yes | Yes | Yes | Training Building |
| 4 | M001 | 601 Bayou Cassotte Pky | Pascagoula | MS | $ 1,780,830 | $ 557,277 | | $ 2,338,107 | | | | | | | | Man Camp Facility |
| | | | | | $ 992,500 | $ 213,400 | | | 864 Each | 1992 | Metal | 1 | Yes | Yes | Yes | 19 Bunkhouses |
| | | | | | $ 237,425 | $ 218,256 | | | 2,154 | 1995 | Metal | 1 | No | Yes | Yes | Kitchen |
| | | | | | $ 91,955 | $ 65,000 | | | 864 | 1995 | Metal | 1 | Yes | Yes | Yes | Laundry Room |
| | | | | | $ 89,200 | $ 33,000 | | | 864 Each | 1995 | Metal | 1 | No | Yes | Yes | 2 Lounges |
| | | | | | $ 208,940 | $ 4,200 | | | | | Metal | | | | | Scaffolding |
| | | | | | $ 121,500 | $ 11,621 | | | 864 | 1989 | Metal | 1 | Yes | Yes | | Shower Room |
| | | | | | $ 35,000 | $ 11,800 | | | 425 | 2005 | Metal | 1 | No | No | | Mancamp Office/Storage |
| | | | | | $ 3,310 | $ 4,200 | | | 152 | 2007 | Metal | 1 | No | No | | Guard Shack |
| | | | TOTAL MS | | $ 26,319,430 | $ 16,475,561 | $ 14,925,000 | $ 57,719,491 | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| TX DIVISION | | | | | | | | | | | | | | | | |
| 5 Total | | 2500 W. King Blvd | Port Arthur | TX | $ 724,880 | $ 645,100 | $ 13,600,000 | $ 14,969,980 | | | | | | | | Dock Yard |
| | | | | | | | $ 13,600,000 | | | | | | | | | Dry-dock: AFDB-5 |
| | D001 | | | | $ 7,700 | $ 51,000 | | | 352 | 1998 | Metal | 1 | No | No | Yes | Time Clock Alley |
| | D002 | | | | $ 2,100 | $ 5,500 | | | 167 | 1998 | Metal | 1 | No | No | Yes | Guard House |
| | D003 | | | | $ 135,000 | $ 109,000 | | | 2,581 | 1994 | Metal | 1 | Yes | Yes | Yes | Maintenance/Repair Shop |
| | D004 | | | | $ 482,700 | $ 406,300 | | | 16,900 | 1998 | Metal | 1 | Yes | Yes | Yes | Warehouse-1 |
| | D005 | | | | $ 27,900 | $ 33,000 | | | 1,377 | 1985 | Metal | 1 | Yes | Yes | Yes | Warehouse-2 |
| | D006 | | | | $ 58,600 | $ 15,300 | | | 1,421 | 2005 | Metal | 1 | No | Yes | Yes | Cafeteria |
