# EXHIBIT 11

Trip Morano

| | |
|---|---|
| **From:** | Tom Krause |
| **Sent:** | Wednesday, January 28, 2009 11:24 AM |
| **To:** | John Daniel |
| **Cc:** | Trip Morano |
| **Subject:** | FW: [WARNING : MESSAGE ENCRYPTED] Signal International - Eff: 1/30/09 |
| **Importance:** | High |
| **Attachments:** | Signal 2008 Primary Quote.pdf; Willis Property Submission.doc; 2009 SOV.xls; 2009 RMS Workbook.xls; Inspection Report.pdf |

```
EXHIBIT
Morano
196
MH 6-29-11
```

JD
Can you rush clear this one for Trip?  Layering noted below

_____

**From:** Tom Cesare [mailto:Tom.Cesare@amwins.com]
**Sent:** Wednesday, January 28, 2009 10:56 AM
**To:** Tom Cesare
**Subject:** [WARNING : MESSAGE ENCRYPTED] Signal International - Eff: 1/30/09
**Importance:** High

We have a short fuse 1/30/09 account that we have some history on. The short story is:

- For the 1/30/07 – 1/30/08 year Lexington wrote the $10mm primary with AmWINS NY writing the $15mm ex $10mm with 3 wholesale markets.
- On 1/30/08 AmWINS NY quoted to competitive $10mm primary with Westchester with the $15mm ex $10mm with the incumbent 3 markets.
- Lexington in there desire to keep the business and increase their primary eventually got the renewal order on a $25mm primary.
- Anyway under the saying that it is better to be lucky then good (at least for the AmWINS markets who Lex beat), Hurricane Ike hit Lex for $22mm!

Our retailer called me yesterday and advised that all along Lex was indicating that they where going to offer the $25mm renewal @ $1,400,000 which was up from $1,150,000 expiring but yesterday they advised that they would only offer a $10mm primary @ $1,750,000!

We have Westchester who still likes this risk poised to offer a $10mm primary @ $1,400,000 though they may have to cut back to a $5mm primary @ $1,000,000 (if the referral underwriter does not go along with the NY Managers $10mm primary).

In any event we need for you to look at the following layering in order of preference:
1) $10mm ex $10mm @ $350,000 layer
2) $5mm ex $10mm @ $225,000 layer
3) $5mm ex $15mm @ $125,000 layer
4) $5mm ex $5mm @ $400,000 layer

We are enclosing:
A) Westchester's $10mm quote from last year this will be the same except:
  1) The Named Storm/Storm Surge ded will be 5%/$250,000 min (as opposed to $1mm flat).
  2) You can exclude Flood and Earthquake excess of $10mm but Named Storm and ensuing Storm Surge will be included in the Wind Peril.

1/28/2009

B) Willis' 2009 Property Submission
C) The current 2009 SOV
D) An RMS Workbook that should be helpful to your modelers.
E) The most recent inspection report.

For clearance purposes:
**Named Insured:**         Signal International, LLC
**Mailing Address:**       PO Box 7007
                           Pascagoula MS 39568

Please review and advise quickly if you can authorize in these excess layers, time is short but this is one of those last minute deals that will bind.
Regards
Tom

Tom Cesare
Executive Vice President
Property Department Manager
AmWINS Brokerage of New York
Office 212-858-8925
Cell 917-859-6988
Email: Tom.Cesare@amwins.com

1/28/2009



| | |
|---|---|
| ☒ | Quote #   01K3LG 001 |
| ☐ | Binder  Policy # |

TO:  Tom Cesare                          FROM:
COMPANY:  AmWins of New York             DATE SENT:
FAX:  704-943-9015                       BOUND DATE:

RE:  Signal International, LLC

Thank you for submitting the captioned account.  Please review this quotation carefully as the terms and conditions may be different than requested.

**Effective Date:**     01/30/2008 to 01/30/2009

**Company:**     Westchester Surplus Lines Insurance Company

**Perils:**     Risks of direct physical loss or damage  including Earthquake and Flood, but including storm surge
with other exclusions per policy forms and as specified below

**Coverage:**     Buildings, Business Personal Property including Stock, Business Income including Extra Expense, Dry Docks, Piers, Bulkheads, Wharfs, Cranes, Mics Equipment – and others as more clearly defined in Willis Manuscript form

**Limit of Liability:**      Primary $10,000,000 Per occurrence except as respects the following sublimits:

TRIPM 0051

01/24/2008 15:09 FAX  2126218665          ACE Financial                          ☑002/008



**Sub-Limits:**
1. $500,000  Accounts Receivable
2. $5,000,000  Automatic Coverage on Newly Acquired Property, Property Damage and "Time Element" combined
3. $500,000  Contamination Cleanup, land and water, in the aggregate during any Policy year
4. $500,000  Contingent Time Element
5. $5,000,000  Contractors Equipment Leased, Borrowed, Rented or Loaned
   $5,000,000 or 25% of the Property Damage and "Time Element Debris Removal and Cost of Cleanup
7. $5,000,000  Demolition and Increased Cost of Construction Property Damage and Law, Ordinance or Regulation "Time Element" combined
8. $10,000,000  Earthquake in the aggregate during any Policy year, Property Damage and Time Element combined
9. $1,000,000  Electronic Media and Electronic Data, Property Damage and "Time Element" combined
10. $250,000  Expediting Expense
11. $10,000,000  Flood in the aggregate during any Policy year, Property Damage and Time Element combined.  This aggregate does not apply to Flood resulting from a Named Storm.
12. $100,000  Fine Arts
13. $1,000,000  Interruption by Civil or Military Authority
14. $1,000,000  Loss of Ingress or Egress
15. $1,500,000  Miscellaneous Unreported Locations - Property Damage and Time Element combined per location
16. $2,500,000  Omissions and Errors
17. $2,500,000  Service Interruption, Property Damage and "Time Element" combined -- excluding all Transmission and Distribution lines greater than 1,000 feet from insured premises
18. $5,000,000  Property in the Course of Construction, Property Damage and "Time Element" combined
19. $5,000,000  Property in Transit
20. $150,000 per occurrence / $2,500 per day Equipment Rental Reimbursement

**Time Element:**
1. Extended Period of Indemnity – 183 Consecutive Days
2. Automatic Coverage on Newly Acquired Property – 120 Consecutive Days
3. Interruption by Civil or Military Authority – 45 Consecutive Days
4. Loss of Ingress or Egress – 45 Consecutive Days
5. Ordinary Payroll – 90 Consecutive Days

*All sublimits are per occurrence unless noted. None of these sublimits serve to increase the limit of liability, but instead are contained within it*

**Locations/Territory:**  Territory is defined as the continental United States, Locations insured are as per schedule on file with the company

**TIV:**  $192,026,293

01/24/2008 15:08 FAX  2126218885          ACE Financial                              ☑004/008



**Policy Forms:** Willis Manuscript Form, including the following provisions:

1. Definition of Named Windstorm to include wind driven water associated with a Named Windstorm (Storm Surge)
2. Definition of Flood to exclude wind driven water associated with a Named Storm.
3. Flood Limit $10,000,000 per occurrence and annual aggregate including 100 year Flood Plains
4. EDP Hardware included with no sublimit (EDP sublimit applies to Media and Data)
5. Contractors Equipment to include while on water at the insured's shipyards or while in transit between yards
6. Watercraft exclusion shall not apply to the dry-dock known as Dual Carrier while Dual Carrier is located within 5 miles of the insured's premises. This exclusion shall not apply to other dry-docks while located within 1 mile of the insured's premises.
7. Valuation – All Property Replacement cost basis except the dry-docks at ACV / Time Element Actual Loss Sustained.
8. Boiler & Machinery to be DIC/DOC over a Travelers B&M policy.
9. Paragraph #3 of the Transit Extension (page 55 – 56) needs to be deleted:
   *This Policy does not insure export shipments after loading on board an overseas vessel, watercraft, or aircraft, or after ocean marine insurance attaches, whichever occurs first; or import shipments prior to discharge from an overseas vessel, watercraft, or aircraft, or until ocean marine insurance terminates, whichever occurs later. However, this exclusion shall not apply to:*
   a. *Ferry shipments transporting over-the-road conveyances to, from, and between countries in Continental Europe, the United Kingdom, and Ireland;*
   b. *Air and waterborne shipments within a single country; or air and inland waterway shipments to, from, and between countries in Continental Europe.*
10. Section X: Global Insurance Clauses need to be deleted.
11. Any reference to Foreign Territories needs to be deleted.

**Cancellation:** 30   Days except 10 Days for non payment of premium.

**Subject to:** Inspection and compliance with any recommendations deemed essential by the Company.

**Mandatory Exclusions and Amendments:** All policy form exclusions including the following ACE Exclusions:  Pollution & Contamination, Asbestos, Electronic Data/Cyber risk, Mold/Fungus, Nuclear Biological and Chemical Exclusions and Earthquake Sprinkler Leakage (unless otherwise specified in this quotation), Occurrence Limit of Liability Endorsement, Definition of Occurrence Endorsement.

**Remarks:** **Attached please find a Disclosure Notice required by The Federal Risk Insurance Act of 2002 ("The Act"). The premium charge for the terrorism coverage is set forth on the Disclosure Notice. This forms part of the overall premium quoted above for the Company's participation.**

TRIPM 0053



**Additional Remarks:**   Please be advised that we do not review Certificates of Insurance issued by you, or by any party, relating to this policy of insurance either for content or accuracy. Accordingly, we request that you do not provide copies of certificates to us for review or for our records.   Authority is granted to you for the limited purpose of issuing **unmodified ACORD Certificates (ACORD 25-S for Casualty and ACORD 24 for Property and Inland Marine) only.** It is your responsibility to see that any Certificate provides an accurate representation of the coverage form and endorsements applicable to this policy at the time the Certificate is issued. **Any modification of the approved ACORD forms specifically set forth above, or the issuance of a non-approved Certificate of Insurance ACORD or other is prohibited.** Certificates of Insurance may only be issued as a matter of information. You have no authority by virtue of a Certificate or otherwise, to amend, extend or otherwise alter coverage afforded under this policy.  Certificates of Insurance are never recognized as endorsements or policy change requests. You must submit a separate written request if an endorsement or policy change (including but not limited to adding additional insureds, loss payees and mortgagees and/or alteration of notice requirements for cancellation) is requested. In the event a policy change is requested, the underwriter will advise if the request is acceptable to the Company.

**Quotation Expiration Date:**   01/30/2008

TRIPM 0054

01/24/2008 15:08 FAX 2129218665        ACE Financial                        ☑003/006



| Coinsurance: | Property: | Nil% | Valuation: | Property: | Replacement Cost |
| | Bus Income: | Nil% | | Bus Income: | Actual Loss Sustained |
| | | | | Exceptions: | See Form Provisions for |
| | | | | exceptions | |

| Premium: | $1,000,000 | | Includes Terrorism subject to | 25% Minimum Earned |
| | + 100,000 Terrorism | | exclusions, including but not | Premium |
| | $1,100,000 | | limited to Nuclear, Biological | |
| | | | and Chemical exclusions. | |

Any applicable taxes, surcharges or countersignature fees etc. are in addition to the above quoted figures.
Please be advised that you are expected to comply with all state law requirements and your office is
responsible for making State Surplus Lines Filings and remitting the applicable Surplus Lines taxes.

Deductibles:       $100,000 Per Occurrence except :

    a.  Time Element Seven Times the Average Daily Value

        i.  Time Element Deductible is in addition to any other deductible and
           is applied separately to all losses except those caused by Named
           Wind and Flood.

    b.  Named Windstorm $1,000,000 Per Occurrence as respects Named Storm
       including resulting Flood losses from storm surge – Combined Property
       Damage and Time element

    c.  Flood: 5% per Occurrence of Total insured values at location(s) affected at
       time of loss subject to $1,000,000 Minimum as respects Flood not resulting
       from a Named Storm – Combined Property Damage and Time Element

    d.  Bulkheads - $200,000 per occurrence

    e.  Dry Docks - 5% of the scheduled value of the dry dock involved in the loss
       or damage, subject to a minimum of $250,000 any one occurrence

    f.  Leased/Rented Equipment $100,000 or less  - $5,000 per occurrence

    g.  Leased/Rented Equipment greater than $100,000 - $25,000 per occurrence

Issue Date:  January 14, 2009



# PROPERTY
# INSURANCE SUBMISSION

### Effective
### From: January 30, 2009
### To: January 30, 2010

## Presented by:
# Willis of Alabama, Inc., Mobile

TRIPM 0056

Issue Date:  January 28, 2009

# Signal International, LLC
## Table of Contents

General Information.................................................................. 1
Exeuctive Summary and Description of Operations ............... 2
Underwriting Questions – General Information......................... 3
Named Insureds.................................................................... 4
Primary Property Coverage................................................... 5

TRIPM 0057

Issue Date:  January 28, 2009

## Signal International, LLC
## General Information

| | |
|---|---|
| **First Named Insured:** | Signal International, LLC |
| **Account Number:** | 698270 |
| **Mailing Address:** | PO Box 7007 Pascagoula MS 39568 |
| **Financial Contact:** | Chris Cunningham  228-762-0010 |
| **Inspection Contact:** | Lisa Spears – same |
| **Web Site Location:** | www.signalinternational.com |
| **Effective Date:** | January 30, 2009 |
| **Expiration Date:** | January 30, 2010 |
| **Producer:** | John Bullock |
| **Servicer:** | Joyce Johnson |
| **Marketer:** | Zaleen Palmer |
| **SIC Code/Industry:** | Shipyard |

Note: Willis will handle all Countersignature requirements with its affiliated offices.

1

TRIPM 0058

Issue Date:  January 28, 2009

## Signal International, LLC
## Executive Summary and Description of Operations

Willis is pleased to present this submission on behalf of Signal International, LLC.

