# EXHIBIT 15

Issue Date: January 6, 2009

# SIGNAL INTERNATIONAL, LLC

## HULL AND MGL
## INSURANCE SUBMISSION

**Effective**
**From: January 30, 2009**
**To: January 30, 2010**




Presented by:
Willis HRH of Alabama, Inc., Mobile



Issue Date: January 6, 2009

# Signal International, LLC
## Table of Contents

General Information .......... 1
Underwriting Questions – General Information .......... 3
Named Insureds .......... 4
Hull & Machinery Coverage .......... 5
Marine General Liability Coverage .......... 7

Issue Date: January 6, 2009

## Signal International, LLC
## General Information

| | |
|---|---|
| **First Named Insured:** | Signal International, LLC |
| **Account Number:** | 698270 |
| **Mailing Address:** | P. O. Box 7007 Pascagoula MS 39568 |
| **Financial Contact:** | Chris Cunningham 228-762-0010 |
| **Inspection Contact:** | Lisa Spears – same |
| **Web Site Location:** | www.signalinternational.com |
| **Effective Date:** | January 30, 2009 |
| **Expiration Date:** | January 30, 2010 |
| **Producer:** | John Bullock |
| **Servicer:** | Joyce Johnson |
| **Marketer:** | Vernon Ewing / Zaleen Palmer |
| **SIC Code/Industry:** | Shipyard |

Note: Willis will handle all Countersignature requirements with its affiliated offices.

Issue Date: January 6, 2009

## Signal International, LLC
## Description of Operations

Signal International LLC owns and operates six shipyards – two in MS and four in TX. They perform repairs and inspections, upgrades, conversions, fabrication and outfitting and offshore services.

Please see attached company overview, which provides a corporate overview, organization and management overview, capabilities and experience/project history.

Issue Date: January 6, 2009

Signal International, LLC
Underwriting Questions – General Information

**Explain all "yes" responses**

| | | Yes | No |
|---|---|---|---|
| 1 | Is the applicant a subsidiary of another entity or does the applicant have any subsidiaries? | ☒ | ☐ |
| 2 | Is a formal safety program in operation? | ☒ | ☐ |
| 3 | Any exposure to flammables, explosives, chemicals? | ☒ | ☐ |
| 4 | Any catastrophe exposure? | ☒ | ☐ |
| 5 | Any other insurance with this company or being submitted? | ☐ | ☐ |
| 6 | Any policy or coverage declined, cancelled or non-renewed during the prior three years? | ☐ | ☒ |
| 7 | Any past losses or claims relating to sexual abuse or molestation allegations, discrimination or negligent hiring? | ☐ | ☐ |
| 8 | During the last ten years, has any applicant been convicted of any degree of the crime of arson? | ☐ | ☒ |
| 9 | Any uncorrected fire code violations? | ☐ | ☒ |

**Explanations to "Yes" Responses**

1) **Per organization chart.**
2) **Yes – see corporate overview**
3) **Usual to shipyard industry**
4) **Gulf Coast windstorm**

Issue Date: January 6, 2009




| First Named Insured | Legal Entity * | Interest | Description of Operations |
|---|---|---|---|
| Signal International, LLC | LLC | Owner of Signal International Texas GP, LLC (100%) and Signal International Texas, LP (99%) | MS assets and debt |
| **Other Insureds** | **Legal Entity *** | **Interest** | **Description of Operations** |
| Signal International Texas GP, LLC | LLC | Owner of Signal International Texas, LP (1%) | |
| Signal International Texas LP | LP | | TX assets and debt |
| Signal International, Inc. | C | Owner of Signal International LLC (100%) | |

* I – Individual  NP – Not for Profit  LC – Limited Corporation  P – Partnership

C – Corporation  S – Subchapter "S"  LLC – Limited Liability Corporation  JV – Joint Venture

O – Other ____________________

**Added as respects policies except Workers Compensation

Issue Date: January 6, 2009

**Signal International, LLC**
**Hull & Machinery Coverage**

**Effective Date:** January 30, 2009 at **noon** standard time at insured's mailing address.

**Expiration Date:** January 30, 2010 at **noon** standard time at insured's mailing address.

**Vessel:** Per Schedule attached

**Amount of Insurance:**

Owned Vessels – Per schedule
Chartered Vessels –Chartered vessels to be advised on a quarterly reporting basis (values not included in quotation)

