# EXHIBIT 17

Issue Date: January 6, 2009

# SIGNAL INTERNATIONAL, LLC

## BUMBERSHOOT LIABILITIES INSURANCE SUBMISSION

**Effective
From: January 30, 2009
To: January 30, 2010**

Presented by:
**Willis of Alabama, Inc., Mobile**



EXHIBIT
116
J. Johnson

WILLIS21568

Issue Date: January 6, 2009

**Signal International, LLC**
**Table of Contents**

General Information .................................................................... 1
Underwriting Questions – General Information ........................... 3
Named Insureds ........................................................................... 4
Primary Bumbershoot Liability Coverage ..................................... 5
Excess Umbrella Liability Coverage .............................................. 7

WILLIS21569

Issue Date: January 6, 2009



# Signal International, LLC
## General Information

| | |
|---|---|
| **First Named Insured:** | Signal International, LLC |
| **Account Number:** | 698270 |
| **Mailing Address:** | PO Box 7007 Pascagoula MS 39568 |
| **Financial Contact:** | Chris Cunningham  228-762-0010 |
| **Inspection Contact:** | Lisa Spears – same |
| **Web Site Location:** | www.signalinternational.com |
| **Effective Date:** | January 30, 2009 |
| **Expiration Date:** | January 30, 2010 |
| **Producer:** | John Bullock |
| **Servicer:** | Joyce Johnson |
| **Marketer:** | Vernon Ewing / Zaleen Palmer |
| **SIC Code/Industry:** | Shipyard |

Note: Willis will handle all Countersignature requirements with its affiliated offices.

1

WILLIS21570

Issue Date: January 6, 2009



**Signal International, LLC**
**Description of Operations**

Signal International LLC owns and operates six shipyards – two in MS and four in TX. They perform repairs and inspections, upgrades, conversions, fabrication and outfitting and offshore services.

Please see attached company overview, which provides a corporate overview, organization and management overview, capabilities and experience/project history.

2

WILLIS21571

Issue Date: January 6, 2009

**Signal International, LLC**
**Underwriting Questions – General Information**

### Explain all "yes" responses

| # | Question | Yes | No |
|---|---|---|---|
| 1 | Is the applicant a subsidiary of another entity or does the applicant have any subsidiaries? | ☒ | ☐ |
| 2 | Is a formal safety program in operation? | ☒ | ☐ |
| 3 | Any exposure to flammables, explosives, chemicals? | ☒ | ☐ |
| 4 | Any catastrophe exposure? | ☒ | ☐ |
| 5 | Any other insurance with this company or being submitted? | ☐ | ☐ |
| 6 | Any policy or coverage declined, cancelled or non-renewed during the prior three years? | ☐ | ☒ |
| 7 | Any past losses or claims relating to sexual abuse or molestation allegations, discrimination or negligent hiring? | ☐ | ☐ |
| 8 | During the last ten years, has any applicant been convicted of any degree of the crime of arson? | ☐ | ☒ |
| 9 | Any uncorrected fire code violations? | ☐ | ☒ |

### Explanations to "Yes" Responses

1) Per organization chart.
2) Yes – see corporate overview
3) Usual to shipyard industry
4) Gulf Coast windstorm

3

WILLIS21572

Issue Date: January 6, 2009

# Signal International, LLC
# Named Insureds

| First Named Insured | Legal Entity* | Interest | Description of Operations |
|---|---|---|---|
| Signal International, LLC | LLC | Owner of Signal International Texas GP, LLC (100%) and Signal International Texas, LP (99%) | MS assets and debt |

| Other Insureds | Legal Entity* | Interest | Description of Operations |
|---|---|---|---|
| Signal International Texas GP, LLC | LLC | Owner of Signal International Texas, LP (1%) | |
| Signal International Texas LP | LP | | TX assets and debt |
| Acon Offshore Partners, LP | LP | Owner of Signal International LLC (100%) | |
| ACON Offshore, LLC** | LLC | | |
| Yates Offshore, LLC** | LLC | | |
| Wilcar, LLC** | LLC | | |

* 
- I – Individual
- C – Corporation
- O – Other _____

- NP – Not for Profit
- S – Subchapter "S"

