# EXHIBIT 19

Issue Date: January 7, 2009

# SIGNAL INTERNATIONAL, LLC

## VESSEL POLLUTION
## INSURANCE SUBMISSION

**Effective**
**From: January 30, 2009**
**To: January 30, 2010**

Presented by:
## Willis of Alabama, Inc., Mobile



EXHIBIT
109
J. Johnson

WILLIS21558

Issue Date: January 7, 2009

**Signal International, LLC**
**Table of Contents**

General Information.............................................................................. 1

Underwriting Questions – General Information..................................... 3

Named Insureds................................................................................... 4

Vessel Pollution Coverage..................**Error! Bookmark not defined.**

WILLIS21559

Issue Date: January 7, 2009

# Signal International, LLC
## General Information

| | |
|---|---|
| **First Named Insured:** | Signal International, LLC |
| **Account Number:** | 698270 |
| **Mailing Address:** | 601 Bayou Cassotte Pkwy, Pascagoula MS |
| **Financial Contact:** | Chris Cunningham  228-762-0010 |
| **Inspection Contact:** | Lisa Spears – same |
| **Web Site Location:** | www.signalinternational.com |
| **Effective Date:** | January 30, 2009 |
| **Expiration Date:** | January 30, 2010 |
| **Producer:** | John Bullock |
| **Servicer:** | Joyce Johnson |
| **Marketer:** | Vernon Ewing |

Note: Willis will handle all Countersignature requirements with its affiliated offices.

1

WILLIS21560

Issue Date: January 7, 2009

**Signal International, LLC**
**Underwriting Questions – General Information**

## Explain all "yes" responses

| | | Yes | No |
|---|---|:---:|:---:|
| 1 | Is the applicant a subsidiary of another entity or does the applicant have any subsidiaries? | ☒ | ☐ |
| 2 | Is a formal safety program in operation? | ☒ | ☐ |
| 3 | Any exposure to flammables, explosives, chemicals? | ☒ | ☐ |
| 4 | Any catastrophe exposure? | ☒ | ☐ |
| 5 | Any other insurance with this company or being submitted? | ☐ | ☐ |
| 6 | Any policy or coverage declined, cancelled or non-renewed during the prior three years? | ☐ | ☒ |
| 7 | Any past losses or claims relating to sexual abuse or molestation allegations, discrimination or negligent hiring? | ☐ | ☐ |
| 8 | During the last ten years, has any applicant been convicted of any degree of the crime of arson? | ☐ | ☒ |
| 9 | Any uncorrected fire code violations? | ☐ | ☒ |

### Explanations to "Yes" Responses

1) **Per organization chart.**
2) **Yes – see corporate overview**
3) **Usual to shipyard industry**
4) **Gulf Coast windstorm**

3

WILLIS21562

Issue Date: January 7, 2009

# Signal International, LLC
## Named Insureds

| First Named Insured | Legal Entity ** | Interest | Description of Operations |
|---|---|---|---|
| Signal International, LLC | LLC | Owner of Signal International Texas GP, LLC (100%) and Signal International Texas, LP (99%) | MS assets and debt |

| Other Insureds | Legal Entity | Interest | Description of Operations |
|---|---|---|---|
| Signal International Texas GP, LLC | LLC | Owner of Signal International Texas, LP (1%) | |
| Signal International Texas LP | LP | | TX assets and debt |
| Signal International, Inc. | C | Owner of Signal International LLC (100%) | |

I – Individual        NP – Not for Profit        LC – Limited Corporation        P – Partnership

C – Corporation        S – Subchapter "S"        LLC – Limited Liability Corporation        JV – Joint Venture

O – Other _____

** Added as respects policies except Workers Compensation

4

WILLIS21563

Issue Date: January 7, 2009

# Signal International, LLC
## Vessel Pollution Coverage

| | |
|---|---|
| **Effective Date:** | January 30, 2009 at 12:01 a.m. standard time, at insured's mailing address |
| **Expiration Date:** | January 30, 2010 at 12:01 a.m., standard time, at insured's mailing address |
| **Vessels:** | Per Schedule of Vessels attached |
| **Coverage:** | Vessel Pollution Liability |
| **Terms and Conditions:** | |

- Great American Insurance Group Vessel Owners Pollution Policy
- OPA – Policy Limit
- CERCLA – Policy Limit
- Defense Costs – Supplemental to Limit
- Limited Civil Penalties - $250,000 Occurrence Limit
- Fire Fighting and Salvage – Policy Limit
- Public Relations - $100,000 Occurrence Limit
- Blanket Name and Waive
- Chartered Deck Barges – Quarterly Reporting
- Terrorism Coverage per TRIA 2002 (included)
- Additional Fines and Penalties including Criminal – Limit $1,000,000 – D/A Nil
- State Civil Fines and Penalties Endorsement – Limit $250,000 – D/A Nil
- Non OPA / Non-CERCLA – Policy Limit – D/A Nil
- State Law Endorsement – Policy Limit – D/A Nil
- Shipyard Pollution Endorsement

5

WILLIS21564



### GREAT AMERICAN INSURANCE COMPANY OF NEW YORK
### VESSEL POLLUTION LIABILITY APPLICATION

**Applicant's Name:**    **Signal International, LLC and as per Schedule of Named Assureds**

**Address:**    _601 Bayou Cassotte Pkwy,

**City:** ____ **Pascagoula**     **State: MS** _____     **Zip Code:** _____

| Year Built | Vessel Name | USCG DOC#/ STATE REG# | Const./Type | GRT | Fuel Capacity |
|---|---|---|---|---|---|

**See Vessel Schedule attached**

Description of Operations: _____

**Signal International LLC owns and operates six shipyards – two in MS and four in TX. They perform repairs and inspections, upgrades, conversions, fabrication and outfitting and offshore services.**

**Navigation Limits:** ___ **Navigation warranted confined to navigation of the inland waters of the U.S. between Brownsville, Texas and Apalachicola, Florida**

Owned vessels tank barges/vessels? **NO**    Does applicant tow tank barges/vessels? **YES**

If yes, products carried: _____**If Any**

If yes, what is the capacity of towed barges/vessels? _____ < 10,000 gal _____ > 10,000 gal

Is this vessel(s) Double Hull? _____

Do any of the scheduled vessel(s) require a USCG Certificate of Financial Responsibility?  **YES**
If YES, please identify vessel(s): __**On file with underwriters**

Current carrier: ____**Great American**_____    Expiring premium: $__**40,985**

Hull/P&I/Pollution loss history (last 5 years as respects all vessels owned, operated or chartered):

___**See Hull/ P&I loss runs attached. Pollution on file with underwriters**

Current Hull/P&I Carrier: _**FFIC/ One Beacon**__Current Hull/P&I Form: __**AIHC/ MGL including Watercraft Endorsement including Collision and/ or Towers**_____

Revised 11/30/04

WILLIS21565

Limit requested: $__5,000,000_____          Proposed effective date: __1/31/09

Producer remarks: _____

_____

_____

Applicant's Signature: _____          Date: _____

Producer's Signature:  ___Vernon L. Ewing, III_____          Date: ___11/25/08

Revised 11/30/04