# EXHIBIT 22

### Cody Whittington

**From:** Cody Whittington
**Sent:** Monday, November 02, 2009 11:19 AM
**To:** 'bminx@donatominxbrown.com'
**Cc:** 'Ken.Cruikshank@yorkisg.com'
**Subject:** RE: AFDB-5 Drydock (Signal)

Good morning.
We have never spoken on this file and I wished to introduce myself.
Please note we are not Max Re. It does make a difference.
In that the Debris coverage may fall to us for settlement, please keep us informed of developments as primary insurer on this matter.
Please let me know if there is anything we can help you with.

Cody Whittington
*Property/Inland Marine Claims*
**Max Specialty Insurance Company**
*9020 Stony Point Parkway, Suite 325
Richmond, VA 23235
(804)287-6987
cody.whittington@maxspecialty.com*

---

**From:** Cruikshank, Ken [mailto:Ken.Cruikshank@yorkisg.com]
**Sent:** Monday, November 02, 2009 9:33 AM
**To:** Brook Minx
**Cc:** j.massey@acegroup.com; Cody Whittington; Mark A. Youngjohn; Michelle Holland
**Subject:** RE: AFDB-5 Drydock (Signal)

I was not indicating that the request was in that letter but they have asked the insured for it. The insured is now asking us for a letter that the carriers agree it is a CTL, how do we reply to that??

---

**From:** Brook Minx [mailto:bminx@donatominxbrown.com]
**Sent:** Monday, November 02, 2009 8:24 AM
**To:** Cruikshank, Ken
**Cc:** j.massey@acegroup.com; Cody Whittington; Mark A. Youngjohn; Michelle Holland
**Subject:** RE: AFDB-5 Drydock (Signal)

Ken,

You wrote "See the attached letter to the insured from the P&I atty. They are also demanding Signal provide a letter from their Property Carrier stating that the dry dock is a constructive total loss. Should we do this, would it have any affect on the debris removal question??" I don't see in this letter where the lawyers for the P&I Insurer are demanding anything of our insurers (Ace and Max Re) or that they want a letter stating the dry dock is a total constructive loss. Rather they are asking Signal to provide a Comprehensive Claim Statement (see below quote from the Preis & Roy letter). Please send me a complete copy of the P&I policy. Our insurers owe no duty to the P&I insurers or their lawyers. I would not provide them anything.



11/2/2009

MSI 000472

In furtherance of our investigation of this matter on behalf of Fireman's Fund/One Beacon (Underwriters), and to respond to the demand made within Ms. Spears' correspondence of 13 October 2009 in which Signal International, LLC directs Willis to ascertain coverage for the constructive total loss of the AFDB-5 drydock without reservations or conditions, we would request that Signal provide a comprehensive Claim Statement outlining in detail and with supporting documentation the amount of each of its claims, including a breakdown of under which policy Signal believes those claims fall. This comprehensive Claim Statement should also include any and all communications from any and all insurers already received in response to Ms. Spears' 13 October 2009 correspondence. Specifically, we are interested in any and all correspondence and/or claim determinations Signal has received from its Property and/or Pollution Underwriters. Fireman's Fund/One Beacon are continuing their investigation of this claim and the demands made upon them by their insured. The above requested information is vital to that investigation and determination of the claim.

Cheers,

*Insurance Coverage Opinions - Liability Defense - Subrogation*

DONATO, MINX, BROWN & POOL, P.C.

Brook F. Minx, B.S.Ch.Eng., B.G.S. Chem.
Managing Shareholder
3200 Southwest Freeway, Suite 2300
Houston, Texas 77027-7525
Direct: 713-871-1134
Main:   713-877-1112
Fax:    713-877-1138

11/2/2009

MSI 000473

<1>

Mobile: 713-240-6199
email: bminx@donatominxbrown.com
website: www.donatominxbrown.com

---

**From:** Cruikshank, Ken [mailto:Ken.Cruikshank@yorkisg.com]
**Sent:** Saturday, October 31, 2009 11:22 AM
**To:** Brook Minx
**Cc:** j.massey@acegroup.com; Cody Whittington
**Subject:** FW: AFDB-5 Drydock (Signal)

See the attached letter to the insured from the P&I atty. They are also demanding Signal provide a letter from their Property Carrier stating that the dry dock is a constructive total loss. Should we do this, would it have any affect on the debris removal question??

K

---

**From:** Spears, Lisa [mailto:LSpears@signalint.com]
**Sent:** Friday, October 30, 2009 2:53 PM
**To:** Cruikshank, Ken
**Subject:** FW: AFDB-5 Drydock (Signal)

---

**From:** Frank Piccolo [mailto:FAP@preisroy.com]
**Sent:** Friday, October 30, 2009 11:44 AM
**To:** Spears, Lisa; 'john.baker@willis.com'
**Cc:** cathyarman@tridentnet.com; 'john.kuzniewski@ffic.com'; 'coconnor@VeriClaimInc.com'; 'jnicoletti@nicolettihornig.com'; 'theodore.crawford@ffic.com'; jgallagher@lmu.com; 'frank.reilly@cvstarrco.com'; 'paul.ferguson@cvstarrco.com'
**Subject:** AFDB-5 Drydock (Signal)

Dear Lisa and John:

Please see the attached.

Sincerely,

Frank A. Piccolo

PREIS & ROY
(713) 355-6062
(713) 572-9129 (FAX)
fpiccolo@preisroy.com
www.preisroy.com
Houston, TX | Lafayette, LA | New Orleans, LA

===========================================================

CONFIDENTIALITY NOTICE

11/2/2009

MSI 000474

Case 1:10-cv-01653-JPO -JLC   Document 167-25   Filed 08/10/12   Page 5 of 5

Page 4 of 4

This E-mail transmission may contain confidential information that is protected by the attorney-client privilege or work-product doctrine. It is intended only for the individual or entity designated above. Any distribution, copying, or use of or reliance upon the information contained in and transmitted with this E-mail by or to anyone other than the individual or entity designated above is unauthorized and strictly prohibited. If you have received this E-mail transmission in error, please destroy the transmission and notify PREIS & ROY by telephone at (337) 237-6062 immediately.

CONFIDENTIALITY NOTICE: This message is intended to be viewed only by the listed recipient(s). It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this message is strictly prohibited without our prior permission. If you are not the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies.

CONFIDENTIALITY NOTICE: This message is intended to be viewed only by the listed recipient(s). It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this message is strictly prohibited without our prior permission. If you are not the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies.

11/2/2009

MSI 000475