# EXHIBIT 25

**From:** Bullock, John
**Sent:** Friday, April 09, 2010 5:11 PM
**To:** Cunningham, Chris; Baker, John; lspears@signalint.com
**Subject:** RE: TX DD Claim

My understanding is it would be subject to the $5mm limit for debris removal.

John J. Bullock
President
Willis of Mississippi, Inc.
(phone) 251.544.0203
(cell)    251.423.0469

---

**From:** Cunningham, Chris [mailto:CCunningham@signalint.com]
**Sent:** Friday, April 09, 2010 3:40 PM
**To:** Baker, John; lspears@signalint.com; Bullock, John
**Subject:** RE: TX DD Claim

According to the policy below that Lisa cut and paste, if we don't replace the dock then the property insurance should pay for its removal.

Chris Cunningham, CPA
Chief Financial Officer
SIGNAL INTERNATIONAL, LLC
P: 228.762.0010
F: 228.762.6917
E: ccunningham@signalint.com

This electronic message transmission contains confidential or privileged information. The information is intended to be for the use of the individual or entity named. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify Information Technologies Dept. by telephone at (228) 762-0010 immediately.

---

**From:** Baker, John [mailto:john.baker@willis.com]
**Sent:** Friday, April 09, 2010 3:22 PM
**To:** Spears, Lisa; Bullock, John
**Cc:** Cunningham, Chris
**Subject:** RE: TX DD Claim

Max has said all along the debris removal doesn't apply.

---

**From:** Spears, Lisa [mailto:LSpears@signalint.com]
**Sent:** Friday, April 09, 2010 2:08 PM
**To:** Baker, John; Bullock, John
**Cc:** Cunningham, Chris
**Subject:** RE: TX DD Claim

But I'm entitled to removal if I so choose, correct? By reading this, they (MAX) can't tell me that I have no entitlement...

---

**From:** Baker, John [mailto:john.baker@willis.com]
**Sent:** Friday, April 09, 2010 2:05 PM
**To:** Spears, Lisa; Bullock, John

8


EXHIBIT 156 J. Bullock

**Cc:** Cunningham, Chris
**Subject:** RE: TX DD Claim

This is under the primary property policy. The intent was to pay you the acv of the building if you do not replace. (Replacement cost if you do). In that scenario, where the building is not totally destroyed, you get the acv of the building plus the cost of demolition and removal of the undamaged portion of the building and removal of the damaged portion.

In our scenario, you want the acv of the drydock and the remainder of the policy limit for the BI, as you have a limit that should be exceeded by the two. If you use the remainder of your limit for demolition and removal i.e. debris removal, you probably won't have enough limit left for your BI.

Please call me if you want to discuss.

---

**From:** Spears, Lisa [mailto:LSpears@signalint.com]
**Sent:** Friday, April 09, 2010 11:19 AM
**To:** Baker, John; Bullock, John
**Cc:** Cunningham, Chris
**Subject:** FW: TX DD Claim

John/John,

In the policy – page 31, Art VII – Valuation, 2nd Para *states*

If the Insured elects not to rebuild, this Policy shall pay for the cost of demolition and clearing of the site of loss of both the damaged and undamaged property; and the "actual cash value" of both the damaged and undamaged property.

Please advise what this is actually saying....

---

**From:** Spears, Lisa
**Sent:** Friday, April 09, 2010 11:14 AM
**To:** 'Cruikshank, Ken'
**Subject:** TX DD Claim

Good Morning Ken,

Max is issuing us a check for the 3,600,000 (minus deductible) that remains on the DD itself – we appreciate this payment and your work relative to processing. However, I have made a claim on the *"location"* TOTAL INSURED VALUE (TIV) for the facility based on the *"Valuation"* clause of the policy as follows:

| | |
|---|---|
| ACV of the DD at time of incident | $16,200,000 |
| TIV of Location | $14,969,980 |
| Insured value | $13,600,000 |

Remaining payment due to Signal is the TIV (-) Insured Value (=) **$1,369,980.**

Additionally, the loss of rental equipment (Sunbelt Rentals) in the amount of $138,018.75 (minus deductible) remains outstanding in the amount of **$113,018.75**. Once received, we will have the title of the equipment forwarded to you.

I look forward to your report on the Newly Acquired Equipment for review.

Please status the additional payment due to Signal in the above amount of **$1,482,998.75.**

9

Best regards,
**Lisa Spears**
**Director, Risk Management**
**Signal International, Inc.**
11 N. Water Street, Ste. 16250 | Mobile, AL 36602
☎ Direct: 251.544.2626 | 📱 Mobile: 228.218.0063 | 📠 Fax: 251.544.2621 | www.signalint.com

This electronic message transmission contains confidential or privileged information. The information is intended to be for the use of the individual or entity named. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify Signal International IT Department by telephone at (228) 762-0010 ext. 1280 or 1244 immediately.

For information pertaining to Willis' email confidentiality and monitoring policy, usage restrictions, or for specific company registration and regulatory status information, please visit http://www.willis.com/email_trailer.aspx

We are now able to offer our clients an encrypted email capability for secure communication purposes. If you wish to take advantage of this service or learn more about it, please let me know or contact your Client Advocate for full details.

For information pertaining to Willis' email confidentiality and monitoring policy, usage restrictions, or for specific company registration and regulatory status information, please visit http://www.willis.com/email_trailer.aspx

We are now able to offer our clients an encrypted email capability for secure communication purposes. If you wish to take advantage of this service or learn more about it, please let me know or contact your Client Advocate for full details.

10