# EXHIBIT 26

## Linda Roussis

| | |
|---|---|
| **From:** | Cunningham, Chris [CCunningham@signalint.com] |
| **Sent:** | Tuesday, January 26, 2010 12:13 PM |
| **To:** | Baker, John; Ewing, Vernon |
| **Cc:** | lspears@signalint.com |
| **Subject:** | Cody Wittington |

Have you been able to hook up with Cody yet?? We need to get a claim submitted to Max for the total amount of the dock beyond $5M. The first $10M that we received from the primary was for $5M of debris removal and $5M for the dock. Ken Cruikshank needs to made aware of this.

Chris Cunningham, CPA
Chief Financial Officer
SIGNAL INTERNATIONAL, LLC
P: 228.762.0010
F: 228.762.6917
E: ccunningham@signalint.com

This electronic message transmission contains confidential or privileged information. The information is intended to be for the use of the individual or entity named. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify Information Technologies Dept. by telephone at (228) 762-0010 immediately.

EXHIBIT
144
Ewing

1