```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY, ONE
BEACON INSURANCE COMPANY, NATIONAL
LIABILITY AND FIRE INSURANCE COMPANY and
QBE MARINE & ENERGY SYNDICATE 1036,

                Plaintiffs,

              – against –

GREAT AMERICAN INSURANCE COMPANY OF
NEW YORK, MAX SPECIALTY INSURANCE
COMPANY and SIGNAL INTERNATIONAL, LLC,

              Defendants.
------------------------------------------------------------X

10-cv-1653 (JPO) (JLC)

ECF Case

**STIPULATION**

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record, that defendant Max Specialty Insurance Company's time to respond to the motions for summary judgment filed by plaintiffs and defendant Signal International, LLC ("Signal"), respectively (Docket Nos. 159-167), which currently expires on August 31, 2012, is extended to September 10, 2012, including that date.

     IT IS FURTHER STIPULATED AND AGREED that plaintiffs' and Signal's time to serve and file reply papers, which currently expires on September 14, 2012, is extended to September 24, 2012, including that date.

     IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts which when taken together shall constitute one fully-executed Stipulation. A photocopy of this stipulation and the signatures thereon shall be deemed as valid

as the original.

Dated: August 23, 2012

LeBlanc Bland P.L.L.C

By: /s/ Matthew C. Guy
Matthew C. Guy
David S. Bland
909 Poydras Street, Suite 1860
New Orleans LA 70112
(504) 528-3088
dbland@leblancbland.com
mguy@leblancbland.com

Stephen P. Kyne
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800
kyne@burkeparsons.com

Attorneys for Defendant
Signal International, L.L.C.

NICOLETTI HORNIG & SWEENEY

By: John Nicoletti
John A.V. Nicoletti, Esq.
Wall Street Plaza
88 Pine Street, 7th Fl.
New York NY 10005-1801
(212) 220-3830
JNicoletti@nicolettihornig.com

Attorneys for Plaintiffs


TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

By:
Adam D. Krauss
Stephen D. Straus
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532
(914) 347-2600

Attorneys for Defendant Max Specialty Insurance Company

SO ORDERED:

HON. J. PAUL OETKEN, U.S.D.J.    8/27/12