USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIREMAN'S FUND INS. CO., et al.,           :       ORDER

                Plaintiffs,                       :       10 Civ. 1653 (JPO) (JLC)

          -against-                                :

GREAT AM. INS. CO. OF N.Y., et al.,        :

                Defendants.                       :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The Court has received a letter from counsel for Great American dated August 22, 2012 seeking an extension of the fact discovery deadline (by one week), as well as an extension of the expert discovery deadline (by almost two months). It appears that all counsel join in the request.

The request is DENIED. The Court will not repeat the history of the discovery schedule recited in its June 6, 2012 Order when the last request for an extension was made and when the Court stated – for the second time – that there would be no further extensions. Suffice it to say that the parties have not set forth extraordinary circumstances justifying the relief that they seek. Attorney scheduling conflicts (especially when none of the lawyers are solo practitioners) are an insufficient basis to justify an extension given the lengthy period of discovery already provided to the parties.

**SO ORDERED.**

Dated:    August 29, 2012
           New York, New York

                                                JAMES L. COTT
                                                United States Magistrate Judge

USDC SDNY
DATE SCANNED  8/29/12