```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIREMAN'S FUND INS. CO., et al.,              :       ORDER
                                              :
                    Plaintiffs,               :       10 Civ. 1653 (JPO) (JLC)
                                              :
        -against-                             :
                                              :
GREAT AM. INS. CO. OF N.Y., et al.,           :
                                              :
                    Defendants.               :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The Court has received a letter from counsel for Max Specialty dated September 7, 2012 seeking an extension of the fact discovery deadline from October 26, 2012 to November 30, 2012, as well as an extension of the expert discovery deadline to January 15, 2013. It appears that all counsel join in the request. Despite the fact that the Court has twice denied discovery extension requests (including one less than two weeks ago), indicating that there would be no further extensions, the parties have now cited the fact that Hurricane Isaac interfered with the scheduling of several depositions, as well as the upcoming Jewish holidays and surgery undergone by one of the counsel involved in the case, as "extraordinary circumstances" justifying a further extension.

Reluctantly, the Court will extend fact discovery until November 16, 2012 and expert discovery until December 21, 2012. The parties should seriously consider using video depositions to save time and expense given the remaining time to complete fact discovery. Further, the parties should not wait until November 16, 2012 to exchange Rule 26 disclosures as to expert witnesses, but should do so no later than November 2, 2012.

```
USDC SDNY
DATE SCANNED  9/10/12
```

The Court will not entertain any further applications for the extension of discovery for any reason.

**SO ORDERED.**

Dated:   September 10, 2012
         New York, New York

_____
JAMES L. COTT
United States Magistrate Judge