# LeBlanc | Bland

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 2 5 2012

**New Orleans Office:**
909 Poydras St., Suite 1860
New Orleans, Louisiana 70112
Office: (504) 528-3088
Fax: (504) 586-3419

**MATTHEW C. GUY**
Attorney-at-Law
Admitted in LA, TX
Email: mguy@leblancbland.com
Cell: (504) 858-0089

**Houston Office:**
1717 St. James Place, Suite 360
Houston, Texas 77056
Office: (713) 627-7100
Fax: (713) 627-7148

September 20, 2012

**BY FAX (212) 805-7991**
Honorable J. Paul Oetken
United States District Judge
United States Courthouse
500 Pearl St., Room 620
New York, NY 10007-1312

APPLICATION GRANTED:

*/s/ J. Paul Oetken*
HON. J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE
9-24-12

Re: *Fireman's Fund Insurance Company et al. v. Great American Insurance Company of New York, et al.*; Civil Action 10-cv-01653

Dear Judge Oetken:

This firm represents Signal International, LLC ("Signal") in the referenced matter. On August 10, 2012, Signal filed a Motion for Partial Summary Judgment against defendant Max Specialty Insurance Company ("Max Specialty") in the above captioned proceedings (Rec. Doc. 162). After various extensions were granted, Max Specialty filed its Opposition to Signal's Motion for Partial Summary Judgment on September 14, 2012 (Rec. Doc. 173).

Signal respectfully requests an extension to file its Reply to Max Specialty's Opposition. Signal's Reply is currently due on September 28, 2012. Signal respectfully requests a two week extension such that it's Reply would be due on **October 12, 2012**. This would allow Signal the same time to respond to Max Specialty's Opposition as Max Specialty had to Signal's original Motion. Counsel for Max Specialty has confirmed that he has no objection to this request.

Signal also respectfully requests that it be allowed to exceed the number of pages in its Reply brief. Signal is currently limited to (10) ten pages but respectfully requests that its Reply brief be allowed not to exceed seventeen (17) pages. Again, Counsel for Max Specialty has confirmed that he has no objection to this request.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

*/s/ Matthew C. Guy*
Matthew C. Guy

cc: All counsel of record (via email)

www.LeBlancBland.com