UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY, :
ONE BEACON INSURANCE COMPANY, :
NATIONAL LIABILITY AND DIRE :
INSURANCE COMPANY and QBE MARINE & :
ENERGY SYNDICATE 1036, :
                                                Plaintiffs, :

              -against- :

GREAT AMERICAN INSURANCE COMPANY :
OF NEW YORK, MAX SPECIALTY :
INSURANCE COMPANY and :
SIGNAL INTERNATIONAL, LLC, :

                                            Defendants. :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/13

10 Civ. 1653 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      Having considered Plaintiff's Memorandum of Law in Response to the Court's Order to Show Cause Regarding Subject Matter Jurisdiction (Dkt. No. 214) and the accompanying Affidavit of John A.V. Nicoletti, Esq. (Dkt. No. 213), this Court concludes that it has jurisdiction over this action pursuant to 28 U.S.C. § 1332, as well as over all counterclaims and crossclaims pursuant to 28 USC § 1367(a).

SO ORDERED.

Dated: New York, New York
       February 8, 2013

_____
J. PAUL OETKEN
United States District Judge