

**Nicoletti Hornig & Sweeney**

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
TELECOPIER 212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

JOHN A. NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG *
FRANK M. MARCIGLIANO
MICHAEL J. CARCICH
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
ROBERT A. NOVAK
TERRY L. STOLTZ
RICHARD W. STONE II
MICHAEL F. McGOWAN
VINCENT A. SUBA
SAMUEL C. COLUZZI †
GUERRIC S.D.L. RUSSELL †
KEVIN J.B. O'MALLEY
WILLIAM M. FENNELL
LINDA D. LIN ◊

VAL WAMSER †
SCOTT D. CLAUSEN †
FARA N. KITTON †
JAMES E. MORRIS ∆†
NORA A. VALENZA-FROST †
JEFFREY BINKLEY

MICHAEL MARKS COHEN
OF COUNSEL

\* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CALIFORNIA
∆ ALSO ADMITTED IN MARYLAND

NEW JERSEY OFFICE
505 MAIN STREET, SUITE 106
HACKENSACK, NJ 07601-5928
201-343-0970
TELECOPIER 201-343-5882

February 7, 2013

**APPLICATION GRANTED:**

/s/ J. Paul Oetken
HON. J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE
2/11/13

**VIA BY HAND DELIVERY**
Honorable J. Paul Oetken
United States District Judge
United States Courthouse
500 Pearl Street, Room 620
New York, New York 10007-1312

RE: Fireman's Fund Insurance Company, et al.
    v. Great American Insurance company of New York, et al.
    Civil Action: 10-cv-01653
    Our File: 42000055 JAVN/RAN

Dear Honorable Sir:

    This firm represents the plaintiffs in the above-referenced matter. We respectfully request leave to file opposition to defendant Great American Insurance Company's Response to the Court's Order to Show Cause regarding subject matter jurisdiction (Docket No. 215).

    Defendant Great American contends that the subject insurance policy covering the dry dock is a marine insurance policy. However, the case law establishes that the insurance covering the subject dry dock is not marine insurance, particularly where, as here, the underlying liability arises solely out of state law. Specifically, the insured's underlying liability arises under Texas state law, i.e., the order for the removal of the dry dock from the Texas General Land Office.

    Moreover, the subject policy is not a single, indivisible policy but is severable as to each scheduled vessel or dry dock, including separate premiums and limits of liability for each vessel. Accordingly, the plaintiffs respectfully request permission to file opposition to Great American's contention that the subject policy is a marine insurance policy.

February 7, 2013
Page 2


We thank the Court for its consideration of this matter.

                          Respectfully submitted,

                          NICOLETTI HORNIG & SWEENEY

By: /s/ John A.V. Nicoletti
                        John A.V. Nicoletti

JAVN/VW/rr


**CC VIA E-MAIL AND FIRST CLASS MAIL:**

George Richard Zacharkow, Esq.
Stephen J. Galati, Esq.
MATTIONI, LTD.
*Attorneys for Defendant*
*Great American Insurance Company of New York*
399 Market Street, 2nd Floor
Philadelphia, Pennsylvania 19106
Ph: (215) 629-1600
Fax: (215) 923-2227
Email: gzacharkow@mattioni.com
        sgalati@mattioni.com


Adam D. Krauss, Esq.
Stephen D. Straus, Esq.
TRAUB LIEBERMAN STRAUS
 & SHREWSBERRY LLP
*Attorneys for Defendant Max Specialty Insurance Company*
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532
Ph: (914) 347-2600
Fax: (914) 347-8898
Emails:  akrauss@traublieberman.com
        sstraus@traublieberman.com

February 7, 2013
Page 3


Stephen Patrick Kyne, Esq.
BURKE & PARSONS
*Attorneys for Defendant Signal International, LLC*
100 Park Avenue, 30th Floor
New York, New York 10017
Ph: (212) 354-3814
Fax: (212) 221-1432
Email: kyne@burkeparsons.com


David S. Bland, Esq.
Matthew C. Guy, Esq.
LeBlanc Bland P.L.L.C.
*Attorneys for Defendant Signal International, LLC*
909 Poydras Street
Suite 1860
New Orleans, LA 70112
Ph: (504) 528-3088
Fax: (504) 586-3419
Emails:  dbland@leblancbland.com
mguy@leblancbland.com


X:\Public Word Files\42\55\JUDGE OETKEN.By Hand Ltr.02.07.13.rr.doc