UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

FIREMAN'S FUND INSURANCE
COMPANY, ONE BEACON INSURANCE
COMPANY, NATIONAL LIABILITY AND
FIRE INSURANCE COMPANY and QBE
MARINE & ENERGY SYNDICATE 1036,

                    Plaintiffs,

        -against-

GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK, MAX
SPECIALTY INSURANCE COMPANY
and SIGNAL INTERNATIONAL, LLC

                  Defendants.
-------------------------------------------------------------X

ECF Case

10 Civ. 1653  (JPO)

**PLAINTIFFS' AND SIGNAL'S
NOTICE OF JOINT MOTION
FOR PARTIAL SUMMARY
JUDGMENT AGAINST
DEFENDANT GREAT
AMERICAN INSURANCE
COMPANY OF NEW YORK
AS WELL AS SIGNAL'S
NOTICE OF MOTION FOR
PARTIAL SUMMARY
JUDGMENT AGAINST
MAX SPECIALTY
INSURANCE COMPANY**

**S I R S :**

**PLEASE TAKE NOTICE** that, on a date and time as may be scheduled by this

Court, Plaintiffs Fireman's Fund Insurance Company, One Beacon Insurance Company,

National Liability and Fire Insurance Company, QBE Marine & Energy Syndicate 1036

(hereinafter collectively referred to as "Plaintiffs") and Defendant Signal International, LLC

("Signal") will move this Court before the Honorable J. Paul Oetken at the United States

Courthouse, 40 Foley Square, New York, New York 10007, for an Order pursuant to Federal

Rules of Civil Procedure 56 granting (1) partial summary judgment in favor of Plaintiffs and

Signal on their joint motion against Defendant Great American Insurance Company of New

York ("Great American") declaring that the Great American pollution policy is not a maritime

contract, does not come within the federal court's admiralty jurisdiction and that the federal

maritime doctrine of uberrimae fidei does not apply, dismissing Great American's claims and

defenses based on the doctrine of uberrimae fidei, and dismissing Great American's claims of

misrepresentation, concealment and/or material non-disclsoure, and (2) Signal's motion for

partial summary judgment against Max Specialty Insurance Company ("Max Specialty")

dismissing Max Specialty's claims of fraud, misrepresentation, concealment and/or material

non-disclosure.

This motion is based on the accompanying Local Rule 56.1 Statement of Uncontested

Facts, the Affidavit of John A. V. Nicoletti, Esq. and the exhibits thereto, the accompanying

Memorandum of Law and on all the pleadings and papers on file and all proceedings

heretofore had in this action.

Dated: New York, New York
        March 19, 2013

                                        Yours etc.

                                        NICOLETTI HORNIG & SWEENEY
                                        *Attorneys for Plaintiffs*


                                        By: /s/ John A.V. Nicoletti
                                        JOHN A. V. NICOLETTI (JN-7174)
                                        Wall Street Plaza
                                        88 Pine Street, 7th Floor
                                        New York, New York 10005-1801
                                        Tel: (212) 220-3830
                                        Fax: (212) 220-3780
                                        OUR FILE:  42000055 JAVN

TO:

George Richard Zacharkow, Esq.
Stephen J. Galati, Esq.
MATTIONI, LTD.
*Attorneys for Defendant*
*Great American Insurance Company of New York*
399 Market Street, 2nd Floor
Philadelphia, Pennsylvania 19106
Ph: (215) 629-1600
Fax: (215) 923-2227
Email: gzachark@mattioni.com; sgalati@mattioni.com

Stephen D. Straus, Esq.
TRAUB LIEBERMAN STRAUS & SHREWSBERRY, LLP
*Attorneys for Defendant*
*Max Specialty Insurance Company*
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York  10532
Ph: (914) 347-2600
Fax: (914) 347-8898
Email: sstraus@traublieberman.com


Stephen Patrick Kyne, Esq.
BURKE & PARSONS
100 Park Avenue, 30th Floor
New York, New York 10017
Ph: (212) 354-3814
Fax: (212) 221-1432
Email: kyne@burkeparsons.com

and

David S. Bland, Esq.
Matthew C. Guy, Esq.
LEBLANC BLAND P.L.L.C.
*Attorneys for Defendant*
*Signal International, LLC*
909 Poydras Street, Suite 1860
New Orleans, LA  70112
Ph: (504) 528-3088, Ext. 208
Fax: (504) 586-3419
Email: dbland@leblancbland.com; mguy@leblancbland.com

X:\Public Word Files\42\55\Legal\Plaintiffs NOM.Joint Motion for Partial SJ Against Great American (3-19-13 vw.mm) final.doc

3