# TRAUB LIEBERMAN
# STRAUS & SHREWSBERRY LLP

NEW YORK | NEW JERSEY | FLORIDA | CHICAGO | LOS ANGELES

Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532

Telephone (914) 347-2600
Facsimile (914) 347-8898
www.traublieberman.com



SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED APR 04 2013

April 3, 2013

**VIA FACSIMILE**

Hon. J. Paul Oetken
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2101
New York, New York 10007

**APPLICATION GRANTED:**

_____
HON. J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE
4-3-13

Re:   *Fireman's Fund Ins. Co. et al. v. Great American Ins. Co. of New York et al.*, 10 Civ. 1653 (JAK) (JLC)

Dear Judge Oetken:

We write on behalf of defendant Max Specialty Insurance Company ("Max Specialty") to request an extension of time to April 16, 2013, to file a motion for re-argument and/or reconsideration of the Court's March 25, 2013, Order granting plaintiffs' motion for partial summary judgment (Doc. No. 233). Max Specialty's time to file such a motion pursuant to Local Civil Rule 6.3 expires on April 8, 2013. Plaintiffs consent to the requested extension. Max Specialty also consents to a reasonable extension of the otherwise applicable time for plaintiffs to respond to the motion.

Please let us know if the proposed extension is acceptable to the Court. Thank you for the Court's consideration of this proposal.

Respectfully submitted,

TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

Adam D. Krauss

cc:   All counsel of record (via e-mail)