UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY, ONE
BEACON INSURANCE COMPANY, NATIONAL
LIABILITY AND FIRE INSURANCE COMPANY and
QBE MARINE & ENERGY SYNDICATE 1036,

                  Plaintiffs,

– against –

GREAT AMERICAN INSURANCE COMPANY OF
NEW YORK, MAX SPECIALTY INSURANCE
COMPANY and SIGNAL INTERNATIONAL, LLC,

                  Defendants.
--------------------------------------------------------------------X

10-cv-1653 (JPO) (JLC)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the Declaration of Stephen D. Straus, dated April 17, 2013, the exhibits annexed thereto, the Statement of Uncontested Facts and memorandum of law filed herewith and the prior pleadings and proceedings herein, defendant MAX SPECIALTY INSURANCE COMPANY ("Max Specialty") will move this Court, on a date and time as may be scheduled by the Court, before the Honorable J. Paul Oetken at the United States District Court, Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 706, New York, New York 10007, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Max Specialty summary judgment dismissing defendant SIGNAL INTERNATIONAL, LLC's cross-claim for insurance coverage under its policy with Max Specialty, together with such other relief as this Court deems appropriate.

      **PLEASE TAKE FURTHER NOTICE** that pursuant to Court Order, any opposition to the instant motion must be served by May 7, 2013.

1

Dated: April 17, 2013
       Hawthorne, New York

                TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

                By:  /s/ Stephen D. Straus
                     Stephen D. Straus (SS 6183)
                     Mid-Westchester Executive Park
                     Seven Skyline Drive
                     Hawthorne, New York 10532
                     (914) 347-2600
                     Attorneys for Max Specialty Insurance Company

TO:

NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street
New York, New York 10005
Attorneys for Plaintiffs

MATTIONI, LTD.
399 Market Street, Second Floor
Philadelphia, PA 19106
Attorneys for Defendant
Great American Insurance Company of New York

LEBLANC BLAND P.L.L.C.
909 Poydras Street, Suite 1860
New Orleans, LA 70112

    and

BURKE & PARSONS
100 Park Avenue
New York, New York 10017
Attorneys for Defendant Signal International, LLC