David S. Bland
Matthew C. Guy
Bland & Partners P.L.L.C.
909 Poydras Street, Suite 1860
New Orleans, LA 70112
(504) 528-3088

Stephen P. Kyne
Burke & Parsons
100 Park Avenue
New York, NY  10017-5533
(212) 354-3800

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **FIREMAN'S FUND INSURANCE COMPANY,**<br>**ONE BEACON INSURANCE COMPANY,**<br>**NATIONAL LIABILITY AND FIRE INSURANCE**<br>**COMPANY and QBE MARINE &**<br>**ENERGY**<br>**SYNDICATE 1036,**<br>                    **Plaintiffs,**<br>              **v.**<br>**GREAT AMERICAN INSURANCE**<br>**COMPANY OF NEW YORK, MAX**<br>**SPECIALTY INSURANCE COMPANY and**<br>**SIGNAL INTERNATIONAL, L.L.C.**<br>                    **Defendants.** | **10-CIV-1653 (JPO) (JLC)**<br><br><br><br><br>  **ECF CASE** |

**NOTICE OF APPEAL**

        **NOTICE IS HEREBY GIVEN** that Signal International, LLC, Defendant in the above

captioned civil action, hereby appeals to the United States Court of Appeal for the Second

Circuit from the Opinion and Order by District Judge J. Paul Oetken, dated March 31, 014 (R.

Doc. 308), the Stipulated Order signed by District Judge J. Paul Oetken dated June 16, 2014 (R.

Doc. 319), and the Judgment entered by the Clerk of Court dated June 17, 2014 (R. Doc. 320),

true and corrects copies of which are attached hereto as Exhibits "1",  "2", and "3".

Respectfully submitted,

Dated:     July 15, 2014
           New Orleans, LA

**Bland & Partners P.L.L.C.**
Attorneys for Defendant
Signal International, L.L.C.

By:  /s/ David S. Bland
David S. Bland
Matthew C. Guy
BLAND & PARTNERS P.L.L.C.
909 Poydras Street, Suite 1860
New Orleans LA 70112
(504) 528-3088
dbland@blandpartners.com
mguy@blandpartners.com

Stephen P. Kyne
BURKE & PARSONS
100 Park Avenue
New York NY  10017-5533
(212) 354-3800
kyne@burkeparsons.com

To: (Via ECF)

Stephen D. Straus
Adam Krauss
TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP
Attorneys for Defendant
Max Specialty Insurance Company
Mid Westchester Executive Park
Seven Skyline Drive
Hawthorne, NY 10532

George R. Zacharkow, Esq
Stephen J. Galati, Esq.
MATTIONI, LTD.
Attorneys for Defendant
Great American Insurance Company of New York
399 Market Street, 2nd Fl.
Philadelphia, PA 19106

2

John A.V. Nicoletti, Esq.
Robert Novak, Esq.
NICOLETTI HORNIG & SWEENEY
Attorneys for Plaintiffs
Fireman's Fund Insurance Company,
One Beacon Insurance Company,
National Liability and Fire Insurance Company
QBE Marine & Energy Syndicate 1036
Wall Street Plaza
88 Pine Street, 7th Fl.
New York, NY 10005-1801