| | D007 | | | | $ 2,900 | $ 7,000 | | | 252 | 2005 | Wood | 1 | No | Yes | Yes | Security Hut |
| | D008 | | | | $ 7,950 | $ 18,000 | | | 171 | 2005 | Wood | 1 | No | Yes | Yes | Time Keeping |
| 6 Total | | 2350 S. Gulfway Dr | Port Arthur | TX | $ 187,800 | $ 266,700 | $ 1,410,620 | $ 1,867,120 | | | | | | | | North Yard |
| | | | | | | | $ 1,410,620 | | | | | | | | | Bulkhead |
| | N001 | | | | $ 49,300 | $ 97,800 | | | 4,602 | 1982 | Metal | 1 | No | No | Yes | Shipping/Receiving |
| | N002 | | | | | | | | 2,706 | 1982 | Metal | 1 | No | No | Yes | Maintenance/Repair Shop |
| | N003 | | | | $ 128,500 | $ 136,900 | | | 6,441 | 1999 | Metal | 1 | No | No | Yes | Warehouse-1 |
| | N004 | | | | $ 10,000 | $ 34,000 | | | 461 | 2005 | Metal | 1 | No | No | Yes | Security-Time Clock |
| 7 Total | | 6830 S. First Ave | Sabine Pass | TX | $ 477,200 | | $ 1,087,550 | $ 1,564,800 | | | | | | | | South Yard |
| | | | | | | | $ 1,087,550 | | | | | | | | | Bulkhead |
| | S001 | | | | $ 1,400 | | | | 131 | 1998 | Metal | 1 | No | No | Yes | Guard House/Time Clock |
| | S002 | | | | $ 288,000 | | | | 13,430 | 1968 | Metal | 1 | No | No | Yes | Warehouse-1 |
| | S003 | | | | $ 207,800 | | | | 10,416 | 1968 | Wood | 1 | No | No | Yes | Warehouse-2 |
| 8 Total | | 91 West Front St. | Orange | TX | $ 21,955,000 | $ 13,769,754 | $ 2,851,044 | $ 38,575,498 | | | | | | | | Orange Yard |
| | | | | | | | $ 2,851,044 | | | | | | | | | Bulkhead |
| | OR001 | | | | $ 556,800 | $ 100,000 | | | 25,925 | 1975 | Metal | 1 | No | No | Yes | Blast Pit #1 |
| | OR002 | | | | $ 32,400 | $ 20,000 | | | 612 | 1945 | Masonry | 1 | No | No | Yes | Computer Terminal |
| | OR003 | | | | $ 6,100 | | | | 192 | 2005 | Masonry | 1 | No | No | Yes | Guard House |
| | OR004 | | | | $ 1,524,200 | | | | 35,240 | 1942 | Metal | 1 | No | No | Yes | Light Fab Shop |