Signal International, LLC purchased the assets of FGO in 2003 and operates two yards in Pascagoula MS and four in the Port Arthur, Orange TX areas.  The primary yards are the East Yard (MS) and the Orange Yard (TX).  The principal focus is offshore drilling rig overhaul, repair, upgrade and conversion.  Additionally, they provide services to the general marine and heavy fabrication markets.   Additional information relative to current projects, safety, and operations is available on their website:  signalint.com

Signal desires long-term relationships with insurance carriers who are both financially secure and can provide a competitive insurance program that respond promptly to their needs.   Signal International, LLC is interested in insurers offering a flexible policy with broad coverage and requiring minimal servicing and endorsements.    To this end, the Willis form wording is included in the submission.   The specifications are to be considered as an outline for the designed program which is included in this submission. Proposals for broader coverage and expanded limits are encouraged.

Appraisals have been obtained and values have been updated; blanket coverage on a replacement cost basis (except as otherwise noted) is requested.   The insured has updated the BI worksheet, and a Property Risk Assessment Report is being completed by Stephen Heller & Associates.  While the final report is not ready at this time, a draft is included in the submission.

We thank you for your consideration.

2

Issue Date:  January 28, 2009

**Signal International, LLC**
**Underwriting Questions – General Information**

### Explain all "yes" responses

| | | Yes | No |
|---|---|---|---|
| 1 | Is the applicant a subsidiary of another entity or does the applicant have any subsidiaries? | ☒ | ☐ |
| 2 | Is a formal safety program in operation? | ☒ | ☐ |
| 3 | Any exposure to flammables, explosives, chemicals? | ☒ | ☐ |
| 4 | Any catastrophe exposure? | ☒ | ☐ |
| 5 | Any other insurance with this company or being submitted? | ☐ | ☐ |
| 6 | Any policy or coverage declined, cancelled or non-renewed during the prior three years? | ☐ | ☒ |
| 7 | Any past losses or claims relating to sexual abuse or molestation allegations, discrimination or negligent hiring? | ☐ | ☐ |
| 8 | During the last ten years, has any applicant been convicted of any degree of the crime of arson? | ☐ | ☒ |
| 9 | Any uncorrected fire code violations? | ☐ | ☒ |

**Explanations to "Yes" Responses**
1) Per organization chart.
2) Yes – see corporate overview
3) Usual to shipyard industry
4) Gulf Coast windstorm

3

Issue Date:  January 28, 2009

## Signal International, LLC
## Named Insureds

| First Named Insured | Legal Entity * | Interest | Description of Operations |
|---|---|---|---|
| Signal International, LLC | LLC | Owner of Signal International Texas GP, LLC (100%) and Signal International Texas, LP (99%) | MS assets and debt |
| **Other Insureds** | **Legal Entity *** | **Interest** | **Description of Operations** |
| Signal International Texas GP, LLC | LLC | Owner of Signal International Texas, LP (1%) | |
| Signal International Texas LP | LP | | TX assets and debt |
| Acon Offshore Partners, LP | LP | Owner of Signal International LLC (100%) | |
| ACON Offshore, LLC** | LLC | | |
| Yates Offshore, LLC** | LLC | | |
| Wilcar, LLC** | LLC | | |

*
| | | | |
|---|---|---|---|
| I – Individual | NP – Not for Profit | LC – Limited Corporation | P – Partnership |
| C – Corporation | S – Subchapter "S" | LLC – Limited Liability Corporation | JV – Joint Venture |
| O – Other | | | |

**Added as respects policies except Workers Compensation

4

TRIPM 0061

Issue Date:  January 28, 2009

## Signal International, LLC
## Property Coverage

| | |
|---|---|
| **TYPE:** | All Risks of Direct Physical Loss, Damage or Destruction of Property Insured, including but not limited to "Boiler and Machinery," "Earthquake" and "Flood" and/or as more fully defined in the Policy wording. |
| **FORM:** | J(A) Insurance Policy and/or Companies Equivalent |
| **INSURED:** | Signal International, LLC and any owned, controlled, associated or affiliated subsidiary, company, corporation, organization, trust or association as now or may hereinafter be constituted or acquired; the interest of the First Named Insured in any partnership or joint venture, to the extent not otherwise insured; and any entity for which the First Named Insured has agreed to provide insurance, as their respective rights and interests appear or as defined in the Policy wording. |
| **MAILING ADDRESS:** | P.O. Box 7007, Pascagoula MS 39568 |
| **PERIOD:** | This policy attaches and insures for a period of 1 year, from January 30, 2009 to January 30, 2010 beginning and ending at 12:01 AM at the above mailing address of the insured. |
| **INTEREST:** | The insurable interest of the Insured in all real and personal property of every kind and description, at a "location" or within 1000 feet thereof,  including the "insurable interest of the Insured in property of others in the care, custody or control of the Insured" and at the option of the Insured, property of officers, directors and employees of the Insured while at a "location" or anywhere within the Policy territory when the officer, director or employee is acting on behalf of the Insured, but excluding personal effects; "Time Element"; and/or as may be more fully set out in the Schedule of Coverages attached and as defined in the Policy wording. |
| **SUM INSURED:** | USD25,000,000. Blanket Property Damage and "Time Element" per "occurrence" all coverages combined. ONLY TO PAY EXCESS PER OCCURRENCE OF THE DEDUCTIBLE SET FORTH BELOW |
| **DEDUCTIBLE:** | Program Deductible being USD100,000.  in respect of all losses other than the Schedule of Exceptions to Program Deductible (for 100%) as attached. |

5

TRIPM 0062

Issue Date: January 28, 2009

**SITUATION:** This Policy insures within and between the 50 states of the United States and Canada, and in the territories and possessions of the United States. However, as respects Contingent "Time Element" and Royalties this Policy insures worldwide except for loss or damage in any country where trade relations are unlawful as determined by the Government of the United States of America or its agencies, unless the Insured has been granted a U.S. Treasury Department of Foreign Assets Control license to do business in that country and then this Policy insures only to the extent legally permitted as a result of the issuance of such license.

**CONDITIONS:** This insurance is subject to the same terms, clauses and conditions as the Policy Wording as included in the Underwriting Submission. Acknowledgement of agreement to this wording or any required amendments to it must be received by Zaleen Palmer at zaleen.palmer@willis.com no later than 01/15/2008.

**Order will be subject to agreement of Insurer to issue formal policy documentation within 30 days of binding.**

Schedule of Program Sub-limits (for 100%) as attached.

Schedule of Coverages as attached.

Watercraft Amendment – Exclusion E _ Watercraft is amended as follows:  E.  This policy does not insure watercraft.  This exclusion shall not apply to the coverage on watercraft provided in "Off-shore Property" below (k).  This exclusion shall not apply to the dry-dock known as Dual Carrier while the Dual Carrier is located within 5 miles of the insured's premises.  This exclusion shall not apply to other dry-docks while located within 1 mile of the insured's premises.

Boiler & Machinery Coverage – Excess Coverage; Joint or Disputed Loss Agreement per Travelers Policy wording applies to this policy.

90 Days Notice of Cancellation

Electronic Date Recognition Clause

Mold, Mildew or Fungus excluded unless resulting from a "Listed Peril"

Electronic Media and Electronic Data excluded unless damaged by a "Listed Peril"

6

TRIPM 0063

Issue Date:  January 28, 2009

Asbestos Material excluded unless damaged by a "Listed Peril"

Pollution, Contamination excluded unless causing *or resulting* from a "Listed Peril"

Nuclear Reaction, Radiation or Radioactive Contamination excluded, but including Radioactive Assumption

War excluded

Terrorism excluded

Loss Payees, Mortgagees and Additional Insureds automatically included herein with advice to Insurer waived

Permission granted to Willis of Alabama, Inc.  and/or the Willis Certificate Center to issue Certificates or Evidences of Insurance as and when applicable without advice

Replacement Cost including Capital Expenditure if actually repaired and replaced; otherwise Actual Cash Value; except dry-docks and Scheduled Contractors Equipment at Actual Cash Value.  As respects Leased/Rented Equipment, Replacement Cost valuation applies if required by lease agreement.

Valuable Papers and Records and Electronic Media and Electronic Data at Cost to Reproduce, Re-create and Research

Selling price on "finished stock"

Actual Loss Sustained as applicable

No Coinsurance

Omissions and Errors

Unlimited Vacancy

Waiver of Subrogation (prior to loss)

Priority of Payments/Drop Down Provisions (applicable only to excess participations)

**CHOICE OF LAW & JURSIDICTION:**    Choice of Law: Mississippi
Jurisdiction: USA
Service of Suit:  LMA 5020 or LMA 5028 (where applicable

TRIPM 0064

Issue Date:  January 28, 2009

| | |
|---|---|
| **PAYMENT TERMS:** | US Premium: 45 days from policy inception |
| **BROKERAGE:** | 10% |
| **TAXES PAYABLE BY INSURED:** | Insurance premium taxes, guarantee fund surcharges, government schemes and any other fees due in jurisdiction in which the Insured operates and customarily payable by the Insured. |
| **INFORMATION:** | As per the Willis Underwriting Submission dated 01/15/2009, including Loss History contained therein.  For premium purposes only, the 100% PD/BI values are USD211,328,279. |

8

Issue Date:  January 28, 2009

## SCHEDULE OF PROGRAM SUB-LIMITS OF LIABILITY (FOR 100%) AND TIME LIMITS

Application of Program Sub-limits of Liability

1. The Program Sub-limits of Liability apply per "occurrence" in excess of any applicable deductible, unless otherwise stated
2. The Program Sub-limits of Liability represent the maximum amount recoverable in respect of the limited coverage over all Underlying, Contributing or Excess Insurance combined.
3. The Program Sub-limits of Liability shall not increase the Limit of Liability (Sum Insured) of the Policy.

| | |
|---|---|
| USD500,000. | Accounts Receivable |
| USD2,500,000. | Automatic Coverage on Newly Acquired Property, Property Damage and "Time Element" combined |
| USD250,000. | Contamination Cleanup, land and water, in the aggregate during any Policy year |
| USD500,000. | Contingent "Time Element" |
| USD5,000,000. | Contractors Equipment Leased, Borrowed, Rented or Loaned |
| USD150,000. | Contractors Equipment – Rental Reimbursement, but not more than $2,500 per day for up to 60 days |
| USD5,000,000. or 25% of the Property Damage and "Time Element" claim payable under this Policy, whichever is greater. | Debris Removal and Cost of Cleanup |
| USD250,000. | Decontamination Costs |
| USD5,000,000. | Demolition and Increased Cost of Construction Property Damage and Law, Ordinance or Regulation "Time Element" combined |
| USD25,000,000. | "Earthquake" in the aggregate during any Policy year, Property Damage and "Time Element" combined. |
| USD1,000,000. | Electronic Media and Electronic Data, Property Damage and "Time Element" combined |
| USD1,000,000. | Expediting Expense |

9

TRIPM 0066

Issue Date: January 28, 2009

| | |
|---|---|
| USD25,000,000. | "Flood" in the aggregate during any Policy year, Property Damage and "Time Element" combined.   This aggregate does not apply to Flood resulting from a Named Storm. |
| USD500,000. | "Fine Arts" |
| USD1,000,000. | Interruption by Civil or Military Authority |
| USD1,000,000. | Loss of Ingress or Egress |
| USD1,500,000. | "Miscellaneous Unreported Locations,"  Property Damage and "Time Element" combined per "location" |
| USD2,500,000. | Omissions and Errors |
| USD2,500,000. | Service Interruption, Property Damage and "Time Element" combined |
| USD10,000,000. | Property in the Course of Construction, Property Damage and "Time Element" combined |
| USD10,000,000. | Property in Transit |
| USD500,000. | Valuable Papers and Records |
| SUD1,000,000 | Exhibition, Fairs and Trade Shows |
| USD1,000,000. | Leasehold Interest |
| USD1,000,000. | Fire Department Service Charges |
| USD1,000,000 | Personal Property of Officers and Employees |
| USD100,000. | Claim Preparation |
| USD1,000,000. | Research and Development |
| USD2,500,000. | Business Income Interdependency Coverage |
| USD2,500,000. | Increased Tax Liability |
| USD1,500,000. | Business Personal Property at Offsite Storage Facility |
| USD500,000. | Plans, Blueprints, Drawings, Models or Specifications |
| USD5,000,000. | Newly Acquired Equipment (120 days to report) |
| USD5,000,000. | Waterborne Equipment |

10

TRIPM 0067

Issue Date:  January 28, 2009

USD3,000,000.   Unscheduled Equipment, with no individual item to exceed USD250,000.

USD1,000,000.   Miscellaneous Tools, with no individual item to exceed USD100,000.