**Deductible:**

$25,000 Any one accident or occurrence per vessel, including costs and expenses, except total loss, constructive total loss, compromised and/or arranged total loss, (each vessel separately insured)

**Coverage Terms and Conditions:**

- Navigation warranted confined to navigation of the inland waters of the U.S. between Brownsville, Texas and Apalachicola, Florida
- American Institute Hull Clauses 6/2/77 - Lines 43 and 158-184 are deleted and the words "and/or repairers" deleted from line 83
- American Institute S.R. & C.C. Endorsement (hulls)
- Liability Limitation (Separation of Assureds)
- Additional Assured/Waiver of Subrogation (Blanket)
- Automatic Acquisition Clause ($250,000)*
- Following Underwriters Clause – Lead underwriter: OneBeacon Insurance Company
- In Rem Clause
- Alterations and Repairs
- Blowout and Cratering
- Deliberate Damage Pollution Hazard (Hull)

**Comments:**

*As respects Chartered vessels, quarterly reporting and premium payment is allowed as respects vessels $250,000 in values and under. Internal on-hire/off-hire surveys are allowed with sign-off by both parties. All Vessels (owned and chartered) with a value greater than $250,000 require reporting to carrier prior to acceptance, and an on-hire/off-hire survey by outside surveyors (C&V for owned vessels).

Issue Date: January 6, 2009

## Signal International, LLC
## Marine General Liability Coverage

**Effective Date:** January 30, 2009 at 12:01 a.m. standard time, at insured's mailing address

**Expiration Date:** January 30, 2010 at 12:01 a.m., standard time, at insured's mailing address

**Coverage:** Marine General Liability, including Watercraft Liability, subject to terms, conditions, and limitations of the policy

**Limits of Liability:**

| | |
|---|---|
| $1,000,000 | Each Occurrence |
| $2,000,000 | General Aggregate |
| $1,000,000 | Products/Completed Operations Aggregate |
| $1,000,000 | Personal/Advertising Injury |
| $50,000 | Fire Legal Liability |
| $5,000 | Medical Payments |

**Self Insured Retention:**

$100,000 Per Occurrence

**Coverage Terms and Conditions:** Marine General Liability Policy amended as follows:

- Section IIA – Exclusions 21 and 22 are deleted *(regarding Products Completed Operations and Divers)*
- Section IIA – Exclusion 26 *(Professional Liability)* deleted, but only with respects to "bodily injury" or "personal injury" arising out of providing or failing to provide professional health care services
- Section IV – Paragraph 2.a. (1) (d) is deleted *(regarding incidental medical malpractice)*
- Section VII – Conditions 2.b.(2) and 2.g. are amended to sixty (60) days
- Section VII – Definition 13.f. is amended to include verbal contract provided such contract is reduced to writing within thirty (30) days of reaching the agreement
- Action Over Indemnity Buyback Endorsement
- The words, "and/or diver(s) whilst engaged in diving operations" are deleted from Item 2 of this endorsement.
- Additional Insured and Waiver of Subrogation *(Blanket -as required by contract*





- Additional Insured and Waiver of Subrogation Endorsement *(Specific)* – Named Certificate Holders as expiring
- Amended Aggregate Limits of Insurance (Per Project) Endorsement Naming: As required by an "insured contract" but only with respects to an entity for whom you are directly or indirectly performing "your work"
- Cross Liability Endorsement
- Limited Pollution Buyback (72-hour) Endorsement – Amended
- Employee Benefits Liability
- Employee Bodily Injury to a Co-Employee Endorsement *(Supervisory and Safety Personnel only)*
- Additional Policy Conditions:
  - Unintentional Non-Disclosure
  - Knowledge of Occurrence
  - Notice of Occurrence
  - Innocent Coassureds
- Notice of Cancellation for Additional Insureds (Specific)
- Subscribers Endorsement including Following Underwriters Clause
- Charterer's Liability Endorsement – Description of watercraft insured: any chartered watercraft must be declared to us prior to commencement of charter agreement, and subject to additional premium to be advised.
- Lift Liability Endorsement
- Shiprepairers Liability Endorsement including
- Other Work Endorsement – other work: to be agreed
- Traveling Workmen Endorsement
- U.S. Government Difference in Conditions Endorsement
- Stevedore's Liability Endorsement
- Wharfinger's Liability Endorsement
- Exclusion 3.a. shall be voided with respect to "insured contracts" to extent coverage provided under this endorsement
- Watercraft Liability Endorsement
  - Paragraph 2c is amended by deletion of the words "the difference between the hull value (as scheduled) and"