- LC – Limited Corporation
- LLC – Limited Liability Corporation

- P – Partnership
- JV – Joint Venture

**Added as respects policies except Workers Compensation

4

WILLIS21573

Issue Date: January 6, 2009

# Signal International, LLC
## Primary Bumbershoot Liability Coverage

| | |
|---|---|
| **Effective Date:** | January 30, 2009 at 12:01 a.m. standard time, at insured's mailing address |
| **Expiration Date:** | January 30, 2010 at 12:01 a.m., standard time, at insured's mailing address |
| **Coverage:** | Liability Coverage above underlying policies listed subject to all terms, conditions and exclusions of the policy |
| **Limits:** | $25,000,000 excess of Primary Underlying Limits |
| **Self Insured Retention:** | $25,000 Per Occurrence |

**Coverage Terms and Conditions:**

- XL Bumbershoot Form
- Follow Form Punitive Damages
- Additional Assured/Waiver of Subrogation/Notice of Cancellation (Blanket)
- Follow Form Shiprepairers Legal
- Aggregate/Dropdown
- Claims Made where Claims Made in the Underlying
- Lead Underwriters clause in favor of XL Specialty
- 30 days notice of cancellation except 10 days for nonpayment of premium
- Sudden & Accidental Pollution Buyback (72 hour/30 days)
- Follow Form Employee Benefits Liability
- Vessel Quarterly Reporting — No premium adjustment unless schedule increased or decreased by 10% (New)

**Underlying Policies:**

| Coverage | Carrier | Limit of Liability | Aggregate |
|---|---|---|---|
| General Liability, including SRL, CLL, WLL, SLL, EBL, Lift Legal, and Watercraft Liability including Collision | FFIC/OneBeacon | $1,000,000 | $2,000,000 general aggregate<br>$1,000,000 p/co aggregate<br>$1,000,000 each occurrence |
| Automobile Liability | Hartford | $1,000,000 | |
| Vessel Pollution | Great American | $5,000,000 | |

5

WILLIS21574

Issue Date: January 6, 2009

**Signal International, LLC**
**Primary Bumbershoot Liability Coverage**

| | | | |
|---|---|---|---|
| Employers Liability – State Act | Hartford | $1,000,000/ $1,000,000/ $1,000,000 | |
| Employer's Liability – USL&H | ALMA | $1,000,000/ $1,000,000/ $1,000,000 | |
| Maritime Employers Liability | ALMA | $1,000,000 | |

WILLIS21575

Issue Date: January 6, 2009

# Signal International, LLC
# Excess Bumbershoot Liability Coverage

| | |
|---|---|
| **Effective Date:** | January 30, 2009 at 12:01 a.m. standard time, at insured's mailing address |
| **Expiration Date:** | January 30, 2010 at 12:01 a.m., standard time, at insured's mailing address |
| **Coverage:** | Excess Liability Coverage above underlying Bumbershoot Liability coverage, subject to all terms, conditions, and exclusions of the policy |

**Limits:**
  $75,000,000   Per Occurrence
  $75,000,000   Aggregate

**Excess of Underlying Limits:**
  $25,000,000   Per Occurrence
  $25,000,000   Aggregate

**Coverage Terms and Conditions:**

- American Institute Excess Marine Liabilities Clauses – Follow Form all terms/conditions
- Blanket Additional Assured/Waiver of Subrogation
- Aggregate/Dropdown
- Claims Made where Claims Made in the Underlying
- Lead Underwriters clause in favor of XL Specialty
- 30 days notice of cancellation except 10 days for nonpayment of premium

7

WILLIS21576

## QUESTIONNAIRE FOR UMBRELLA EXCESS LIABILITY QUOTATION

1. Name of Applicant:                                       Term: 01/30/09-10

   **Signal International, LLC and as per attached**

2. Address:

   a) Head Office (mailing address) **PO Box 7007 , Pascagoula MS 39568**
   b) Main Location of Operations **601 Bayou Cassotte Pkwy, Pascagoula MS**

3. Description of all operations for each applicant listed in Item 1:

   **Repair, modification, construction and conversion of MODU (Mobile Offshore Drilling Units).**

4. Estimate of:

   a) Annual Payroll       **$75,000,000 est.**
   b) No. of Employees     **1,450 - varies**
   c) Annual Receipts

      (1) Domestic     **$260,000,000 est.**
      (2) Foreign               **if any**

5. Advertising;

   a) Methods                **Usual to Industry**
   b) Annual Expenditure
   c) Proportion of Expenditure by Media

6. Details of the following including separate values and Fire/E.C. rates (if no exposure show "none"):

   a) Leased premises with values in excess of $10,000 where applicant is not held harmless or names in Fire/E.C. Policy

   | Addresses | Values |
   |---|---|
   | Office space only | |

   b) Any other property in the applicant's care, custody or control where values are likely to exceed $10,000

   | Descriptions | Values |
   |---|---|
   | OFE | Varies - $1mil est average |
   | Rigs | Varies - $30mil est average |

WILLIS21577

 

Details of written contractual agreements other than liability assumed under any lease of premises, easement agreement, agreement required by municipal ordinance, side-tract agreements and elevator escalator maintenance agreement:

**Usual to industry**

Is applicant a qualified self insured for Workers' Compensation?