TRIPM 0074

# Signal International, LLC
## Statement of Values
### 1/16/2009

Proprietary Information

| Loc # | Bldg # | Street | City | State | Building/Structure Replacement Cost Value | Contents - RCV | Building/Structure Scheduled Equipment ACV | Total Value | Comments | Area | Year Built | Const | Stories | Sprkld | Alarms | Watch Man |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OR005 | | | | 13,000,000 | 5,512,500 | | | Main Fab Shop-NCS Bay | 215,685 | 1942 | Metal | 1 | No | No | Yes |
| | OR006 | | | | 837,000 | 725,000 | | | Maintenance Bldg | 17,187 | 1942 | Metal | 1 | No | No | Yes |
| | OR007 | | | | 70,000 | 60,600 | | | Joiner Warehouse | 1,440 | 1980 | Metal | 1 | No | No | Yes |
| | OR008 | | | | 29,500 | 20,000 | | | Paint Storage | 2,752 | 1942 | Metal | 1 | No | No | Yes |
| | OR009 | | | | 104,800 | 149,600 | | | Pipe Shop | 7,049 | 1942 | Metal | 1 | No | No | Yes |
| | OR010 | | | | 622,200 | 1,000,000 | | | Warehouse-2 (Consumables) | 21,590 | 1975 | Metal | 1 | No | No | Yes |
| | OR011 | | | | 955,000 | | | | Power Plant Building (10) | 200 | | Metal | 1 | No | No | Yes |
| | OR012 | | | | 1,379,000 | 1,747,100 | | | Pressroom | 68,352 | 1942 | Metal | 1 | No | No | Yes |
| | OR013 | | | | 8,300 | | | | Assembly Area (muster area) | 244 | 1957 | Metal | 1 | No | No | Yes |
| | OR014 | | | | 410,500 | 437,000 | | | Warehouse-1 | 20,567 | 1942 | Metal | 1 | No | No | Yes |
| | OR015 | | | | 4,600 | 8,600 | | | Security Trailer | 316 | 1995 | Metal | 1 | No | No | Yes |
| | OR016 | | | | 397,900 | 478,300 | | | Warehouse 4 | 19,928 | 2006 | Metal | 1 | No | No | Yes |
| | OR017 | | | | 16,400 | 46,600 | | | Welding Storage/Tool Room | 1,104 | 1985 | Metal | 1 | No | No | Yes |
| | OR018 | | | | 27,900 | 24,300 | | | Maintenance Bldg (drive through) | 575 | 1990 | Metal | 1 | No | No | Yes |
| | OR019 | | | | 324,600 | 345,600 | | | Pipe Warehouse | 16,264 | 1942 | Metal | 1 | No | No | Yes |
| | OR020 | | | | 3,900 | 153,000 | | | Time Clock Alley Primary | 244 | 2008 | Wood | 1 | No | No | Yes |
| | OR021 | | | | 318,100 | 368,800 | | | Warehouse 3 | 15,990 | 1975 | Metal | 1 | No | No | Yes |
| | OR022 | | | | 667,600 | 555,100 | | | Warehouse 5 | 23,171 | 2006 | Metal | 1 | No | No | Yes |
| | OR023 | | | | 476,200 | 100,000 | | | Pit 1 | 22,113 | 1975 | Metal | 1 | No | No | Yes |
| | OR024 | | | | 188,700 | 158,000 | | | Outfitting | 6,592 | 1975 | Metal | 1 | No | No | Yes |
| | OR025 | | | | 900 | 34,000 | | | Time Clock Alley Secondary | 64 | 2008 | Metal | 1 | No | No | Yes |
| | OR026 | | | | | 178,354 | | | Production Office, Rental | | | | | | | |
| 9 | Total | | Orange | TX | 1,434,600 | 544,700 | | $ 1,979,300 | | | | | | | | |
| | BL001 | 65 Green Ave. | | TX | 109,400 | 44,700 | | 16,795 | Office Building | 1,365 | 1993 | Masonry | 1 | No | Yes | Yes |
| | BL002 | | | | 1,325,200 | 500,000 | | 748,845 | Shop | 12,144 | 1983 | Metal | 1 | No | Yes | Yes |
| 10 | 1011 Highway 6 | Houston | TX | | - | 16,795 | | 16,795 | Office |
| 11 | 905 Pier Rd | Orange | TX | | 24,780,280 | 748,845 | 18,949,164 | 748,845 | Administration Building Complex |
| | Total TX | | | | 51,095,710 | 15,593,894 | 33,874,164 | |
| | TOTALS ALL LOCATIONS | | | | 51,095,710 | 32,468,555 | 33,874,164 | 59,723,338 |
| | Blanket Business Interruption | | | | | | | 117,442,829 |
| | Scheduled Equipment | | | | | | | 47,202,000 |
| | | | | | | | | 28,683,450 |
| | Blanket Leased/Rented Equipment for one item greater than $250,000 | | | | | | | 5,000,000 |
| | Blanket EDP | | | | | | | 10,000,000 |
| | Blanket owned equipment less than $100,000 any one item | | | | | | | 3,000,000 |
| | TOTAL | | | | 51,095,710 | 32,468,555 | 33,874,164 | 211,376,279 |