In the event of a claim, payment shall not exceed the "Time Element" loss incurred during the following Time Limits

| Time Limit | The following shall apply |
| --- | --- |
| 120 Consecutive days limit | Extended Period of Recovery |
| 120 Consecutive days limit | Automatic Coverage on Newly Acquired Property (this Time Limit begins on the date of knowledge of such Location by the Insured's Finance Department) |
| 30 Consecutive days limit | Interruption by Civil or Military Authority |
| 30 Consecutive days limit | Loss of Ingress or Egress |
| 90 Consecutive days limit | Ordinary Payroll |

11

TRIPM 0068

Issue Date:  January 28, 2009

## SCHEDULE OF EXCEPTIONS TO PROGRAM DEDUCTIBLE (FOR 100%)

| | |
|---|---|
| As respects Time Element | 10 days (in addition to property damage deductible, except for specific perils referenced below) |
| As respects Bulkheads (and any attached equipment) | USD200,000. any one occurrence |
| As respects to dry docks (and any attached equipment) | 2% of the actual cash value of the dry dock involved in the loss or damage, subject to a minimum of USD250,000. any one occurrence |
| As respects Cranes, Booms, Derricks and Lifts | USD25,000. any one occurrence |
| As respects Blanket Leased/Rented Equipment (other than cranes) with values less than USD100,000 | USD5,000. any one occurrence |
| As respects Blanket Leased/Rented Equipment (other than cranes) with values greater than USD100,000 | USD25,000. any one  occurrence |
| As respects Named Storm including Flood resulting from Named Storm | 5% of values affected at time of loss including building, contents, equipment (not including dry-docks or "Time Element") involved in loss or damage arising out of a "Named Storm" including resulting "Flood" loss from Storm Surge regardless of the number of coverages, locations or perils involved, and subject to a minimum of USD250,000. any one occurrence. |
| As respects Flood (except Flood resulting from Named Storm) | 5% of values affected at time of loss including building, contents, equipment (not including dry-docks or "Time Element") involved in loss or damage arising out of a "Flood" (not resulting from a "Named Storm") subject to a minimum of USD1,000,000. any one occurrence. |

If two or more deductible amounts in this Policy apply to an occurrence the deductibles shall be applied separately but the cumulative deductions so calculated shall not exceed the largest deductible applicable

12

Issue Date:  January 28, 2009

## SCHEDULE OF COVERAGES IN POLICY

Property Damage
Accounts Receivable
Automatic Coverage on Newly Acquired Property
Brands and Labels/Control of Damaged Property
Claim Preparation Expenses
Consequential Loss
Contamination Cleanup
Debris Removal and Cost of Clean Up
Decontamination Costs
Defense Expenses
Destruction of Property at the Order of Public Authority
Electronic Data Processing Equipment, Media and Data
Expediting Expense
Fine Arts and Antiques
Improvements and Betterments
Increased Tax Liability
Land Improvements
Operation of Building Laws
Personal Property of Officers, Directors and Employees
Preservation of Property
Property in Course of Construction
Property in Transit
Protection Devices
Removal
Service Charges
Service Interruption (no distance limitation, no waiting period to apply)
Valuable Papers and Records

13

Issue Date:  January 28, 2009

<u>Time Element</u>
Business Interruption Gross Earnings
Expenses to Reduce Loss
Extra Expense
Leasehold Interest
Rental Value
Contingent "Time Element" (direct suppliers and receivers, attraction properties)
Interdependent Time Element
Interruption by Civil or Military Authority (five mile limitation)
Law, Ordinance or Regulation
Loss of Ingress or Egress (five mile limitation)
Rental Value
Royalties
Service Interruption (no distance limitation)
Soft Costs (Property in Course of Construction)

14

TRIPM 0071

Proprietary Information

# Signal International, LLC
## Statement of Values - Blanket by Location
### as of 01/14/09

| Loc # | Street | City | State | Real Prop Building/Structure High Deduct | Bus Pers Prop/Personal Real Deduct | Business Interruption Amt | Equipment Amt | Machinery Amt | Total Location | Comments | Level | Year Built | Const | Stories | Sprinkler | Alarms | Matl | Wisdom Matl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MS DIVISION** | | | | | | | | | | | | | | | | | | |
| 1 | 1801 Bayou Casotte Pky | Pascagoula | MS | 21,653,600 | 14,635,584 | 13,350,000 | | | 49,543,184 | East Yard | | | | | | | Yes | Yes |
| 2 | 3300 Port Aurndle Rd | Pascagoula | MS | 1,938,300 | 883,700 | 1,575,000 | | | 4,397,000 | West Yard | | 19,203 | | | | | Yes | Yes |
| 3 | 3401 Jerr St. Pk' Hwy | Pascagoula | MS | 946,700 | 494,500 | | | | 1,441,200 | Training Building | | 19,203 | 1997 | NC | | | No | |
| 4 | 1801 Bayou Casotte Pky | Pascagoula | MS | 1,780,830 | 557,277 | | | | 2,338,107 | Man Camp Facility | | | | | | | Yes | |
| | Total MS | | | 26,319,430 | 16,475,061 | 14,925,000 | | | 57,719,491 | | | | | | | | | |
| **TX DIVISION** | | | | | | | | | | | | | | | | | | |
| 5 | 2500 W.LJ-King Blvd | Port Arthur | TX | 724,880 | 645,100 | 13,500,000 | | | 14,858,580 | Dock Yard | | | | | | | Yes | |
| 6 | 2250 S. Gulfway Dr | Port Arthur | TX | 187,800 | 268,700 | 1,410,620 | | | 1,867,120 | North Yard | | | | | | | Yes | |
| 7 | 6830 S. First Ave | Sabine Pass | TX | 477,350 | | 1,087,500 | | | 1,564,800 | South Yard | | | | | | | Yes | |
| 8 | 91 West Front St. | Orange | TX | 21,955,700 | 12,769,754 | 2,851,044 | | | 38,576,498 | Orange Yard | | | | | 2 | Yes | | |
| 9 | 65 Green Ave. | Orange | TX | 1,434,500 | 544,700 | - | | | 1,979,200 | Buckler Shop Yard | | | | | | | | |
| 10 | 1011 Highway 6 | Houston | TX | | 16,795 | | | | 16,795 | Office | | | | | | | | |
| 11 | 1155 Filer Road | Orange | TX | | 748,845 | - | | | 748,845 | Admin office | | | | | | | | |
| | Total TX | | | 24,760,260 | 15,993,894 | 18,949,164 | | | 59,564,584 | | | | | | | | | |
| | **TOTALS** | | | 51,099,710 | 32,468,955 | 33,874,164 | - | | 117,442,829 | | | | | | | | | |
| | Blanket Business Interruption | | | | | | 47,202,000 | | 47,202,000 | | | | | | | | | |
| | Scheduled Equipment | | | | | | | 28,683,450 | 28,683,450 | | | | | | | | | |
| | Blanket Leased/Rented Equipment no one item greater than $250,000 | | | | | | | 5,000,000 | 5,000,000 | | | | | | | | | |
| | Blanket equipment less than $100,000 any one item | | | | | | | 3,000,000 | 3,000,000 | | | | | | | | | |
| | Blanket Owner Furnished Equipment/OFE | | | | | | | 10,000,000 | 10,000,000 | | | | | | | | | |
| | **TOTAL** | | | 51,099,710 | 32,468,955 | 33,874,164 | 47,202,000 | 46,683,450 | 211,323,073 | | | | | | | | | |

TRIPM 0072

**Signal International, LLC**
**Statement of Values**
**1/16/2009**

Proprietary Information

| Loc # | Bldg # | Street | City | State | Building Structure Replacement Cash Value | Contents BCV | Business Personal Scheduled Equipment / BPP | Total Values | Commons | Area | Year Built | Const | Stories | Sprk'rd | Alarms | Main |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MS DIVISION** | | | | | | | | | | | | | | | | |
| 1 Total | | 601 Bayou Cassotte Pky | Pascagoula | MS | $ 21,683,600 | $ 14,539,584 | $ 13,350,000 | $ 49,543,184 | East Yard | | | | | | | |
| | | | | | | | $ 3,150,000 | | Bulkhead | | | | | | | |
| | | | | | | | $ 10,200,000 | | Dry-dock: Dual Carrier | | | | | | | |
| | | | | | $ 1,925,000 | | | | Work Platform | | | | | | | |
| | | | | | $ 2,481,000 | | | | Gantry Crane Rail | | 1998 | | | | | |
| | E001 | | | | $ 3,858,600 | $ 2,621,408 | | | Administration Building | 36,464 | 1999 | Masonry | 1 | Yes | Yes | Yes |
| | E002 | | | | $ 54,900 | $ 230,000 | | | Compressor Bldg | 1,407 | 1985 | Metal | 1 | No | Yes | |
| | E003 | | | | $ 456,600 | $ 385,000 | | | Electrical Shop | 9,378 | 1995 | Metal | 1 | No | No | |
| | E004 | | | | $ 9,169,300 | $ 4,300,000 | | | Fab/Pipe Shop | 85,175 | 1985 | Metal | 1 | No | No | |
| | E005 | | | | $ 682,600 | $ 592,800 | | | Machine Shop | 13,511 | 1995 | Metal | 1 | No | No | |
| | E006 | | | | $ 225,000 | $ 195,600 | | | Maintenance Shop | 4,633 | 1995 | Metal | 2 | No | No | |
| | E007 | | | | $ 108,800 | $ - | | | North Restroom | 1,540 | 1995 | Metal | 1 | No | No | |
| | E008 | | | | $ 48,400 | 30,100 | | | Security/First Aid | 918 | 1995 | Frame | 1 | No | No | |
| | E009 | | | | $ 111,900 | $ - | | | South Restroom | 1,575 | 1995 | Metal | 1 | No | No | |
| | E010 | | | | $ 521,700 | 2,500,000 | | | Warehouse 1/Tool Room | 18,304 | 1995 | Metal | 1 | No | No | |
| | E011 | | | | $ 552,400 | Included above | | | Warehouse 2/Tool Room | 19,399 | 1995 | Metal | 1 | No | No | |
| | E012 | | | | $ 558,000 | Included above | | | Warehouse 3/Tool Room | 19,601 | 1995 | Metal | 1 | No | No | |
| | E013 | | | | $ 466,000 | 1,063,876 | | | Blast/Paint | 11,361 | 2008 | Metal | 1 | No | No | |
| | E014 | | | | $ 30,000 | 65,300 | | | Rigging Bldg | 2,020 | 1990 | Metal | 1 | No | No | |
| | E015 | | | | $ 8,400 | | | | Fuel Station | 487 | 2005 | Masonry | 1 | No | No | |
| | E016 | | | | $ 7,500 | 136,000 | | | Primary Time Clock | 320 | 2005 | Fiberglass F | 1 | No | No | |
| | E017 | | | | $ 3,300 | 102,000 | | | Secondary Time Clock | 311 | 2008 | Metal | 1 | No | No | |
| | E018 | | | | $ 12,400 | 24,800 | | | Paint Storage (Blast Yard) | 1,165 | 1998 | Metal | 1 | No | No | |
| | E019 | | | | $ 75,000 | 52,800 | | | Trailer(s), 3 QA/QC | 1,899 | 2005 | Metal | 1 | No | No | |
| | E020 | | | | $ 10,900 | 33,500 | | | Trailer, Engineering | 1,204 | 2005 | Metal | 1 | No | No | |
| | E021 | | | | $ 139,500 | 97,400 | | | Trailer (s), 6 Superintendent | 3,504 | 2005 | Metal | 1 | No | No | |
| | E022 | | | | $ 22,800 | 15,900 | | | Trailer, Safety | 572 | 2005 | Metal | 1 | No | No | |
| | E023 | | | | $ 77,000 | 52,300 | | | Trailer, Document Control | 1,890 | 2008 | Metal | 1 | No | No | |
| | E024 | | | | $ 12,300 | 2,000,000 | | | Quonset, Scaffold | 1,144 | 1950 | Metal | 1 | No | No | |
| | E025 | | | | $ 13,500 | 30,800 | | | Portable Storage (9) | 1,188 | 2005 | Metal | 1 | No | No | |
| | E026 | | | | | 60,000 | | | Production Office, Rental | | | | | | | |
| 2 Total | | 3500 Port Authority Rd | Pascagoula | MS | $ 1,938,300 | $ 883,700 | $ 1,575,000 | $ 4,397,000 | West Yard | | | | | | | |
| | | | | | | | $ 1,575,000 | | Bulkhead | | | | | | | |
| | W001 | | | | $ 1,324,000 | 313,600 | | | Fab/Flex Shop | 12,276 | 1999 | Metal | 1 | No | No | |
| | W002 | | | | $ 76,300 | 65,300 | | | Mechanic Shop | 1,547 | 1999 | Metal | 1 | No | No | |
| | W003 | | | | $ 61,000 | | | | Restroom | 827 | 1999 | Masonry | 1 | No | No | |
| | W004 | | | | $ 252,200 | 250,000 | | | Receiving/Warehouse | 6,160 | 1990 | Metal | 2 | No | Yes | |
| | W005 | | | | $ 20,400 | | | | Fuel Station | 589 | 2008 | Metal | 1 | No | No | |
| | W006 | | | | $ 81,600 | 52,900 | | | Trailer, Production | 1,994 | 2008 | Metal | 1 | Yes | Yes | |
| | W007 | | | | $ 15,900 | 115,000 | | | Compressor Bldg | 404 | 2005 | Metal | 1 | No | Yes | |
| | W008 | | | | $ 42,900 | | | | Trailer, Safety | 1,000 | 1990 | Metal | 1 | Yes | Yes | |
| | W009 | | | | $ 16,400 | 27,800 | | | Production Office | 164 | 1985 | Masonry | 1 | No | No | |