- Paragraph 4.a. is deleted as respects to the "other than owners limitation" as required by a written contract
- Paragraph 4.e.(3) is amended to read: "For any non-powered watercraft valued under $250,000, you must submit to us a quarterly report of acquired or chartered watercraft. For any watercraft powered or valued greater than $250,000 you must notify us in writing within thirty (30) days of acquiring or chartering such watercraft."
- Per Vessels schedule on file with carrier
- Allowed navigation: As per Hull Policy
- Voluntary Wreck Removal with a $100,000 sublimit

- Punitive Damages are excluded as per policy form; except exclusion does not apply to watercraft liability
- Wording as required by MARAD

**Premium:**

Exposure Basis: $275,000,000
P&I premium based on vessels at risk; quarterly reporting with no additional/return premiums if difference is within 10% of annual premium*

* Quarterly reporting of non-powered chartered vessels less than $250,000 in values for watercraft liability. Powered vessels valued greater than $250,000 reported within thirty (30) days.

Issue Date: January 6, 2009

# MARINE COMPREHENSIVE LIABILITY APPLICATION (MLA 02)

## 1. APPLICANT:

| FIRST NAMED INSURED AND OTHER NAMED INSUREDS: |
|---|
| *Signal International, LLC (and as per submission)* |
| FULL ADDRESS: *P.O. Box 7007 Pascagoula, MS 39568* |

## 2. PRODUCER:

| PRODUCER NAME AND ADDRESS: | |
|---|---|
| *Willis of Alabama, Inc. – P.O. Box 2407, Mobile AL 36652* | |
| PRODUCER CONTACT(S): *John Bullock, Vernon Ewing, or Joyce Johnson* | PHONE #: *(251) 433-0441* FAX #: *(251) 432-7241* |

## 3. INSPECTION/AUDIT CONTACTS:

| INSPECTION: | TELEPHONE: | ACCOUNTING RECORDS: | TELEPHONE: |
|---|---|---|---|
| *Lisa Spears* | *(228) 762-0010 ext 1378* | *Same* | |

## 4. PREMISES INFORMATION:

| # | FULL ADDRESS | INTEREST | YEAR BUILT | PART OCCUPIED |
|---|---|---|---|---|
| 1. | *See attached* | | | |
| 2. | | | | |
| 3. | | | | |

## 5. DESCRIPTION OF OPERATIONS:

NATURE OF BUSINESS/COMPLETE DESCRIPTION OF OPERATIONS:
*Shipyards – MS and TX*
*Core operations – repair, modification, conversion and construction of MODU (Mobile Offshore Drill Units)*

## 6. EXPIRING INFORMATION:

| CARRIER: | LIMIT: | DEDUCTIBLE: | RATE: | PREMIUM: |
|---|---|---|---|---|
| *FFIC/One Beacon* | *$1,000,000* | *$100,000* | | |

## 7. PROPOSED POLICY TERM:

| FROM: *01/30/2009* | TO: *01/30/2010* | TIME: 12:01 a.m. STANDARD TIME |
|---|---|---|

## 8. LIMIT/DEDUCTIBLE(S) REQUESTED::

| LIMIT: *$1,000,000* | DEDUCTIBLE(S): *$100,000* PER: ☐ CLAIM ☒ OCCURRENCE |
|---|---|

## 9. INDICATE APPLICATION SUPPLEMENTS ATTACHED/COVERAGES REQUESTED:

| | | | |
|---|---|---|---|
| ☒ SHIP REPAIRERS | ☐ TERM. OPS. - DRY | ☐ MARINA OPERATORS | ☐ LOSS RECORD |
| ☐ WHARFINGERS | ☐ TERM. OPS. - LIQUID | ☐ P&I (EXCL. CREW) | ☐ OTHER: |
| ☐ STEVEDORES | ☐ TANKERMENS | ☐ CHARTERERS | ☐ OTHER: |