**No**

If Yes, give detailed information of Self Insurance Plan, Experience and Excess Coverage.

Details of exposure under the following (If no exposure show "none"):

| | | | |
|---|---|---|---|
| a) | Admiralty Jurisdiction of Jones Act | Payroll | Full Time $0 |
| | and Part Time $122,000 (pt/less than 25% of employees time) | | |
| | | No. Emp. | 0 ft/13 pt |
| b) | Federal Employers' Liability Act | Payroll | None |
| | | No. Emp. | |
| c) | Federal Longshoremens' & Harbor Workers | Payroll | $72mil |
| | | No. Emp. | 1,350 |

Description of owned or leased:

- a) Aircraft — None
- b) Watercraft — **Per schedule attached**
- c) Automotive Units — **Per Schedule attached**

| Type | Number | Radius |
|---|---|---|
| Heavy Truck | 1 | L |
| Medium Truck | 6 | L |
| Light Trucks | 19 | L |
| EHTT | 2 | L |
| Trailers | 4 | L |
| Private Passenger | 5 | L |

Does Primary Coverage provide:

| | | |
|---|---|---|
| a) | Comprehensive Auto & General Liability | Yes |
| b) | Personal Injury Liability | Yes |
| c) | Blanket Contractual Liability | Yes |
| d) | Broad Form Property Damage | Yes |
| e) | Explosion, Collapse & Underground P.D. (XCU) | Yes |

WILLIS21578



Describe fully all other extensions or restrictions of the underlying policies: i.e., deviations from ISO forms:

**tbd, including Blanket AI/Waivers – see underlying quotes when received**

Details of any liability losses, insured or uninsured, exceeding $10,000 occurring in the past five years:
**As per loss runs attached**

If Malpractice coverage required, please state: **incidental only**

    a) Number of Doctors employed  **0**
    b) Number of Nurses employed  **0**
    c) Description of their duties  **n/a**

If Hospital, Nursing Home or Clinic, Hospital Questionnaire required prior to quoting.

Current Coverage:  **25MM x/o U/L – FFIC/ Navg,/ Nat'l. Liab**
                      **75MM x/o 25MM x/o U/L – FFIC/ XL/ Navg.**

I know of no other relevant facts which might affect underwriters' judgement when considering this application.

Completed by Vernon L. Ewing III        Date: _____

L:\Office Files\0-Clients\Signal International LLC\P & C - 2009\Submission\Bumbershoot Submission\2009 01 SUB Bumbershoot App.docx    3 of 3

WILLIS21579

Signal International, LLC etal
2009-2010 Schedule of Underlying Insurance

| Coverage | Carrier | Policy No. | Expiring Premium | Term | Limit | |
|---|---|---|---|---|---|---|
| Marine General Liability Including Watercraft Liability; Shiprepairers Legal; Lift Legal Wharfingers Legal; Stevedores Legal and Charterers Legal | FFIC/ One Beacon | tba | $594,000 MGL $53,000 P&I | 1/30/09-10 | $ 1,000,000 $ 2,000,000 $ 1,000,000 $ 1,000,000 | each occurrence general aggregate p/co agg personal & advertising injury |
| Automobile Liability | Hartford | tba | $60,000 | 1/30/09-10 | $ 1,000,000 | CSL |
| Employers Liability USL&H State Act | ALMA Hartford | tba tba | Included Included | 1/30/09-10 1/30/09-10 | | |
| Maritime Employers Liability | ALMA | tba | Included | 1/30/09-10 | $ 1,000,000 $ 1,000,000 $ 1,000,000 $ 1,000,000 | BI by Accident; each employee BI by Disease; each employee BI by Disease; policy limit each accident |
| Foreign International General Liability Contingent Auto Liability Foreign Employers Liability | ACE America | tba | $2,500 | | $ 1,000,000 $ 1,000,000 $ 1,000,000 $ 1,000,000 $ 1,000,000 $ 1,000,000 $ 1,000,000 | each occurrence p/co agg personal & advertising injury CSL BI by Accident; each employee BI by Disease; each employee BI by Disease; policy limit |
| Vessel Pollution Liability | Great America | tba | $40,985 | 1/30/09-10 | $ 5,000,000 | OPA/CERCLA |

WILLIS21580