TRIPM 0075

**Signal International, LLC**
**Equipment Schedule**
**1/16/2009**

Proprietary Information

| ID | Facility | Manufacturer | Description | Model | s/n | Value | Status | PO# |
|---|---|---|---|---|---|---|---|---|
| 0214 | East | P&H | Plateyard Craneway | 3764500 | CD31069-BB | $ 350,000 | Owned | |
| 0966 | East | Kranco | Platten Bridge Crane | 4O Ton | 6560 | $ 695,000 | Owned | |
| 0180 | East | Wash. Iron | Gantry Crane | 45-275-180 | 6165 | $ 4,000,000 | Owned | |
| 0182 | East | Manitowoc | Crawler Crane | M250 Series-2 | 250 1111 | $ 1,500,000 | Owned | |
| 0050 | East | Manitowoc | Crawler Crane | 4100 W | 413001 | $ 1,100,000 | Owned | |
| 0068 | East | Manitowoc | Ringer Crane | 4100w Series 2 | 41558 | $ 1,250,000 | Owned (On m/v "Miss Tiff") | |
| 0221B | East | Manitowoc | Ringer Crane | 4100 | 41524 | $ 2,000,000 | Owned (On m/v "Mr. T") | |
| 97-100 | East | Kenworth | Heavy Hauler & trailers | | 143706K | $ 1,000,000 | Lease to Purchase from GE Capital | |
| 1309 | East | Wash. Iron | Gantry Crane | 45-275-180 | 6164 | $ 4,000,000 | Owned | |
| | East | | Elevator Stair & Tower | | | $ 270,000 | Owned | |
| | East | | Stair & Tower | | | $ 200,000 | Owned | |
| | East | | Gantry Crane Beam | | | $ 1,100,000 | Owned | |
| **TOTAL EAST YARD** | | | | | | **$ 17,465,000** | | |
| 0090 | West | Manitowoc | Ringer Crane | 4600 Series-5 | 460078 | $ 2,200,000 | Owned | |
| 0017 | West | Manitowoc | Crawler Crane | 4000 W | 401446 | $ 620,000 | Owned | |
| 0178 | West | P&H | Platten Bridge Crane | | CD-31066-BB | $ 250,000 | Owned | |
| **TOTAL WEST YARD** | | | | | | **$ 3,070,000** | | |
| **Total MS Scheduled Equipment** | | | | | | **$ 20,535,000** | | |
| 1902 | Orange | Manitowoc | Crawler Crane | 3900 | 39610 | $ 150,000 | Owned | |
| 7003 | Orange | Bethleham Steel | Crane | 400 Ton Stiff Leg | | $800,000 | Owned (On m/v "Big Bessie") | |
| 7011 | Orange | Levingston | Crane | 100 Ton Revolving | | $ 500,000 | Owned (On m/v "Pelican") | |
| 0181 | Orange | Manitowoc | Crawler Crane | M250 Series-2 | 250 1110 | $ 1,500,000 | Owned | |
| | Orange | Hyster | Fork Lift | 18 Ton | FO19E01973C | $ 150,000 | Lease to Purchase (DeLage Landen) | |
| | Orange | Hyster | Fork Lift | 18 Ton | FO19E02071C | $ 150,000 | Lease to Purchase (DeLage Landen) | |
| | Orange | Liebherr | Crawler Crane | LR1280 w/200' | 136027 | $ 2,700,000 | Leased | |
| | Orange | Kenworth | Heavy Hauler & trailers | | 143706K | $ 1,000,000 | Lease to Purchase from GE Capital | |
| **Total Orange Yard** | | | | | | **$ 6,950,000** | | |
| | Dock | Champion | Elevator | US-60-1RNU | | $ 250,000 | Lease to Purchase (Wachovia) | |
| **Total Dock Yard** | | | | | | **$ 250,000** | | |
| 4021 | South | Manitowoc | Crawler Crane | 4000 W | 40242 | $ 200,000 | Owned | |
| | South | Groves | Cherry Picker | RT860 | 221151 | $ 463,450 | Leased from H & E Equpment Lease #83802| T32461 |
| **Total South Yard** | | | | | | **$ 663,450** | | |
| | North | | Generator w/ Fuel Tank | | | $ 285,000 | | |
| **Total North Yard** | | | | | | **$ 285,000** | | |
| **Total TX Scheduled Equipment** | | | | | | **$ 8,148,450** | | |
| **Total** | | | | | | **$28,683,450.00** | | |