TRIPM 0073

Proprietary Information

# Signal International, LLC
## Statement of Values
### 1/16/2009

| Loc # | Bldg # | Street | City | State | Building Structures Replacement Cash Value | Contents RCV | Bulkhead/Drydocks/Scheduled Equipment RCV | Total Values | Contents | Area | Year Built | Const | Stories | Sprkng | Alarm | Main |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W010 | | | | $ 3,100 | $ 34,000 | | | Time Clock Alley | 208 | 2007 | Metal | 1 | No | No | Yes |
| | W011 | | | | $ 11,000 | $ 15,700 | | | Paint Storage (Blast Yard) | 740 | 2007 | Metal | 1 | No | No | Yes |
| | W012 | | | | $ 9,500 | $ 9,200 | | | Electrical Storage | 434 | 2008 | Metal | 1 | No | No | Yes |
| | W013 | | | | $ 25,000 | | | | Security Building | 300 | 2005 | Metal | 1 | No | Yes | Yes |
| 3 | T001 | 3401 Jerry St. Pe' Hwy | Pascagoula | MS | $ 946,700 | $ 494,500 | | $ 1,441,200 | Training Building | 19,203 | 1997 | Metal | 2 | Yes | Yes | Yes |
| 4 | M001 | 601 Bayou Casotte Pky | Pascagoula | MS | $ 1,780,830 | $ 557,277 | | $ 2,338,107 | Man Camp Facility | | | | | | | |
| | | | | | $ 992,500 | $ 213,400 | | | 19 Bunkhouses | 864 Each | 1992 | Metal | 1 | Yes | Yes | |
| | | | | | $ 237,425 | $ 218,256 | | | Kitchen | 2,154 | 1995 | Metal | 1 | Yes | Yes | |
| | | | | | $ 91,955 | $ 66,000 | | | Laundry Room | 864 | 1989 | Metal | 1 | Yes | Yes | |
| | | | | | $ 89,300 | $ 33,000 | | | 2 Lounges | 864 Each | 1989 | Metal | 1 | Yes | Yes | |
| | | | | | $ 209,940 | | | | Scaffolding | | | | | | | |
| | | | | | $ 121,500 | $ 11,621 | | | Shower Room | 864 | 1989 | Metal | 1 | Yes | Yes | |
| | | | | | $ 35,000 | $ 11,800 | | | Mancamp Office/Storage | 425 | 2005 | Metal | 1 | Yes | Yes | |
| | | | | | $ 3,310 | $ 4,200 | | | Guard Shack | 152 | 2007 | Metal | 1 | No | No | |
| | | TOTALS MS | | | $ 28,319,430 | $ 16,475,491 | $ 14,565,000 | $ 57,716,491 | | | | | | | | |
| TX DIVISION | | | | | | | | | | | | | | | | |
| 5 Total | | 2500 M.L.King Blvd | Port Arthur | TX | $ 734,880 | $ 645,100 | $ 13,600,000 | $ 14,969,880 | Dock Yard | | | | | | | |
| | D001 | | | | | | $ 13,600,000 | | Dry-dock AFDB-5 | | | | | | | |
| | | | | | $ 7,700 | $ 51,000 | | | Time Clock Alley | 352 | 1998 | Metal | 1 | No | No | |
| | D002 | | | | $ 2,100 | $ 5,500 | | | Guard House | 167 | 1998 | Metal | 1 | No | No | |
| | D003 | | | | $ 135,000 | $ 109,000 | | | Maintenance/Repair Shop | 2,581 | 1984 | Metal | 1 | No | No | |
| | D004 | | | | $ 482,700 | $ 406,300 | | | Warehouse-1 | 16,930 | 1998 | Metal | 1 | No | Yes | |
| | D005 | | | | $ 27,900 | $ 33,000 | | | Warehouse-2 | 1,377 | 1985 | Metal | 1 | No | Yes | |
| | D006 | | | | $ 58,600 | $ 15,300 | | | Cafeteria | 1,421 | 2006 | Metal | 1 | No | Yes | |
| | D007 | | | | $ 2,900 | $ 7,000 | | | Security Hut | 252 | 2006 | Wood | 1 | No | Yes | |
| | D008 | | | | $ 7,980 | $ 18,000 | | | Time Keeping | 171 | 2006 | Wood | 1 | No | Yes | |
| 6 Total | | 2350 S. Gulfway Dr | Port Arthur | TX | $ 187,300 | $ 268,700 | $ 1,410,620 | $ 1,867,120 | North Yard | | | | | | | |
| | N001 | | | | | | $ 1,410,620 | | Bulkhead | | | | | | | |
| | N002 | | | | $ 49,300 | $ 97,800 | | | Shipping/Receiving | 4,602 | 1982 | Metal | 1 | No | Yes | |
| | N003 | | | | $ 2,708 | | | | Maintenance/Repair Shop | 2,708 | 1982 | Metal | 1 | No | No | |
| | N004 | | | | $ 128,500 | $ 135,900 | | | Warehouse-1 | 6,441 | 1998 | Metal | 1 | No | Yes | |
| | | | | | $ 10,000 | $ 34,000 | | | Warehouse-2 | 481 | 2005 | Metal | 1 | No | No | |
| | | | | | | | | | Security-Time Clock | | | | | | | |
| 7 Total | | 6830 S. First Ave | Sabine Pass | TX | $ 477,300 | | $ 1,087,500 | $ 1,564,580 | South Yard | | | | | | | |
| | S001 | | | | | | $ 1,087,500 | | Bulkhead | | | | | | | |
| | | | | | $ 1,400 | - | | | Guard House/Time Clocks | 131 | 1998 | Metal | 1 | No | No | |
| | S002 | | | | $ 288,000 | - | | | Warehouse-1 | 13,430 | 1988 | Metal | 1 | No | Yes | |
| | S003 | | | | $ 207,900 | - | | | Warehouse-2 | 10,416 | 1988 | Metal | 1 | No | Yes | |
| 8 Total | | 91 West Front St | Orange | TX | $ 21,955,700 | $ 13,769,754 | $ 2,851,044 | $ 38,576,498 | Orange Yard | | | | | | | |
| | | | | | | | $ 2,851,044 | | Bulkhead | | | | | | | |
| | OR001 | | | | $ 555,800 | $ 100,000 | | | Blast Pit #1 | 25,925 | 1975 | Metal | 1 | No | No | |
| | OR002 | | | | $ 32,400 | | | | Computer Terminal | 612 | 1945 | Masonry | 1 | No | Yes | |
| | OR003 | | | | $ 4,200 | $ 6,100 | | | Guard House | 192 | 2005 | Masonry | 1 | No | No | |
| | OR004 | | | | $ 1,517,400 | $ 1,624,200 | | | Light Fab Shop | 35,240 | 1942 | Metal | 1 | No | No | |

TRIPM 0074

Proprietary Information

## Signal International, LLC
### Statement of Values
### 1/16/2009

| Bldg# Loc# | Street | City | State | Building/Structural Replacement Cash Value | Contents (BPP) | Business Personal Scheduled Equipment ACV | Total Value | Commercial | Area | Year Built | Const | Stories | Sprkled | Alarms | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CR005 | | | | $13,000,000 | 5,512,900 | | | Main Fab Shop-N,C,S Bay | 216,686 | 1942 | Metal | 1 | No | No | Yes |
| CR006 | | | | $837,000 | 725,000 | | | Maintenance Bldg | 17,187 | 1942 | Metal | 1 | No | No | Yes |
| CR007 | | | | $70,000 | 60,800 | | | Joiner Warehouse | 1,440 | 1990 | Metal | 1 | No | No | Yes |
| CR008 | | | | $23,600 | 20,000 | | | Paint Storage | 2,752 | 1942 | Metal | 1 | No | No | Yes |
| CR009 | | | | $104,800 | 148,800 | | | Pipe Shop | 7,049 | 1942 | Metal | 1 | No | No | Yes |
| CR010 | | | | $622,200 | 1,000,000 | | | Warehouse-2 (Consumables) | 21,590 | 1975 | Metal | 1 | No | No | Yes |
| CR011 | | | | $965,000 | | | | Power Plant Building (10) | 200 | | Metal | 1 | No | No | Yes |
| CR012 | | | | $1,379,000 | 1,747,100 | | | Preassembly | 68,382 | 1942 | Metal | 1 | No | No | Yes |
| CR013 | | | | $3,300 | | | | Assembly Area (muster area) | 244 | 1997 | Metal | 1 | No | No | Yes |
| CR014 | | | | $419,600 | 437,000 | | | Warehouse-1 | 20,567 | 1942 | Metal | 1 | No | No | Yes |
| CR015 | | | | $4,600 | 8,600 | | | Security Trailer | 316 | 1995 | Metal | 1 | No | No | Yes |
| CR016 | | | | $397,600 | 478,300 | | | Warehouse 4 | 19,928 | 2006 | Metal | 1 | No | No | Yes |
| CR017 | | | | $16,400 | 46,600 | | | Welding Storage/Tool Room | 1,104 | 1985 | Metal | 1 | No | No | Yes |
| CR018 | | | | $27,900 | 24,300 | | | Maintenance Bldg (drive through) | 575 | 1980 | Metal | 1 | No | No | Yes |
| CR019 | | | | $324,600 | 346,500 | | | Pipe Warehouse | 16,264 | 1942 | Metal | 1 | No | No | Yes |
| CR020 | | | | $3,500 | 153,000 | | | Time Clock Alley Primary | 244 | 2008 | Wood | 1 | No | No | Yes |
| CR021 | | | | $319,100 | 363,800 | | | Warehouse 3 | 15,960 | 1975 | Metal | 1 | No | No | Yes |
| CR022 | | | | $667,600 | 556,100 | | | Warehouse 5 | 23,171 | 2006 | Metal | 1 | No | No | Yes |
| CR023 | | | | $476,200 | 100,000 | | | Pit 1 | 22,113 | 1975 | Metal | 1 | No | No | Yes |
| CR024 | | | | $169,700 | 158,000 | | | Outbldg | 6,582 | 1975 | Metal | 1 | No | No | Yes |
| CR025 | | | | $600 | 34,000 | | | Time Clock Alley Secondary | 64 | 2008 | Metal | 1 | No | No | Yes |
| CR026 | | | | | 176,354 | | | Production Office, Rental | | | | | | | |
| 9) Total | 6S Green Ave. | Orange | TX | $1,434,600 | 544,700 | | $1,979,300 | | | | | | | | |
| BU001 | | | | $109,400 | 44,700 | | | Office Building | 1,355 | 1903 | Masonry | 1 | No | Yes | |
| BU002 | | | | $1,326,200 | 500,000 | | | Shop | 12,144 | 1983 | Metal | 1 | No | Yes | |
| 10 | 1011 Highway 6 | Houston | TX | | 16,795 | | 16,795 | Office | | | | | | | |
| 11 | 905 Pier Rd | Orange | TX | $748,845 | | | 748,845 | Administration Building Complex | | | | | | | |
| | Total TX | | | $24,780,260 | 15,993,894 | 18,949,164 | 59,723,238 | | | | | | | | |
| TOTALS ALL LOCATIONS | | | | $51,099,710 | 32,468,855 | 33,874,164 | 117,442,929 | | | | | | | | |
| Blanket Business Interruption | | | | | | | 47,202,000 | | | | | | | | |
| Scheduled Equipment | | | | | | | 28,683,450 | | | | | | | | |
| Blanket Leased/Rented Equipment no one item greater than $250,000 | | | | | | | 5,600,000 | | | | | | | | |
| Blanket OFE | | | | | | | 10,000,000 | | | | | | | | |
| Blanket owned equipment less than $100,000 any one item | | | | | | | 3,000,000 | | | | | | | | |
| TOTAL | | | | $51,099,710 | 32,468,855 | 33,874,164 | 211,328,279 | | | | | | | | |

TRIPM 0075

**Signal International, LLC**
**Equipment Schedule**
**1/16/2009**

Proprietary Information

| ID | Facility | Manufacture | Description | Model | SN | Value | Status | PO# |
|---|---|---|---|---|---|---|---|---|
| 0214 | East | P&H | Plateyard Craneway | 3764500 | CD31069-BB | $ 350,000 | Owned | |
| 0986 | East | Kranco | Platten Bridge Crane | 4O Ton | 6560 | $ 695,000 | Owned | |
| 0180 | East | Wash. Iron | Gantry Crane | 45-275-180 | 6165 | $ 4,000,000 | Owned | |
| 0182 | East | Manitowoc | Crawler Crane | M250 Series-2 | 250 1111 | $ 1,500,000 | Owned | |
| 0050 | East | Manitowoc | Crawler Crane | 4100 W | 413001 | $ 1,100,000 | Owned | |
| 0068 | East | Manitowoc | Ringer Crane | 4100w Series 2 | 41558 | $ 1,250,000 | Owned (On m/v "Miss Tiff") | |
| 0221B | East | Manitowoc | Ringer Crane | 4100 | 41524 | $ 2,000,000 | Owned (On m/v "Mr. T") | |
| 97-100 | East | Kenworth | Heavy Hauler & trailers | | 143706K | $ 1,000,000 | Lease to Purchase from GE Capital | |
| 1309 | East | Wash. Iron | Gantry Crane | 45-275-180 | 6164 | $ 4,000,000 | Owned | |
| | East | | Elevator Stair & Tower | | | $ 270,000 | Owned | |
| | East | | Stair & Tower | | | $ 200,000 | Owned | |
| | East | | Gantry Crane Beam | | | $ 1,100,000 | Owned | |
| **TOTAL EAST YARD** | | | | | | **$ 17,465,000** | | |
| 0090 | West | Manitowoc | Ringer Crane | 4600 Series-5 | 460078 | $ 2,200,000 | Owned | |
| 0017 | West | Manitowoc | Crawler Crane | 4000 W | 401446 | $ 620,000 | Owned | |
| 0178 | West | P&H | Platten Bridge Crane | | CD-31066-BB | $ 250,000 | Owned | |
| **TOTAL WEST YARD** | | | | | | **$ 3,070,000** | | |
| **Total MS Scheduled Equipment** | | | | | | **$ 20,535,000** | | |
| 1902 | Orange | Manitowoc | Crawler Crane | 3900 | 39610 | $ 150,000 | Owned | |
| 7003 | Orange | Belhleham Steel | Crane | 400 Ton Stiff Leg | | $800,000 | Owned (On m/v "Big Bassie") | |
| 7011 | Orange | Levingston | Crane | 100 Ton Revolving | | $ 500,000 | Owned (On m/v "Pelican") | |
| 0181 | Orange | Manitowoc | Crawler Crane | M250 Series-2 | 250 1110 | $ 1,500,000 | Owned | |
| | Orange | Hyster | Fork Lift | 18 Ton | FO19E01973C | $ 150,000 | Lease to Purchase (DeLage Landen) | |
| | Orange | Hyster | Fork Lift | 18 Ton | FO19E02071C | $ 150,000 | Lease to Purchase (DeLage Landen) | |
| | Orange | Liebherr | Crawler Crane | LR1280 w/200' | 136027 | $ 2,700,000 | Leased | |
| | Orange | Kenworth | Heavy Hauler & trailers | | 143706K | $ 1,000,000 | Lease to Purchase from GE Capital | |
| **Total Orange Yard** | | | | | | **$ 6,950,000** | | |
| | Dock | Champion | Elevator | US-60-1RNU | | $ 250,000 | Lease to Purchase (Wachovia) | |
| **Total Dock Yard** | | | | | | **$ 250,000** | | |
| 4021 | South | Manitowoc | Crawler Crane | 4000 W | 40242 | $ 200,000 | Owned | |
| | South | Groves | Cherry Picker | RT860 | 221151 | $ 463,450 | Leased from H & E Equipment Lease #83802l T32461 | |
| **Total South Yard** | | | | | | **$ 663,450** | | |
| | North | | Generator w/ Fuel Tank | | | $ 285,000 | | |
| **Total North Yard** | | | | | | **$ 285,000** | | |
| **Total TX Scheduled Equipment** | | | | | | **$ 8,148,450** | | |
| **Total** | | | | | | **$28,683,450.00** | | |