## 10. OTHER ENDORSEMENTS REQUESTED:

IDENTIFY OTHER ENDORSEMENTS BEING REQUESTED:

To be agreed

## 11. FIVE YEAR HISTORY OF EXPOSURE DATA & DEDUCTIBLES:

| YEAR | GROSS RECEIPTS | SUB-CONTRACT COSTS | PAYROLL | DEDUCTIBLE | LIMIT |
|---|---|---|---|---|---|
| 2005 | $132,000,000 | $6,000,000 | $50,000,000 | $100,000 | $1,000,000 |
| 2006 | $260,000,000 | $25,000,000 | $75,000,000 | $100,000 | $1,000,000 |
| 2007 | $400,000,000 | $50,000,000 | $124,000,000 | $100,000 | $1,000,000 |
| 2008 | $440,000,000 | $55,000,000 | $132,000,000 | $100,000 | $1,000,000 |
| EST. 2009 | $260,000,000 | $25,000,000 | $75,000,000 | $100,000 | $1,000,000 |

## 12. MARINE VS. NON-MARINE:

| PERCENT OF RECEIPTS DERIVED FROM MARINE-RELATED OPERATIONS: | MARINE OPERATIONS: 100% | NON-MARINE OPERATIONS: If Any% |
|---|---|---|

## 13. GENERAL INFORMATION (EXPLAIN ALL "YES" RESPONSES):

| | | |
|---|---|---|
| a. | YEARS IN BUSINESS? | 5 YEARS |
| b. | IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY OR DOES THE APPLICANT HAVE ANY SUBSIDIARIES? | ☒ YES ☐ NO |
| c. | HAS THE COVERAGE(S) BEING REQUESTED BEEN CANCELED OR NON-RENEWED DURING THE PRIOR FIVE YEARS? IF YES, EXPLAIN BELOW. | ☐ YES ☒ NO |
| d. | DURING THE PREVIOUS FIVE YEARS, HAS THE COVERAGE(S) BEING REQUESTED EVER BEEN WRITTEN ON A CLAIMS MADE BASIS OR WITH A DISCOVERY PERIOD?<br>IF YES, ANSWER THE FOLLOWING QUESTIONS: PROPOSED RETROACTIVE DATE?<br>HAS ANY PRODUCT, WORK, ACCIDENT OR LOCATION BEEN EXCLUDED, UNINSURED, OR SELF-INSURED FROM ANY PREVIOUS COVERAGE?<br>WAS TAIL COVERAGE PURCHASED UNDER ANY PREVIOUS POLICY?<br>IF YES, EXPLAIN BELOW. | ☐ YES ☒ NO |
| e. | ARE ANY MEDICAL FACILITIES PROVIDED OR DOCTORS EMPLOYED/CONTRACTED? | ☒ YES ☐ NO |
| f. | WERE ANY OPERATIONS SOLD, ACQUIRED, OR DISCONTINUED IN THE LAST FIVE (5) YEARS? | ☐ YES ☒ NO |
| g. | DOES THE APPLICANT RENT, LEASE OR LOAN MACHINERY, TOOLS OR EQUIPMENT TO OTHERS WITH OR WITHOUT OPERATOR? | ☐ YES ☒ NO |
| h. | ARE PARKING FACILITIES OWNED OR RENTED?<br>IF YES, IS A FEE CHARGED FOR PARKING? No | ☒ YES ☐ NO |
| i. | DOES THE APPLICANT HAVE A SWIMMING POOL ON THE PREMISES OR ARE ANY RECREATIONAL FACILITIES PROVIDED? | ☐ YES ☒ NO |
| j. | DOES THE APPLICANT SPONSOR OR PLAN TO SPONSOR ANY SPORTING OR SOCIAL EVENTS? | ☐ YES ☒ NO |
| k. | ARE ANY STRUCTURAL ALTERATIONS OR DEMOLITION EXPOSURES CONTEMPLATED? | ☐ YES ☒ NO |
| l. | DOES THE APPLICANT DRAW PLANS, DESIGNS OR SPECIFICATIONS? | ☒ YES ☐ NO |
| m. | DO ANY OPERATIONS INCLUDE EXCAVATION, TUNNELING, UNDERGROUND WORK OR EARTH MOVING? | ☐ YES ☒ NO |
| n. | DOES THE APPLICANT OWN, OPERATE, LEASE, BORROW OR CHARTER ANY WATERCRAFT? | ☒ YES ☐ NO |
| o. | ARE ALL WATERCRAFT IN 13.n. ABOVE SEPARATELY COVERED BY PROTECTION AND INDEMNITY INSURANCE INCLUDING CONTRACTUAL LIABILITY?<br>IF YES, DESIGNATE BELOW THE P&I COVERAGE FORM USED. IF NO, EXPLAIN BELOW. | ☒ YES ☐ NO |
| p. | IS THE APPLICANT A NON-SUBSCRIBER TO ANY STATE AND/OR FEDERAL WORK COMP. STATUTES? | ☐ YES ☒ NO |
| q. | DOES THE APPLICANT PURCHASE COVERAGE EXCESS OF THIS INSURANCE?<br>IF YES, DESIGNATE BELOW THE TOTAL LIMITS PURCHASED. | ☒ YES ☐ NO |
| r. | DOES THE APPLICANT PURCHASE MARITIME EMPLOYER'S LIABILITY INSURANCE?<br>IF YES, DESIGNATE BELOW IF THE ALTERNATE EMPLOYER ENDORSEMENT IS PROVIDED. | ☒ YES ☐ NO |
| s. | DOES THE INSURED PURCHASE E&O AND D&O INSURANCE?<br>IF YES, DESIGNATE BELOW THE LIMITS PURCHASED. | ☒ YES ☐ NO |
| t. | DOES THE APPLICANT EMPLOY OR UTILIZE THE SERVICES OF ANY COMMERCIAL DIVERS? | ☐ YES ☒ NO |
| u. | IN THE LAST FIVE YEARS, HAS THE APPLICANT OR ANY PREDECESSOR COMPANY EVER FILED FOR BANKRUPTCY PROTECTION? | ☐ YES ☒ NO |