TRIPM 0076

**Signal International, LLC**
**Five Year Property Loss Experience**
**as of 01/16/09**

| Policy Period | Date of Loss | Cause / Peril | Gross Loss | ALAE | Occurrence Deductible | Retained By Insured | Paid By Carrier |
|---|---|---|---|---|---|---|---|
| 2004-2005 | 5/28/2004 | Power Surge | 25,000 | 908 | 25,000 | 25,000 | 908 |
| 2004-2005 | 6/2/2004 | Wind Damage (not named) | 25,000 | 15,307 | 25,000 | 25,000 | 0 |
| | **Total** | | **$50,000** | | | **$50,000** | **$908** |
| 2005-2006 | 8/29/2005 | Hurricane Katrina | $16,387,659 | | $1,017,889 | $1,017,889 | $15,369,770 |
| 2005-2006 | 9/24/2005 | Hurricane Rita | 7,435,102 | | 1,006,618 | 1,006,618 | 6,428,484 |
| | **Total** | | **$23,822,761** | | | **$2,024,507** | **$21,798,254** |
| 2006-2007 | | No Losses | $0 | | | $0 | $0 |
| | **Total** | | **$0** | | | **$0** | **$0** |
| 2007-2008 | 9/14/2007 | Tropical Storm Humberto | $150,000 | | $250,000 | $150,000 | $0 |
| 2007-2008 | 11/6/2007 | Crane Overturn | 264,475 | | 50,000 | 50,000 | 214,475 |
| 2007-2008 | 12/17/2007 | Drydock AFDB Flood | 100,000 | | 250,000 | 100,000 | 0 |
| | **Total** | | **$514,475** | | | **$300,000** | **$214,475** |
| 2008-2009 | 5/15/2008 | Windstorm Damage (not named) to 1 | $65,000 | | $50,000 | $65,000 | $0 |
| 2008-2009 | 9/13/2008 | Hurricane Ike** | $25,000,000 | | $1,000,000 | $1,000,000 | Open |
| 2008-2009 | 10/7/2008 | Drydock Damage | $75,000 | | $800,000 | $75,000 | $0 |
| | **Total** | | **$25,140,000** | | | | **$0** |

** Claim open, gross value and deductible pending

*Willis*

1

3/22/2010

Signal International, LLC
Five Year Property Loss Experience
as of 01/16/09

| Policy Period | Date of Loss | Cause / Peril | Gross Loss | ALAE | Occurrence Deductible | Retained By Insured | Paid By Carrier |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Willis

2

1/28/2009

Signal International, LLC
Five Year Property Loss Experience
as of 01/16/09

| Policy Period | Date of Loss | Cause / Peril | Gross Loss | ALAE | Occurrence Deductible | Retained By Insured | Paid By Carrier |
|---|---|---|---|---|---|---|---|

*Willis*

3

1/28/2009

TRIPM 0079

Signal International, LLC
Five Year Property Loss Experience
as of 01/16/09

| Policy Period | Date of Loss | Cause / Peril | Gross Loss | ALAE | Occurrence Deductible | Retained By Insured | Paid By Carrier |
|---|---|---|---|---|---|---|---|

*Willis*

1/28/2009

# Willis

**BUSINESS INTERRUPTION**
Worksheet - Consolidated

### Signal International LLC

|  |  | Actual Results for the Fiscal Year Ending 12/31/07 | Estimated Results for the Fiscal Year Ending 12/31/08 | Estimated Results for the Next Fiscal Year Ending 12/31/09 |
|---|---|---|---|---|
| # | Pre-Tax Operating Profit from the Profit/Loss Statement (unaudited) | $ 45,682,000 | $ 51,019,000 | $ 23,379,000 |
| # | Payroll, Payroll Taxes, Employee Benefits and Workers' Compensation for: |  |  |  |
|  | a. Principals, Officers, Managers, Essential Employees and Employees Under Contract (Administration) | $ 5,191,000 | $ 4,411,000 | $ 4,411,000 |
|  | b. All Other Employees (Production) | $ 19,643,000 | $ 23,142,000 | $ 13,397,000 |
| # | Fixed Costs and Normal Operating Expenses that Continue to Accrue Even if Business Operations are Interrupted (e.g. utility cost, rent, taxes) | $ 8,389,000 | $ 6,015,000 | $ 6,015,000 |
| # | Total Business Interruption Exposure (1+2a+2b+3) | $ 78,905,000 | $ 84,587,000 | $ 47,202,000 |
| # | To Exclude Business Interruption Coverage on Ordinary Payroll, Subtract Line 2b.  Click on option  (Exclude)  (Include) |  |  |  |
| # | Total Business Interruption Exposure Excluding Ordinary Payroll (4 minus 5) | $ 78,905,000 | $ 84,587,000 | $ 47,202,000 |
| # | To Limit Coverage on Ordinary Payroll (Line 2b) to 30, 60, 90 or 180 Days, enter option here:_____  Click on option below to calculate  (30) (60) (90) (180) | $ - | $ - | $ - |
| # | Total Business Interruption Exposure Including Limited Ordinary Payroll: Total Lines 6 + 7 | $ 78,905,000 | $ 84,587,000 | $ 47,202,000 |

Client Signature                                                    Date                              Date