1.28.09 ExcelXLS—Sched Equip—3/23/2010

Signal International, LLC
Five Year Property Loss Experience
as of 01/16/09

| Policy Period | Date of Loss | Cause / Peril | Gross Loss | ALAE | Occurrence Deductible | Retained By Insured | Paid By Carrier |
|---|---|---|---|---|---|---|---|
| 2004-2005 | 5/28/2004 | Power Surge | 25,000 | 908 | 25,000 | 25,000 | 908 |
| 2004-2005 | 6/2/2004 | Wind Damage (not named) | 25,000 | 15,307 | 25,000 | 25,000 | 0 |
| | Total | | $50,000 | | | $50,000 | $908 |
| | | | | | | | |
| 2005-2006 | 8/29/2005 | Hurricane Katrina | $16,387,659 | | $1,017,889 | $1,017,889 | $15,369,770 |
| 2005-2006 | 9/24/2005 | Hurricane Rita | 7,435,102 | | 1,006,618 | 1,006,618 | 6,428,484 |
| | Total | | $23,822,761 | | | $2,024,507 | $21,798,254 |
| | | | | | | | |
| 2006-2007 | | No Losses | $0 | | | $0 | $0 |
| | Total | | $0 | | | $0 | $0 |
| | | | | | | | |
| 2007-2008 | 9/14/2007 | Tropical Storm Humberto | $150,000 | | $250,000 | $150,000 | $0 |
| 2007-2008 | 11/6/2007 | Crane Overturn | 264,475 | | 50,000 | 50,000 | 214,475 |
| 2007-2008 | 12/17/2007 | Drydock AFDB Flood | 100,000 | | 250,000 | 100,000 | 0 |
| | Total | | $514,475 | | | $300,000 | $214,475 |
| | | | | | | | |
| 2008-2009 | 5/15/2008 | Windstorm Damage (not named)☐to 1 | $65,000 | | $50,000 | $65,000 | $0 |
| 2008-2009 | 9/13/2008 | Hurricane Ike** | $25,000,000 | | $1,000,000 | $1,000,000 | Open |
| 2008-2009 | 10/7/2008 | Drydock Damage | $75,000 | | $800,000 | $75,000 | $0 |
| | | | $25,140,000 | | | | $0 |

** Claim open, gross value and deductible pending

Willis

1

3/22/2010

Signal International, LLC
Five Year Property Loss Experience
as of 01/16/09

| Policy Period | Date of Loss | Cause / Peril | Gross Loss | ALAE | Occurrence Deductible | Retained By Insured | Paid By Carrier |
|---|---|---|---|---|---|---|---|

1/28/2009

*Willis*

2

TRIPM 0078

Signal International, LLC
Five Year Property Loss Experience
as of 01/16/09

| Policy Period | Date of Loss | Cause / Peril | Gross Loss | ALAE | Occurrence Deductible | Retained By Insured | Paid By Carrier |
|---|---|---|---|---|---|---|---|

1/28/2009

3

*Willis*

TRIPM 0079

Signal International, LLC
Five Year Property Loss Experience
as of 01/16/09

| Policy Period | Date of Loss | Cause / Peril | Gross Loss | ALAE | Occurrence Deductible | Retained By Insured | Paid By Carrier |
|---|---|---|---|---|---|---|---|

1/28/2009

4

*Willis*

TRIPM 0080

# Willis

## BUSINESS INTERRUPTION
Worksheet - Consolidated

### Signal International LLC

|  |  | Actual Results for the Fiscal Year Ending 12/31/07 | Estimated Results for the Fiscal Year Ending 12/31/08 | Estimated Results for the Next Fiscal Year Ending 12/31/09 |
|---|---|---|---|---|
| # | Pre-Tax Operating Profit from the Profit/Loss Statement (unaudited) | $ 45,682,000 | $ 51,019,000 | $ 23,379,000 |
| # | Payroll, Payroll Taxes, Employee Benefits and Workers' Compensation for: |  |  |  |
|  | a. Principals, Officers, Managers, Essential Employees and Employees Under Contract (Administration) | $ 5,191,000 | $ 4,411,000 | $ 4,411,000 |
|  | b. All Other Employees (Production) | $ 19,643,000 | $ 23,142,000 | $ 13,397,000 |
| # | Fixed Costs and Normal Operating Expenses that Continue to Accrue Even if Business Operations are Interrupted (e.g. utility cost, rent, taxes) | $ 8,389,000 | $ 6,015,000 | $ 6,015,000 |
| # | Total Business Interruption Exposure (1+2a+2b+3) | $ 78,905,000 | $ 84,587,000 | $ 47,202,000 |
| # | To Exclude Business Interruption Coverage on Ordinary Payroll, Subtract Line 2b. Click on option (Exclude) (Include) |  |  |  |
| # | Total Business Interruption Exposure Excluding Ordinary Payroll (4 minus 5) | $ 78,905,000 | $ 84,587,000 | $ 47,202,000 |
| # | To Limit Coverage on Ordinary Payroll (Line 2b) to 30, 60, 90 or 180 Days, enter option here:_____ Click on option below to calculate (30) (60) (90) (180) | $ - | $ - | $ - |
| # | Total Business Interruption Exposure Including Limited Ordinary Payroll: Total Lines 6 + 7 | $ 78,905,000 | $ 84,587,000 | $ 47,202,000 |

Client Signature                                                   Date                          Date

TRIPM 0081



# SIGNAL

# INTERNATIONAL

*A Marine & Fabrication Company*

# Signal International

# Mississippi & Texas Facilities

## PROPERTY RISK ASSESSMENT REPORT
## SHAI Project No. 01-2008-12-09

Final Version 2.0

*Prepared:* January 2009



*Stephen Heller & Associates Inc.*

Professional Risk Consulting – Insurance / Brokerage / Industry/ Energy / Utilities / Petrochemical / Chemical/ Refining/ Industries
19423 Leafwood Lane; Houston, TX 77084; Tel: (281) 579-2004; sheller@cshairisk.com

TRIPM 0089

Signal International LLC
SHAI Project No. 01-2008-12-09          Final Version 2.0          Property Risk Assessment
                                                                                            January 2009

<u>Notice</u>

Stephen Heller & Associates, Inc. (SHAI) made every reasonable effort to perform the work contained herein, in a manner consistent with high professional standards.

The work was conducted on the basis of information made available to SHAI. Neither SHAI nor any person acting on its behalf makes any warranty or representation, expressed or implied, with respect to the accuracy, completeness, or usefulness of this information. All observations, conclusions, and recommendations contained herein are relevant only to the project, and should not be applied to any other facility or operation.

Any third party use of this report or any information or conclusions contained therein shall be at the user's sole risk. Such use shall constitute an agreement by the user to release, defend, and indemnify SHAI from, and against any, and all liability in connection therewith (including any liability for special, indirect, incidental, or consequential damages), regardless of how such liability may arise.

SHAI regards the work that it has done as advisory in nature. The responsibility for the use and implementation of the conclusions and/or recommendations, when applicable, contained herein rests entirely with the client.

## Acknowledgements

The following people were instrumental in gathering information, answering questions, and assisted SHAI in order to prepare this report:

    Lisa Spears, Signal International Corporate Risk Manager
    Collin Stevens, Signal International Loss Prevention Manager
    Stephen Schwartz, Signal International Security Manager
    Dorian Geraci, Global Special Risks, Houston

Their efforts and hospitality are greatly appreciated.

TRIPM 009

Signal International LLC
SHAI Project No. 01-2008-12-09     Final Version 2.0

Property Risk Assessment
January 2009

**TABLE OF CONTENTS**

Executive Summary .......................................................................................... 5
  Risk Summary ............................................................................................. 6
Summary of Operations, Ownership, Staffing.......................................... 9
Pascagoula Site Descriptions ................................................................... 13
  East Yard ................................................................................................... 13
  West Yard .................................................................................................. 17
Pascagoula (East / West Yard) Site Risk Characteristics ...................... 20
Texas Facility Site Descriptions ............................................................... 23
  Orange Yard .............................................................................................. 23
  Dock Yard .................................................................................................. 25
  North Yard ................................................................................................. 28
  South Yard ................................................................................................. 30
Texas Facilities Site Risk Characteristics ................................................ 32
Loss Estimate Discussions ........................................................................ 35
  Loss Estimates .......................................................................................... 36
  Probable Maximum Loss (PML) ................................................................ 36
  Maximum Foreseeable Loss (MFL) .......................................................... 36
  Natural Hazard Loss Estimates................................................................. 38
Recommendations/Observations............................................................... 39
Wind and Storm Surge Analysis (Additional information is provided in the Appendix).......... 40
  Analysis Summary....................................................................................... 40
  Analysis Description ................................................................................... 41
  Tropical Storm / Hurricane History & Exposure ........................................ 42
  Texas Facilities .......................................................................................... 42
  Mississippi Facilities .................................................................................. 45

**Appendices:**
- References
- Facilities Building Data
- Wind and Surge Analysis Information (Flood Zone / Water Surge Data)
- Signal International Organizational Chart
- Various Signal Loss Prevention Programs
  - EHS Management Plan Table of Contents
  - EHS Manual Table of Contents
  - Fire Response Plan Table of Contents
  - Incident Plan
  - JRA – Permit to Work System
- Photographs

TRIPM 0091

Facilities are located in the Gulf Coast region of the United States and include:

## Major Mississippi Facilities:

The Mississippi facilities include The Pascagoula East Yard, which is a rig manufacturing facility, and the Pascagoula West Yard. Both facilities can provide offshore rig repair, upgrade and conversion and are located to allow unrestricted access to the Gulf of Mexico to accommodate large marine projects. These Mississippi facilities have a towable dual carrier dry dock. Adjacent properties to Pascagoula West Yard include an office, training and worker camp facilities. The Pascagoula East facility has employed over 1,500 people. Manpower employed varies due to the seasonal nature of the work with the highest employed levels between summer and early winter months.

## Major Texas Facilities:

The Texas facilities include the Orange Yard and Port Arthur North/South/Dock Yards.

The Orange Yard is a heavy marine metal fabrication plant that has similar capacities as described for the Pascagoula East Yard. This yard was formerly owned by Trinity Shipyard and American Bridge. The Port Arthur Dock Yard was formerly operated by Texas Drydock, and it used for major modifications, conversions, repair and drydocking of semi-submersibles, jackup drilling rigs, drillships. The North and South Yards are used for offshore marine ship and rig repair, upgrade and conversion. The Dock Yard includes a normally non-towable drydock.

TRIPM 010

Signal International LLC
SHAI Project No. 01-2008-12-09          Final Version 2.0

Property Risk Assessment
January 2009

## List of Tables

TABLE 1: EAST YARD DATA .................................................................................................... 14
TABLE 2: EAST YARD VESSELS ............................................................................................... 15
TABLE 3: WEST YARD DATA .................................................................................................. 18
TABLE 4: ORANGE YARD DATA .............................................................................................. 24
TABLE 5: ORANGE VESSELS ................................................................................................... 24
TABLE 6: DOCK YARD DATA .................................................................................................. 26
TABLE 7: NORTH YARD DATA ................................................................................................ 28
TABLE 8: SOUTH YARD DATA ................................................................................................. 30
TABLE 9: PML LOSS ESTIMATES ............................................................................................ 36
TABLE 10: MFL LOSS ESTIMATES .......................................................................................... 37
TABLE 11: WIND AND WATER SURGE LOSS ESTIMATES ......................................................... 41

## List of Figures

FIGURE 1: MAP OF SIGNAL LOCATIONS ................................................................................... 10
FIGURE 2: EAST YARD LAYOUT MAJOR BUILDINGS ................................................................. 13
FIGURE 3: WEST YARD LAYOUT MAJOR BUILDINGS ............................................................... 17
FIGURE 4: ORANGE YARD LAYOUT MAJOR BUILDINGS ........................................................... 23
FIGURE 5: DOCK YARD BUILDING DATA ................................................................................. 27
FIGURE 6: NORTH YARD BUILDING DATA ............................................................................... 29
FIGURE 7: SOUTH YARD BUILDING DATA ............................................................................... 31
FIGURE 8: HISTORICAL HURRICANE TRACK STORM SURGE DATA (WWW.MAPS.CSC.NOAA.GOV/HURRICANES/)(NOTE
        (HURRICANE IKE IS NOT INCLUDED IN THIS DATA). ........................................................ 43
FIGURE 9: HISTORICAL HURRICANE TRACK STORM SURGE DATA (WWW.MAPS.CSC.NOAA.GOV/HURRICANES/). .............. 45

TRIPM 009

Signal International LLC                                    Property Risk Assessment
SHAI Project No. 01-2008-12-09      Final Version 2.0                January 2009

## Executive Summary

SHAI, as requested by Signal International, carried out a risk review at their principle Mississippi and Texas facilities. The onsite surveys were conducted December 8 & 9, 2008.

The evaluation of the facilities focused on Fire/Allied and Machinery Breakdown Perils, as they relate to property damage and business interruption. This Risk Analysis Report has been prepared to assist underwriters in evaluating the exposures, operations, and loss prevention for the Signal International gulf coast properties. The report is based on information obtained and observations made during the site visit. No tests of fire protection equipment were conducted during this survey.

This risk review provides a systematic, independent assessment, with emphasis on the following:

- Construction, operations and protection features for each facility reviewed;
- Risk exposure potential to operations from fire and equipment breakdown;
- Estimation of loss estimate potentials resulting from risk exposures; and
- Description of exposure and potential estimated loss estimates due to wind and water surge from tropical storm exposure.

The report includes information for the following facilities:

- Pascagoula East Yard and Resident Housing
- Pascagoula West Yard
- Port Arthur Dock Yard
- Orange Yard
- Port Arthur North Yard
- Port Arthur South Yard

TRIPM 0093

Risk Summary

Signal International is a diversified marine construction firm engaged in the repair, upgrading and conversion of offshore oil and gas rigs, and the construction and repair of civil and governmental marine transports.  Signal operates six shipyards and employs up to 3,000 people.