## 13. GENERAL INFORMATION (EXPLAIN ALL "YES" RESPONSES) - CONTINUED:

REMARKS:

- *b. Subsidiaries per submission*
- *e. First Aid Facilities- full rescue and extrication capabilities*
- *l. Working drawings based on plans, designs and specifications provided by the customer*
- *q. $100,000,000*
- *r. Alternate Employer provided on a specific basis as required by contract*
- *s. D&O carried; $10mil; $50k ded*

LIST THE PRINCIPAL STATES AND/OR OTHER LOCATIONS IN WHICH OPERATIONS ARE CONDUCTED:
*MS and TX*

LIST THE PRINCIPAL ENTITIES OR CORPORATIONS FOR WHICH WORK IS PERFORMED:
*(In 2008: Frontier Drilling, TODCO, Global Santa Fe and Diamond Offshore) will vary*

WHAT IS THE PERCENT OF WORK PERFORMED FOR OTHERS WHERE INDEMNITY/RELEASE/HOLD HARMLESS AGREEMENTS ARE GIVEN IN FAVOR OF THE OTHER PARTY? *90% est*

## 14. LEASED/TEMPORARY WORKERS/SUBCONTRACTORS:

| | LEASED WORKERS | TEMPORARY WORKERS | SUB-CONTRACTORS |
|---|---|---|---|
| a. DOES THE APPLICANT UTILIZE? | ☐ YES ☒ NO | ☒ YES ☐ NO | ☒ YES ☐ NO |
| b. ARE THERE INDEMNITY AGREEMENTS IN PLACE IN THE APPLICANTS FAVOR WITH THE PROVIDER OF? | ☐ YES ☐ NO | ☒ YES ☐ NO | ☒ YES ☐ NO |
| c. IS THE APPLICANT NAMED AS AN ALTERNATE EMPLOYER ON THE PROVIDER'S WORK COMP. POLICY? | ☐ YES ☐ NO | ☐ YES ☐ NO | ☐ YES ☐ NO |
| d. ARE CERTIFICATES OF INSURANCE OBTAINED FROM ALL PROVIDERS? | ☐ YES ☐ NO | ☒ YES ☐ NO | ☒ YES ☐ NO |
| e. DOES THE APPLICANT PROVIDE WORK COMP. COVERAGE FOR THESE WORKERS? | ☐ YES ☐ NO | ☒ YES ☐ NO | ☒ YES ☐ NO |
| f. WHAT WAS THE APPLICANT'S COST FOR THIS SERVICE OVER THE PAST TWELVE MONTHS? | $ | $If Any | $Included |
| g. WHAT ARE THE MINIMUM CGL LIMITS REQUIRED FROM THE PROVIDER? | $ | $1,000,000 | $1,000,000 |