It is the opinion of the writer that Signal International, at the time of the surveys, has implemented an effective loss prevention program, as described within this report. There were no recommendations developed from this review. Previous insurance recommendations reported in 2003 are provided for historical purposes and are completed.

The activities conducted at these facilities are recognized by the marine and fabrication services industry as proven and well recognized technologies which are typical and consistent with the industry.

Key Risk Summary Characteristics:

- The inherent hazards are typical to the marine repair and fabrication industry and are considered moderate for the use of metal fabrication and platform staging equipment, e.g. cranes, welders, cutters, electrical and dry dock equipment.
- The sites have implemented loss preventive measures (e.g. equipment design, training, maintenance, inspection, safe work practices, etc.) and protective features (e.g. fire protection systems, etc.) in place to address hazards typical to the occupancy.
- The sites reviewed have open layouts, which reduces the likelihood of a large-scale accumulated loss.
- The most probable exposure for property and business interruption would be from machinery breakdown, collapse or fatigue damage related to large crane and dry dock structural equipment, combined with associated damage to other adjacent equipment or common operations.
- The sites, under the current owner's insurance program, have a good loss record and demonstrate strength in risk reduction and control.
- The physical design of the facilities incorporates a combination of redundancies, equipment sparing, alarm and shutdown controls, and environmental control systems, which reduce the potential property damage or business interruption potential.
- Business interruption can be mitigated due to redundancy in operations between the Texas and Mississippi operations.

- Facilities are located within 20 miles of the Gulf Coast and have the potential exposure to the effects of wind and flooding due to tropical storms and hurricanes. Insurance claims have resulted following hurricanes Ike (2008) and Katrina (2005). Signal has implemented improvements following each event (lessons learned) at their facilities to mitigate future exposures.
- The maximum foreseeable loss (MFL) or worst case scenario for these facilities considers a sinking or structural collapse of a dry dock at the Pascagoula East Yard or Port Arthur Dock Yard or the accumulated effects of a hurricane to the Pascagoula or Orange / Port Arthur properties. Other possible worst case situations would be complete loss of the East Yard Administration Building or Resident Housing Facilities due to fire.
- Other probable maximum losses (PML) large loss situations could be due other equipment failures related to drydock, cranes, other heavy lifting equipment, welders or plasma cutters.

Notable loss preventions and safety improvements noted during the survey included:

- Established OSHA safety goals in 2008 which includes every Signal employee attending a shipyard safety meeting addressing the safety management steps to be employed for that days work.  These meetings and safety management techniques are conducted throughout all of Signal's operations as developed by Signal's Environmental, Health & Safety and productions departments and are endorsed by Signal management.
- Signal is acknowledged by the Shipbuilder's Council of America for the annual safety award presented to the operations with the lowest Total Recordable OSHA Incident Rate. Signal has received the Excellence in Safety Award for three consecutive years and has surpassed the US shipyard industry for OSHA total recordable incident rates by a factor of twenty times better, which recognizes Signal to be one of the safest shipyards in the marine fabrication industry.
- Improvement to facilities and management programs plans following lessons learned from Hurricane Ike (2008) and Katrina / Rita (2005) include:
  - Improvement to hurricane response plans; i.e. relocation of key equipment; equipment securing strategy; elevation of key machinery and electrical equipment;
  - Structural improvements to help mitigate higher elevations of water accumulation during tropical storms; newly constructed areas or repaired facilities previously damaged during flooding;
  - Improvements for securing large marine equipment docked at bulk heads during storm events;

## Summary of Operations, Ownership, Staffing

Signal International, LLC is a leading Gulf of Mexico provider of marine and fabrication services. Signal has four yards in Texas and two in Mississippi and provides services such as:

- New construction of Mobile Offshore Drilling and Production Units (MODUs and MOPUs).

- Upgrading, conversions, overhauls, repairs, and surveys of MODUs and MOPUs.

- On-location work (e.g. mooring system enhancements) done on board.

- Fabrication to military specifications of ship modules for US Navy vessels.

- Dry docking of large and small vessels to facilitate work on lower hulls, pontoons, propulsion/thruster systems, etc.

Signals' offshore segment customers consist primarily of drilling contractors that drill offshore exploratory and development wells for oil and gas companies throughout the world, particularly in the Gulf of Mexico, the North Sea, Eastern Canada, West Africa, South America, other offshore areas of the world, and other parties that intend to lease newly constructed rigs to drilling contractors.   Signal is expanding their core business in the area of modular construction and fabrication for the U.S. Navy.

Semisubmersible and jackup rigs, large and small, can be dry docked at Signal International's yards both in Mississippi and Texas.  Work such as pontoon or spud repair, steel replacement, thruster/propulsion repair, addition of sponsons and blisters, is routinely carried out on the dry docks.  Signal provides the docking plan, the cribbing and the engineers and dockmasters to ensure safe, secure and ready access to the rig's below-waterline extremities.  The dock yard also facilitates the fabrication of large marine modules that can be skidded or lifted off for transport to another site for mating with the host vessel.

Overall facilities Capabilities:

- Covered and open fabrication capability
- Dry docks
- Wide deepwater channel access to GOM
- Water frontage
- High capacity mobile cranes
- Inside blasting, burning, welding and painting equipment
- Machines shops
- Pipe fabrication shops

TRIPM 0097

- o  Portable electrical equipment modified to allow the equipment to be elevated prior to a tropical storm;
- o  Electrical substation damaged during previous storms are built on elevated platforms; and
- o  Orange Facility: Major electrical conduit runs relocated from previous lower build elevation to 12 feet or higher throughout the facility. This modification is based on a lesson learned from previous highest flooded elevations of 8-10 feet.

Overall, the Signal International facilities reviewed are rated as an "Above Average" risk as it relates to insurance property and boiler machinery coverage.

The opinions expressed regarding the quality of risk are based on similar industries located throughout the gulf coast United States.

The ratings are further defined as:

Good = Best practices consistent with industry leader
Above Average = Acceptable standards including some industry best practices
Average = Acceptable standards, no major recommendations
Below Average = Some practices are less than acceptable, with major recommendations
Poor = Significant deficiencies exist

TRIPM 009

- Module platens
- Testing and calibration equipment
- Fixed and portable office space
- Warehouses
- Joiner fabrication and outfitting facilities
- Jigs and fixture for work related to such activities as jackup leg fabrication

Further details of Signal's capabilities can be found at their website: www.signalint.com.

Figure 1: Map of Signal Locations



Signal International LLC
SHAI Project No. 01-2008-12-09          Final Version 2.0

Property Risk Assessment
January 2009

TRIPM 0099

Signal International LLC
SHAI Project No. 01-2008-12-09          Final Version 2.0

Property Risk Assessment
January 2009

## Pascagoula Site Descriptions

### East Yard

The Pascagoula East Yard operations are located in Pascagoula, Mississippi. The facility is situated on the Gulf of Mexico on the Bayou Casotte Harbor.  The harbor can accommodate a wide variety of cargo and is supported by a strong transportation infrastructure.

The site is within a couple miles of Interstate 10 and the State Highway system.  Pascagoula rail service begins at the terminal of Bayou Casotte Harbor. Rail service connections are the CSXT and Mississippi Export Railroad, which connects to Illinois Central Railroad.

The East yard has dockside and unobstructed access to the Gulf of Mexico, on Bayou Cassotte, located eight miles from the Sea Buoy via a 300' wide, and 38' depth channel.

Figure 2: East Yard Layout Major Buildings



| East Yard Legend | | | |
|---|---|---|---|
| 1 | Administration | 7 | Security and First Aid |
| 2 | Compression Building | 8 | Blast and Paint Building |
| 3 | Electric Shop | 9 | Office Trailers |
| 4 | Fabrication Pipe Shop | 10 | Residental Housing |
| 5 | Warehouse | 11 | Dual Carrier Dry Dock |
| 6 | Machine Shop | 12 | Lay down Yard and Storage |

TRIPM 0101

Primary facility features are listed in the table below.

Table 1: East Yard Data

| East Yard | |
| --- | --- |
| | 601 Bayou Casotte Parkway |
| | Pascagoula, MS 39581 |
| Total Acreage: | 94 acres |
| Total Building Area: | 273, 054 sq. ft. |
| Water Frontage: | 2,000 ft. |
| Water Depth: | 35 ft. MLLW |
| Distance to Open Sea: | 13.5 nm |
| **Fabrication Area:** | |
| Covered: | 100,000 sq. ft. |
| Outside: | 362,000 sq. ft. |
| **Quayside Facilities** | |
| **Outfitting/Repair Docks** | |
| Type: | Concrete bulkhead |
| Length: | 2,000 ft. |
| Water Depth: | 35 ft. |
| **Principle Site Equipment** | |
| Cranes/Cherry Pickers/Forklifts | |
| 3 ea; 150 ton | Mobile Manitowoc 4000 |
| 2 ea; 300 ton | Mobile Manitowoc M250 |
| 2 ea; 125 ton | Washington Gantry Crane |
| 2 ea; 300 ton | Floating Manitowoc 4100 Ringer |
| 8 ea; 15 ton | Cherry Pickers |
| 6 ea; 2.5-12 ton | Forklifts |
| 14 ea; 15 – 40 ton | Overhead Bridge Cranes |
| 1 ea; 40 ton | Bridge-Kraco |
| Major Shop (Fabrication) Equipment | |
| 1 ea | Wheel-A-Brator, BCP Auto Blast Machine |
| 1 ea | Wheel-A-Brator, BCP Auto Paint Machine |
| 2 ea | Piranha Iron Worker |
| 1 ea | N/C Plasma Burning Table |
| 1 ea | N/C Flame Burner |
| 1 ea | One-sided Butt Welder |
| 1 ea | Angle Stiffner Fitter |
| 1 ea | Stiffner Welder |
| 310 ft. | Panel Line |
| Machine Shop Equipment | |
| 1 ea | Schiess Boring Mill-11' Vertical Travel, 55' Horizontal Travel |
| 1 ea | Gray Boring Mill- 7' Vertical, 25' Horizontal |
| 1 ea | Cincinnati Floor Mill- 6' Vertical, 4' Horizontal |
| 3 ea | Small Mills |
| 1 ea | 17" Turn-nado Southbed Lathe |
| 1 ea | Monarch Lathe, 10' Bed, 96" Center |
| 1 ea | Kingston 21"-27" Gap Bed Lathe |
| 1 ea | Drill Presses |
| Dual Carrier Drydock | Towable drydock in the Gulf of Mexico with heavy lift capacity |

Signal International LLC
SHAI Project No. 01-2008-12-09          Final Version 2.0

Property Risk Assessment
January 2009

## Pascagoula (East / West Yard) Site Risk Characteristics

| ASSESSMENTS PASCAGOULA | Comments – For Both West/East Yards ; Except Where Indicated Otherwise |
|---|---|
| SITE LAYOUT / FIRE DIVISION | Spacing between building and to other properties is well laid out separating different occupancies, e.g. equipment, fabrication and repair, offices, warehouses and residential houses (Resident Housing East Yard Only). Each individual area is considered a separate fire division.<br><br>Typical runoff drainage is to the water way adjacent to the property. This operation does not require extensive piping or liquid handling systems.<br><br>East Yard: Congestion is considered light in the repair and fabrication areas and moderate to heavy in the Resident Housing area. An incident should be contained to the area of development, i.e. specific equipment area, office building or Resident Housing. The East Yard has a varying uphill elevation change from the waterway to the facilities.<br><br>West Yard: Congestion is considered light throughout. The West Yard has flat terrain in the fabrication and main yard and uphill elevation changes out to the training building. |
| CONSTRUCTION | A full listing of buildings construction and occupancy is provided in the Appendix. The majority of the building square footage is primarily non combustible construction with the exception of the office Resident Housing buildings (East Yard) which are primarily combustible construction (see Appendix).<br><br>Facilities are built in accordance with insurance/ASME/Building codes for windstorm/temperature extremes/flooding/hurricane potential anticipated for geographic area.<br><br>Computer controlled cutting machines are used in the Fabrication Shop. Equipment is controlled by the crafts person operating the machine with typical safety shutoff systems. The equipment does not operate unmanned. Emergency shut off "kill switches" are specific to the equipment being used such as welders, cutting machines, etc.<br><br>There is no significant use of liquid storage tankage at the facilities.<br><br>Vehicular protection is provided for above ground systems. Primary roads and parking areas are paved. |
| LOADING/ UNLOADING | Receipt of raw materials and distribution of products can be performed by rail, truck, or marine vessel. Bulk receipts would be plate steel and equipment and parts associated with rig work.<br><br>Fabricated onshore components are transferred by crane for attachment to the rigs. Large lifts are performed by a gantry cranes, e.g. land, floating and mobile. |
| OTHER STORAGE | The East Yard has three separate warehouses provided on site. Two of the three are leased to clients. One warehouse contains consumables and equipment, mostly metal parts. During the survey, minimal storage was noted in the leased spaces. Each warehouse is considered a single fire area. The West Yard has smaller storage building areas with minimal content.<br><br>The East Yard has a large area south of the Resident Housing facilities used for outside storage of metal material and idle equipment. |
| OPERATIONS/ PROCESS | This operation primarily handles the fabrication, retrofit and repair of heavy metal fixtures and equipment associated with offshore drilling rigs and associated marine structures. With the exception of the warehouses, Resident Housing and offices, the majority of principle building are considered metal working occupancies in which metal is the basic material involved in the manufacturing/fabrication of attachments or portions of drilling rigs or similar marine style objects. This includes occupancies typical to machine, metal working, cutting & welding, assembly metal and metal repair shops. The East Yard Resident Housing is a residential area consisting of connected mobile homes.<br><br>The primary exposures from the operations area which could result in insurance claim would relate to major equipment breakdown, collapse of crane, dropping of large heavy object or collision at the dock. The primary exposure to fire would be in the Resident Housing area due to a fire. |

TRIPM 0103

The following vessels in the table below are located at the site.