IF THE ANSWER TO "a" IS YES, ATTACH A COPY OF THE STANDARD AGREEMENT/WORK ORDER USED. IF NO AGREEMENT OR WORK ORDER IS USED, PLEASE EXPLAIN.
c) varies-based on contract

i. IF SUBCONTRACTORS ARE USED:

WHAT PERCENT OF WORK IS SUBCONTRACTED OUT *33%*

UNDER WHOSE DIRECTION AND CONTROL DO THEY WORK? *The Insured's*

WHAT IS THE NATURE OF THE WORK SUBCONTRACTED OUT?

*Specialty work, such as HVAC, Electrical, Joiner and short-term, fast track work as needed*

## 15. ENVIRONMENTAL/SAFETY (EXPLAIN ALL "YES" RESPONSES):

| | |
|---|---|
| a. DO OPERATIONS INVOLVE STORING, TREATING, DISCHARGING, APPLYING, DISPOSING, OR TRANSPORTING OF HAZARDOUS MATERIAL OR WASTE? IF YES, EXPLAIN BELOW THE COMPOSITION AND HOW THEY ARE STORED AND DISPOSED OF. | ☒ YES ☐ NO |
| b. IS THERE ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, OR CHEMICALS? | ☒ YES ☐ NO |

MAR[redacted] COMPREHENSIVE LIABILITY APPLICATION - CO[redacted]UED

| | | |
|---|---|---|
| c. IS THERE ANY CATASTROPHE EXPOSURE WHICH YOU ARE AWARE OF? | ☐ YES | ☒ NO |
| d. ARE ALL TRANSPORTERS AND/OR HANDLERS AND/OR DISPOSAL COMPANIES EPA CERTIFIED AND PROPERLY INSURED? | ☒ YES | ☐ NO |
| e. ARE AIR EMISSIONS AND EFFLUENT DISCHARGES MONITORED? | ☒ YES | ☐ NO |
| f. IS THE APPLICANT IN NON-COMPLIANCE WITH ANY STATUTES, STANDARDS, OR OTHER GOVERNMENT REGULATIONS RELATING TO THE PROTECTION OF THE ENVIRONMENT? | ☐ YES | ☒ NO |
| g. IS A FORMAL SAFETY PROGRAM IN OPERATION? | ☒ YES | ☐ NO |

h. WHO IS RESPONSIBLE FOR SAFETY, ENVIRONMENTAL SAFETY AND CONTROL? (INCLUDE NAME, TITLE, YEARS EXPERIENCE IN THIS JOB AND REPORTING RELATIONSHIPS)

*Pat Killen; EH&S Manager, Corporate – over 20 years experience, 18 years regulatory reporting*

REMARKS:

*15A. Usual to industry – storage fuel tanks, etc. Insured does not transport*
*15B. Usual to industry*

## 16. PRODUCTS/COMPLETED OPERATIONS (EXPLAIN ALL "YES" RESPONSES):

| PRODUCT(S) | ANNUAL GROSS SALES | # OF UNITS | TIME IN MARKET | EXPECTED LIFE | INTENDED USE | PRINCIPAL COMPONENTS |
|---|---|---|---|---|---|---|
| See description of Operations and Receipts Projections | | | | YRS. | | |
| | $ | | | YRS. | | |
| | $ | | | YRS. | | |