Table 2: East Yard Vessels

| Vessel | Type | Size | Material | Description |
|---|---|---|---|---|
| M/V Maggie D | Tug | 50x20.5 | Steel | Towboat/Single Skin/Self Propelled |
| Miss Tiff | Crane Barge | 150x60x10 | Steel | Deck Barge/Single Skin |
| MS61 | Deck Barge | 60x26x5 | Steel | Barge/Single Skin |
| MS64 | Deck Barge | 60x26x6 | Steel | Barge/Single Skin |
| 20' Yamaha 115 | Custom | 20' | Aluminum | Tender/Single Skin/Self Propelled |
| 21' Yamaha 115 | Custom | 21' | Aluminum | Tender/Single Skin/Self Propelled |
| 20' Suzuki 90 HP | Custom | 20' | Aluminum | Tender/Single Skin/Self Propelled |
| Dual Carrier | Submersible DD | 368x203x25 | Steel | Barge/Single Skin (Dry) |
| Mr. T | Deck/Cargo Barge w/ringer crane | 140'x54'x9'10" | Steel | Deck Barge/Single Skin |
| Deck Barge | Deck Barge | 50x20 | Steel | Deck Barge/Single Skin |
| Deck Barge | Deck Barge | 50x20 | Steel | Deck Barge/Single Skin |
| Deck Barge | Deck Barge | 50x20 | Steel | Deck Barge/Single Skin |
| Deck Barge | Deck Barge | 50x20 | Steel | Deck Barge/Single Skin |

Other Pascagoula East Yard features include:

- Design provides for extensive use of automated construction equipment, floating and dockside cranes, panel lines, launch-ways and reinforced bulkhead dock space.
- The maximum lift at 25 meters out from quayside is 200 tons using a single crane. However, cranes are used in various combinations to achieve lifts exceeding single crane capacities.
- Electricity (480/3 phase/60 Hz/800 amps), fresh water, salt water, and compressed air, at 110 psi, are available dockside.
- Mobile cranes are used to erect panels into subassemblies; mobile, fixed and barge-mounted cranes are used to erect subassemblies; and mobile transporters are used to move subassemblies (any size module up to 525 Tons). The site has two mobile transporters.
- The covered facility offers full machine shop services.
- Pipe pre-fabrication is carried out in a covered shop and is serviced by a 15 ton overhead crane. The shop contains eight (8) welding stations with Sub Arc, Mig, Tig and Flux Core welding capabilities. Pipe bending machine capabilities up to 4". Over 4" can be subcontracted.
- The Electrical Shop facility is utilized for electrical maintenance of all tools, cords, welding machines and other equipment throughout the yard. Temporary lighting, telephone lines, distribution racks and shore power feeder installations for customers are also coordinated from this department where materials required for these installations are maintained.
- There is a new constructed blasting and painting building (which is used for shop

Signal International LLC
SHAI Project No. 01-2008-12-09          Final Version 2.0

Property Risk Assessment
January 2009

blasting and primer coat). There is also a separate area where protective coatings can be applied in the outside storage and sandblast area.

- The site has three 20,000 sq. ft. warehouses, which provide covered, secure storage for yard consumables, weather sensitive items, and owner-furnished equipment. Two of the warehouses are leased.

- An office building area houses executive, administrative, project and engineering personnel provided at the East Yard. This area is the corporate office location for Signal International. Other office space is located in the production shops, combined with auxiliary trailers, accommodate the production staff.

- Owner and regulatory offices are accommodated by portable on-site trailers. Other trailers are provided by clients and vendors for their use.

- There is a Resident Housing facility used to house contract workers. This area is fenced and separated from the main operations and includes a parking lot. Facilities include 21 bunkhouses and facilities for kitchen, laundry, lounge, shower, office-storage and a guard house.

- The East Yard facility has a dual carrier dry dock which is fully self-contained and transportable. It can service both East and West yards. Orientation of the drydock can be changed to use floating and dockside cranes.

  The dimensions of the Dual Carrier dry dock are:

  - Clear deck      368' x 203'
  - Capacity        30,000 DWT
  - Sill height     25'
  - Maximum draft   20'

- The panel shop is fully equipped and is served by overhead magnetic cranes. It can process approximately 48,000 tons of steel per year and can handle panels up to 50'x80', with a maximum assembly weight of 80 tons. Panel units are pre-fabricated on a raised assembly line complete with rollers, hydraulic plate leveling, stiffener clamping machines and eight (8) stiffener arc welders. Also located in this shop is the N/C cutting machine equipped with two (2) heads and plasma marking. The main panel shop has 55' x 25' doors and is equipped with 2 x 40 ton overhead cranes with a 25' hook height. The adjacent processing area is served by a 15 ton overhead crane.

TRIPM 0105

Signal International LLC                                                    Property Risk Assessment
SHAI Project No. 01-2008-12-09        Final Version 2.0                    January 2009

<u>West Yard</u>

The Pascagoula West Yard facility is situated on the Gulf of Mexico along the Pascagoula River Harbor.  The harbor can accommodate a wide variety of cargo and is supported by a strong transportation infrastructure.

The site is within a couple miles of Interstate 10 and the State Highway system.  Adjacent properties to the West Yard include an office (rented and insured by tenant) and training buildings at  Jerry St. PE Highway.

Figure 3: West Yard Layout Major Buildings



West Yard Legend (Primary Buildings)
1    Fabrication Pipe Shop
2    Warehouse
3    Guard House
4    Offices
5    Shop
6    Training Building

The Pascagoula West facility is located on the Pascagoula River with a 350' wide, direct access channel (with a water depth of 38') to the Gulf of Mexico.  The facility has a concrete cap pile reinforced dock at the north end of the Pascagoula River turning basin.

TRIPM 0100

Primary facility features are listed in the table below.

Table 3: West Yard Data

| West Yard | | |
|---|---|---|
| | 3500 Port Authority Road | |
| | Pascagoula, MS 39567 | |
| Total Acreage: | | 13 acres |
| Total Building Area: | | 45,718 sq. ft. |
| | Water Frontage: | 1,100 ft. |
| | Water Depth: | 38 ft. MLLW |
| | Distance to Open Sea: | 16.2 nm |
| Fabrication Area: | | |
| | Covered: | 47,550 sq. ft. |
| | Outside: | 39,000 sq. ft. |
| Quayside Facilities | | |
| Outfitting/Repair Docks | | |
| | Type: | Concrete bulkhead |
| | Length: | 1,100 ft. |
| | Water Depth: | 38 ft. |
| Principle Site Equipment | | |
| | | Fork Lift Equipment (4) |
| | | Cherry Pickers (5) |
| | | Portable Personnel Elevators (4) |
| | | Floating Cranes (2) 150 t |
| | | Shop Gantry Cranes; |
| | | ○ Fab Shop 2 – 20 ton |
| | | ○ Pipe Shop 1- 15 ton |
| | | ○ Platen 1 – 20 ton/1 – 10 ton |
| | | 4600 Ringer Crane |
| | | Misc. Barges and Tug (shared with East Yard) |

Other Pascagoula East Yard features include:

- Facilities consist of the main berthing dock at the north end of the Port, where the main fabrication and pipe shops are located together with module fabrication platens, and the blasting and paint yard.
- A covered structural shop building is serviced by two (2) 10-ton overhead gantry cranes. It is equipped with a Template Burning Machine and a chop saw.
- Adjacent to the Structural Shop is a pipe shop. This covered shop is used for pipe pre-fabrication and is serviced by a 5-ton overhead Gantry crane and a 2-ton Jib crane. It is equipped with an NC Burning Machine and an Ironworker.
- There are three concrete fabrication platens used as an assembly area. Platens are open and serviced by all yard equipment from forklifts to 200-ton crawler cranes. Fabrication platens are utilized for assembly areas where practical.

- Assembly and erection can be carried out on the dock directly in front of the rig being worked.
- The electrical maintenance shop is utilized for electrical maintenance of all tools, cords, welding machines and other equipment throughout the yard.
- Projects can be serviced by 150 and 200-ton crawler cranes as well as a 300-ton barge-mounted ringer and a 600-ton land-based ringer Manitowoc crane.
- Electricity (480/3 phase/60 Hz/800 amps), fresh water, salt water, and compressed air, at 110 psi, are available dockside.
- There is a Production office which can accommodate project management and support service offices. Space is available on site for portable office space which accommodates controls, construction superintendents, QA/QC, various customer and customer-subcontract personnel.
- An approximate 20,000 square foot Administration office building is located adjacent to the yard on Jerry St PE Highway.  This office is leased and insured by a different company.
- An approximate 12,000 square feet training facility, which also can be used for administrative and other production and engineering offices, is located adjacent to the site on Jerry St PE Highway next to the vacant office.

TRIPM 010

Signal International LLC
SHAI Project No. 01-2008-12-09          Final Version 2.0

Property Risk Assessment
January 2009

| ASSESSMENTS PASCAGOULA | Comments – For Both West/East Yards ; Except Where Indicated Otherwise |
|---|---|
| FIXED ELECTRICAL SYSTEMS | Main power is supplied by a local power authority and is considered reliable. Loss of power results in shut-down of the site. Back- up power can be provided to operate portions of the site using portable generation.<br><br>Several small to moderate sized transformers are located on site and owned by the owner.  These are reported to be PCB free and are readily available. |
| UTILITIES | Other typical utilities include compressed air provided by small portable equipment and domestic water provided from the public system. Natural gas is used and piped from a local provider.<br><br>Liquid carbon dioxide and oxygen (provided by third party) are stored in tanks in a segregated outside area and used for welding and cutting processes. |
| MAINTENANCE, REPAIRS & INSPECTION | The maintenance department is comprised of multiple highly qualified crafts: electrical, welder tool worker, and instrumentation.  The department at the site handles the majority of day to day maintenance activities, with the majority of the duties related to metal fabrication.  Larger projects are completed by qualified contractors.<br><br>Inspection, testing, and maintenance frequencies are established using manufacturers' recommendations and industry guidelines.<br><br>Non-destructive examination (NDE) techniques are utilized as necessary for structural and piping integrity inspections.<br><br>Overall, the programs are established and use written records maintained for equipment and procedures. The maintenance system is run by a ticket system. The majority of the historical records at these facilities were destroyed during hurricanes Katrina/Rita.  The facility is in the process of converting over to a computerized records system. No specific date for completion of record system was indicated.<br><br>The site has practices and procedures in place to maintain fire protection systems for systems and equipment.  The program utilizes training, procedures, inspections and tests, deficiency corrections, and quality assurance.  The maintenance program uses a combination of preventive and predictive maintenance techniques. |
| CONTRACTORS | The site does not use resident contractors. Living facilities (Resident Housing) are provided at the East Plant for general laborers.<br>Specialized contractors are used for large, special jobs depending on the current work projects. Onsite training and supervision are provided for specific tasks for contractors. |
| OPERATION | Operational procedures are used for major equipment operations.  Best Practice between the Mississippi and Texas locations are used as guided per corporate directives. Operating procedures are written and are available for typical operations.<br><br>Formal training for new and existing employees, competency testing and certification; refresher training; safety and technical training are provided.<br><br>Facility personnel involved in hazardous waste management, such as storage of off spec product and response to emergencies, complete a program of classroom instruction or on the job training that teach them to perform their duties. |
| WORK PERMIT | A work permits system is in place for welding, work order, lockout/tagout, confined space, etc. On major jobs, blanket permits are typically given. Areas typically considered a welding occupancy do not require permitting. |
| HOUSEKEEPING | Critical areas were clear and non-congested with idle material or equipment. |
| EMERGENCY RESPONSE | The local fire department and local police are the emergency response for the facilities. A written emergency procedure coordinated with local fire department is in place under the existing plan. The site has an excellent emergency preparedness program and procedures for hurricanes. |
| FIRE BRIGADE RESPONSE | The site provides typical hazardous material response coordination. The site is considered an incipient emergency response. Fire response for the facility is considered reliable. Access to the facility is considered good. |

TRIPM 0109

Signal International LLC
SHAI Project No. 01-2008-12-09        Final Version 2.0

Property Risk Assessment
January 2009

| ASSESSMENTS PASCAGOULA | Comments – For Both West/East Yards ; Except Where Indicated Otherwise |
|---|---|
| | The fire department conducts fire inspections of the East Yard Resident Housing facilities and West Yard Training Building and has historically provided recommendations, which Signal has complied with. |
| MANUAL FIRE EXTINGUISHING | Hand and wheeled fire extinguishers are located throughout.<br><br>Fire water is provided by the public water system. At the East Yard, an onsite distribution system consisting of a combination of 8 inch and 6 inch pipes is provided. In addition, the East Yard has several hydrants located throughout the facility. There is a hydrant available at the Resident Housing facilities entrance.<br><br>The West Yard has fire water available from the adjacent road hydrants. |
| FIRE PROTECTION SPRINKLER SYSTEMS DETECTION | Sprinkler systems are provided for main office building areas at the East Yard and Training Building at the West Yard. These systems are hydraulically designed. There is a sprinkler system located in the common areas of the Resident Housing facilities, i.e. laundry room, recreational room and cafeteria. There are no other sprinkler systems at the East or West Yards.<br><br>The Resident Housing facilities are provided with a smoke detection system throughout, which alarms to a constantly attended location. In addition, fire hose stations are located throughout this area. |
| EXPOSURES | The East Yard facility is surrounded in three directions by land and to the east by the Bayou Casotte Channel water way. The dockside is approximately 2000 feet long. Immediately across the channel is a Chevron Refinery approximately 1,800 feet away. Mississippi First Chemical is located approximately one mile away across the channel to the north. Exposures from other directions are open land for several hundred yards.<br><br>The West Yard The facility is surrounded in three directions by land and to the east by the Pascagoula River water way. The dockside is approximately 1100 feet long. Immediately across the channel are several non-hazardous facilities. Exposures from the south are Port Authority non-hazardous bulk storage warehouses. To the north is open land for several hundred yards.<br><br>Both Yards are exposed to potential water surge from adjacent water ways and flooding from severe tropical storms. This issue is further discussed in the storm analysis report section. |
| INTRUSION ARSON TERRORISM | The portions of the property accessible to the public are fenced with access by a 24 hour manned gate. The facilities are accessible from an immediate public road. Vandalism or malicious mischief has not been a problem in past years. Good exterior and perimeter lighting is provided.<br><br>The sites are occupied at all times by workers or by a guard who makes rounds for the East Yard and a guard at the main West Yard facilities (West Yard is currently idle). The West Yard area training building is located outside the fenced West Yard operation on the west side of the property, and the training building is locked and unmanned during non-operating hours. This building is visible from the West Yard guard building. |

TRIPM 011

Signal International LLC                                     Property Risk Assessment
SHAI Project No. 01-2008-12-09        Final Version 2.0              January 2009

## Texas Facility Site Descriptions

### Orange Yard

The Orange Yard is a 77 acre facility located in Orange, TX. The yard is used to build mobile offshore drilling and production units as well as components for other rigs. The site is situated near the Gulf of Mexico up river on the Sabine River. The harbor can accommodate a wide variety of cargo and is supported by a strong transportation infrastructure.