| | | |
|---|---|---|
| a. DOES THE APPLICANT MANUFACTURE, INSTALL, SERVICE OR DEMONSTRATE ANY PRODUCTS? | ☒ YES | ☐ NO |
| b. IF APPLICANT ANSWERED "YES" TO QUESTION "a." ABOVE, ARE ANY OF THESE PRODUCTS INTENDED FOR USE OUTSIDE THE MARITIME INDUSTRY? | ☐ YES | ☒ NO |
| c. DOES THE APPLICANT CONDUCT RESEARCH AND DEVELOPMENT OR ARE NEW PRODUCTS PLANNED? | ☐ YES | ☒ NO |
| d. DOES THE APPLICANT PROVIDE GUARANTEES, WARRANTIES OR HOLD HARMLESS AGREEMENTS WITH RESPECT TO ANY PRODUCTS? | ☒ YES | ☐ NO |
| e. HAVE ANY PRODUCTS BEEN RECALLED, DISCONTINUED, CHANGED? | ☐ YES | ☒ NO |
| f. ARE PRODUCTS OF OTHERS SOLD OR RE-PACKAGED UNDER THE APPLICANT'S LABEL? | ☐ YES | ☒ NO |
| g. ARE PRODUCTS SOLD UNDER THE LABEL OF OTHERS? | ☐ YES | ☒ NO |
| h. DOES ANY NAMED INSURED SELL TO OTHER NAMED INSUREDS? | ☐ YES | ☒ NO |

REMARKS:

*16a) Installation of OFE; repair, modification and conversion of rigs*
*16d) hold harmless agreements in the majority of client contracts*

## 17. SIGNATURES:

| APPLICANT'S SIGNATURE: | DATE: | PRODUCER'S SIGNATURE: | DATE: |
|---|---|---|---|
| | | | |

**TR[illegible]ENT MARINE MANAGERS, [illegible]NC.**
**SHIP REPAIRER'S LIABILITY APPLICATION SUPPLEMENT** (MLA 07)

**1. APPLICANT:**

*Signal International, LLC, etal*

**2. GROSS RECEIPTS:**

| TOTAL SHIP REPAIR RECEIPTS: | EXPIRING POLICY YEAR: *$400,000,000* | NEXT POLICY YEAR: *$ 180,000,000 ** |
|---|---|---|

**3. TYPE OF WORK PERFORMED:**

PROVIDE BREAKDOWN OF RECEIPTS BY THE FOLLOWING TYPES OF WORK

| | | | | | |
|---|---|---|---|---|---|
| BOILER | 2.5 % | PAINTING: | 9 % | HYDRAULICS: (pipe) | 16 % |
| WELDING: | 20 % | MACHINERY: | 2 % | GAS FREEING: | 1.7 % |
| HULL REPAIRS: | 34.6 % | ELECTRICAL: | 3.6 % | OTHER: | 10.6 % |

| | |
|---|---|
| a. DOES THE APPLICANT STRICTLY ADHERE TO THE RULES AND REGULATIONS OF THE NATIONAL FIRE PROTECTINO AGENCY APPLICABLE TO WORK ON VESSELS WHICH HAS CARRIED COMBUSTIBLE LIQUID IN BULK AS FUEL OR CARGO? (IF NO, EXPLAIN BELOW) | ( X ) YES ( ) NO |
| b. DOES THE APPLICANT WORK ON NUCLEAR POWERED VESSELS AND/OR VESSELS CARRYING AMMUNITION? (IF YES, EXPLAIN BELOW) | ( ) YES ( X ) NO |

REMARKS:
*3a) third party contractor*

**4. OTHER WORK:**

(NOTE: THIS OTHER WORK IS NOT COVERED UNDER THE SHIP REPAIRER'S FORM UNLESS SPECIFICALLY AGREED)

| WORK PERFORMED OTHER THAN SHIP REPAIR: | | IF YES, WHAT ARE THE GROSS RECEIPTS (est) ** |
|---|---|---|
| a. WATERCRAFT CONSTRUCTION: *(MODU's)* | (X ) YES ( ) NO | *$80,000,000* |
| b. WATERCRAFT CONVERSION: *(MODU's)* | ( ) YES ( X ) NO | *$0* |
| c. OTHER WORK (AS INTENDED TO BE COVERED BY THE "OTHER WORK" ENDORSEMENT): | ( ) YES (X) NO | *If Any* |