The site is near Interstate 10 and the State Highway system. Terminal service is available to the site.

Under former ownership by American Bridge, Inc. (USS subsidiary), the site employed up to 1,800 people who produced multiple marine and offshore products, pressure vessels, bridge girders and other heavy industry products. Government war ships were constructed here during the World War period. The heavy metal fabrication site was acquired in December 1992, by a Trinity Industries subsidiary, which fabricated large diameter pressure vessels there until May 1996. In July 1996, Trinity Marine Products, another Trinity Industries subsidiary began manufacturing barges and barge parts at the site. In May 1998, Trinity's shipyard in Orange, TX was purchased by TDI-Halter L.P, a subsidiary of Halter Marine Group, Inc., prior to Friede Goldman Offshore (FGO) involvement.

This facility was in full operation at the time of the survey. Portions of the facility were undergoing repair from Hurricane Ike (2008).

Figure 4: Orange Yard Layout Major Buildings



| Orange Yard | | | |
|---|---|---|---|
| 1 | Blast and Paint Buildings | 6 | Pipe Warehouse |
| 2 | Fabrication Shop East | 7 | Pre Assembly |
| 3 | Main Fabrication Shops | 8 | Warehouse |
| 4 | Maintenance Building | 9 | Storage Building |
| 5 | Storage Building | 10 | Offices |
| | | 11 | Buckley Office and Shop |

TRIPM 0111

Primary facility features are listed in the table below:

*Table 4:* Orange Yard Data

| Orange Yard | | |
|---|---|---|
| | 91 W. Front St. | |
| | Orange, TX 77630 | |
| Total Acreage: | | 82 acres |
| Total Building Area: | | 569, 458 sq. ft. |
| | Water Frontage: | 5,700 ft. |
| | Water Depth: | 25 ft. MLLW |
| | Distance to Open Sea: | 34.3 nm |
| Fabrication Area: | | |
| | Covered: | 450,000 sq. ft. |
| | Outside: | 20 acres |
| Quayside Facilities | | |
| Outfitting/Repair Docks | | |
| | Type: | Steel Bhd |
| | Length: | 623 ft. |
| | Water Depth: | 22 ft. |
| Principle Site Equipment | | |
| Cranes/Cherry Pickers/Forklifts | | |
| 1 ea; 150 ton | | Crawler Crane |
| 1 ea; 100 ton | | Crawler Crane |
| 1 ea; 400 ton | | Stiff Leg Derrick Barge |
| 1 ea; 100 ton | | Revolving Leg Derrick Barge |
| 1 ea; 40 ton | | Break Press |
| Multiple; 35-450 ton | | Shop Gantry Cranes |
| Multiple; 1-15 ton | | Assorted Forklifts |
| Multiple | | Assorted Iron Worker Stations (boring presses, band saws, plate shear) |
| 1 ea | | Wheel-a-Brator Automated Blast & Prime Machine |
| 1 ea | | Panel Line Fabrication consisting of: Series-arc welding machine with: 45-foot magnet bed, 4-head stiffener fitter/positioner, 6-head stiffener welder |
| 3 ea | | N/C Plasma Cutters |

The following vessels are located at the site:

Table 5: Orange Vessels

| Vessel | Description | Dimension | Const. | Description |
|---|---|---|---|---|
| Quida | Tug | 46x24x9 | Steel | Towboat/Single Skin/Self Propelled |
| Pelican | Derrick Barge | 198x70x11.5 | Steel | Deck Barge/Single Skin |
| Big Bessie | Derrick Barge | 191x83x12 | Steel | Deck Barge/Single Skin |
| Dan B | Tug | 25x14x5 | Steel | Towboat/Single Skin/Self Propelled |
| | Deck Barge | 34'x120'x7' | Steel | GRT Required |
| | Boat, "V" Weldbilt | 18x56" | Aluminum | Tender/Single Skin/Self Propelled |
| Monark Boat | Runabout | 19x7x3.5 | Aluminum | Tender/Single Skin/Self Propelled |
| Drydock, AFDB-5 | Pontoon/Wingwalls | 240x101x23.6 | Steel | Drydock/Single Skin |
| DB | Deck | 120x40x8 | Steel | Barge/Single |
| TDD1 | Work Barge | 30x60x5 | Steel | Barge/Single Skin |
| TDD3 | Work Barge | 24x13x4 | Steel | Barge/Single Skin |
| Miss Kathy | Deck Barge | 36x110x7 | Steel | Barge/Single Skin |

TRIPM 011:

Other Orange Yard features include:

- The facility has extensive repair and fabrication facilities with a complete panel line, similar to the Pascagoula East Yard. Panel units are pre-fabricated on a raised assembly line complete with rollers, hydraulic plate leveling, stiffener clamping machines and a stiffener arc welder. In addition, this shop includes an N/C cutting machine and plasma marking.

- The panel shop adjacent to the repair and fabrication areas are fully equipped with overhead cranes.

- Machine shop capabilities.

- Pipe pre-fabrication is carried out in a covered shop and is serviced by an overhead crane. The shop contains welding stations with various welding capabilities.

- The Electrical Shop is utilized for electrical maintenance of tools, cords, welding machines and other equipment throughout the yard. Temporary lighting, telephone lines, distribution racks and shore power feeder installations for customers are also coordinated from this department where materials required for these installations are maintained. The site has a fully equipped paint shop.

- Five warehouses provide covered, secure storage for yard consumables, weather sensitive items, and owner-furnished equipment.

- The main office building area houses executive, administrative, project and engineering personnel.  Other office space is located throughout the production shops, including auxiliary trailers and small office buildings to accommodate the production staff.

Dock Yard

The Dock Yard operations consist of the former Friede Goldman Offshore (FGO) facilities located in Port Arthur, Texas. This facility is located on the Neches Waterway.  The site is situated within 15 miles of the Gulf of Mexico and has waterway access.

This site is intended to be used to build mobile offshore drilling and production units as well as components for other rigs.  This yard is to receive fabricated parts from the Orange Yard which are then installed on the dry docked marine equipment.

At the time of the survey the facility had minimal activity due to workload scheduling. Minimal damage occurred at the site as a result of Hurricane Ike (2008).

The Dock Yard was established by Bethlehem Steel in 1985, and acquired by Texas Drydock, Inc., in 1995.  Dock Yard was later owned by HAM Offshore Services and then FGO.  This yard has a floating dry dock and is owned by the City of Port Arthur (one of the eight sections is owned by FGO). The facility was designed to specialize in major modifications, conversions, repair and dry docking of semi-submersibles, jackup drilling rigs, drillships, FPSO and FPS.

The facility has a 64,000 ton dry dock that operates in rig mode, with 363 feet between wing walls and is 414 feet long. This versatility affords the ability to drydock nearly every

type of drilling rig. It is located on the Sabine Neches Waterway near Port Arthur and Pleasure Island.

Primary facility features are listed in the table below.

Table 6: Dock Yard Data

| Dock Yard | |
|---|---|
| 2500 Martin Luther King , Jr. Drive | |
| Port Arthur, TX 77640 | |
| Total Acreage: | 100 acres |
| Total Building Area: | 222,554 square feet |
| Water Frontage: | 4,961 ft. |
| Water Depth: | 55 ft. MLLW |
| Distance to Open Sea: | 14.8 nm |
| Fabrication Area: | |
| Covered: | |
| Outside: | |
| Quayside Facilities | |
| Outfitting/Repair Docks | |
| Type: | Berthing Pier |
| Length: | 111.5 ft. |
| Water Depth: | 25 ft. |
| Principle Site Equipment: | Multi-Wheel Transport |
| | Forklift Trucks |
| | Cherry Pickers |
| | Portable Personnel Elevators |
| | Floating Cranes (2) 1-400 t stiff leg, (1) 100 t revolving |

The following vessels listed in the table below are associated with the Dock Yard:

Other Dock Yard features include:

- Two warehouses provide covered, secure storage for yard consumables, weather sensitive items, and owner-furnished equipment. Currently these are mostly empty.

- The site contains several small office and trailer buildings and offices for administrative, engineering, safety, environmental, production, contractors, and customers use.

TRIPM 011.

Figure 5: Dock Yard Building Data



**Dock Yard Legend**

| | |
|---|---|
| 1 | Dry Dock |
| 2 | Security House |
| 3 | Warehouse |
| 4 | Shipping and Receiving |
| 5 | Office |

TRIPM 0115

North Yard

The North operations consist of the former Friede Goldman Offshore (FGO) facilities located in Port Arthur, Texas. This facility is located on the Port Arthur Turning Basin and has waterway access. This site is intended to be used to repair and build mobile offshore drilling and production units as well as components for other rigs. The site is situated within 15 miles of the Gulf of Mexico.

North Yard was owned by HAM Offshore Services before FGO. This yard is to receive fabricated parts from the Orange Yard which are then installed on the docked marine equipment.

At the time of the survey this yard was idle and under repair from damage occurred during Hurricane Ike (2008).

Primary facility features are listed in the table below.

Table 7: North Yard Data

| North Yard | |
|---|---|
| | 2360 S. Gulfway Dr.
Port Arthur, TX 77640 |
| Total Acreage: | 17 acres |
| Total Building Area: | 14212 sq. ft. |
| Water Frontage: | 1,590 ft. |
| Water Depth: | 25 ft. MLLW |
| Distance to Open Sea: | 14.8 nm |
| Fabrication Area: | 33,000 sq. ft. |
| Quayside Facilities | |
| Outfitting/Repair Docks | |
| Type: | Steel Bhd |
| Length: | 879 ft. |
| Water Depth: | 25 ft. |
| Principle Site Equipment | Multi-Wheel Transport
Forklift Trucks
Cherry Pickers
Portable Personnel Elevators
Floating Cranes (2) 1-400t stiff leg, (1) 100t revolving |

The following vessels listed in the table below are associated with the North Yard.

Other North Yard features include:

- Two warehouses provide covered, secure storage for yard consumables, weather sensitive items, and owner-furnished equipment.

TRIPM 0110

Signal International LLC                                    Property Risk Assessment
SHAI Project No. 01-2008-12-09        Final Version 2.0              January 2009

- The site contains several small office and trailer buildings, offices for guards, administrative, engineering, safety, environmental, production, contractors, and customers use. These buildings are currently mostly empty.

- The site is fenced with a locked gate. The elevation of the structures is approximately 6-8 feet above the water level.

- This facility does not have a dry dock.

Figure 6: North Yard Building Data



**North Yard Legend  (Primary Buildings)**
1     Warehouse
2     Repair Shop
3     Guard House

TRIPM 0117

## South Yard

The South Yard (TDI Sabine Pass) operations consist of the former Friede Goldman Offshore (FGO) facilities located in Sabine Pass, Texas.  This facility is located on the Sabine Pass Channel.  This site is intended to be used to repair build mobile offshore drilling and production units as well as components for other rigs.  The site is situated within 5 miles of the Gulf of Mexico.

At the time of the survey, this facility was idle and under repair from damage incurred from Hurricane Ike (2008).

The South Yard later was previously owned by TDI-Halter Marine and then FGO.  This yard receives fabricated parts from the Orange Yard, which are then installed on the docked marine equipment.

Primary facility features are listed in the table below.

Table 8: South Yard Data

| South Yard | | |
|---|---|---|
| | 6830 S. First Ave. | |
| | Sabine Pass, TX 77655 | |
| Total Acreage: | | 21 acres |
| Total Building Area: | | 36,787 sq. ft. |
| | Water Frontage: | 1,400 ft. |
| | Water Depth: | 20 ft. MLLW |
| | Distance to Open Sea: | 6.1 nm |
| Fabrication Area: | | |
| | Covered: | 45,000 sq. ft. |
| | Outside: | 300,000 sq. ft. |
| Quayside Facilities | | |
| Outfitting/Repair Docks | | |
| | Type: | Steel Bhd |
| | Length: | 778 ft. |
| | Water Depth: | 22 ft. |
| Principle Site Equipment: | | Multi-Wheel Transport |
| | | Forklift Trucks |
| | | Cherry Pickers |
| | | Portable Personnel Elevators |
| | | Floating Cranes (2) 1-400 stiff leg, (1) 100t revolving |

Other South Yard features include:

- Warehouse facilities provide covered, secure storage for yard consumables, weather sensitive items, and owner-furnished equipment. Currently, these facilities are mostly empty or under repair.

- The site contains several small office and trailer buildings and offices for guards administrative, engineering, safety, environmental, production, contractors, and customers use.  These buildings are currently mostly empty or under repair.

- The facility does not have a dry dock.

TRIPM 011

Signal International LLC                                           Property Risk Assessment
SHAI Project No. 01-2008-12-09        Final Version 2.0                  January 2009

Figure 7: South Yard Building Data



South Yard Legend (Primary Buildings)
1     Main Office
2     Pipe Shop
3     Shipping and Receiving
4     Warehouse Building

Page 31 of 48

TRIPM 0119