IF ANY BLOCK IS CHECKED YES, PROVIDE A COMPLETE DESCRIPTION OF THESE OPERATIONS BELOW:

**5. "DOWN STREAM" OPERATIONS:**

WHAT IS THE PERCENT OF WORK CARRIED OUT AWAY FROM THE APPLICANT'S PREMISES WHERE THE WATERCRAFT OR EQUIPMENT BEING WORKED ON MAY BE CONSIDERED IN SOMEBODY ELSE'S CARE, CUSTODY AND CONTROL? 2 %

HOW MUCH OF THIS "DOWN STREAM" WORK IS ACCOMPANIED WITH AN INDEMNITY/HOLD HARMLESS AGREEMENT IN THE OTHER PARTY'S FAVOR? 0 %

WHERE IS THIS WORK CARRIED OUT? *Offshore, Gulf of Mexico*

DO WORKERS EFFECT REPAIRS OR PERFORM OTHER WORK WHEN SIGNED ON AS A MEMBER OF A VESSEL'S CREW? ( X ) YES ( ) NO

WHAT IS THE NATURE OF THIS "DOWN STREAM" WORK?
*Offshore repairs*

*Rig Repair
**Noble Module Construction

SHIP R[redacted]RER'S LIABILITY APPLICATION SUPPLEMEN[redacted]ntinued

## 6. TYPE OF VESSELS WORKED ON:

| | | | |
|---|---|---|---|
| U. S. MILITARY: | 6 % | COMMERCIAL "BLUE WATER": | 6 % |
| MARAD: | % | COMMERCIAL "BROWN WATER": | 2.5 % |
| PLEASURE CRAFT | % | OTHER: Oil Rigs | 86.5% |

## 7. WORK DONE UNDER "LIMITED LIABILITY" CONTRACTS:

| | | | |
|---|---|---|---|
| "RED LETTER" CONTRACTS: | Incidental% | OTHER: | % |
| "FAR" CONTRACTS | Incidental% | OTHER: | % |

## 8. YARD LOCATION:

ADDRESS:
*Per diagrams attached*

## 9. YARD DESCRIPTION:

DESCRIPTION (ENCLOSE DIAGRAM, IF AVAILABLE):
*attached*

## 10. DRYDOCKS:

| NAME/I.D. | YEAR BUILT | DIMENSIONS | CONSTRUCTION | CAPACITY | LAST CERTIFICAITON DATE |
|---|---|---|---|---|---|
| *Dual Carrier* | | *377x203x25* | *Steel* | *14364 GRT* | |
| *No. 1 TX* | | *829x122x72* | *Steel* | *27000 GRT* | |
| | | | | | |

## 11. MARINE RAILWAYS:

| IDENTIFICATION | YEAR BUILT | DIMENSIONS | CAPACITY | LAST CERTIFICAITON DATE |
|---|---|---|---|---|
| *None* | | | | |
| | | | | |
| | | | | |

## 12. REPAIR PIERS:

| IDENTIFICATION | YEAR BUILT | DIMENSIONS | CONSTRUCTION |
|---|---|---|---|
| *None* | | | |
| | | | |
| | | | |

## 13. FIRE PROTECTION:

PUBLIC FIRE DEPARTMENT: PAID OR VOLUNTEER? Paid HOW FAR DISTANT? 1.5 MILES
PUBLIC FIRE HYDRANTS:HOW MANY? numerous
REMARKS AND/OR OTHER FIRE PROTECTION MEASURES TAKEN:
*Some offices have sprinklers*

## 14. SECURITY:

WATCHMEN: NO. EMPLOYEES? 23 NO. EACH SHIFT? 2 ON DUTY 24 HOURS? (X) YES ( ) NO
IS YARD FENCED WITH GUARD AT GATE AT ALL TIMES WHEN YARD IS OPERATING? (X) YES ( ) NO
REMARKS AND/OR OTHER SECURITY MEASURES TAKEN: Security subcontracted out except for (4) directs in TX

Direct hire in MS other than (4) subcontract indirects

## 15. ADJACENT PROPERTIES:

DESCRIBE ADJACENT PROPERTIES TO THE LOCATION: